| | |
|---|---|
| 1 | Shana E. Scarlett (SBN 217895) |
| 2 | Elizabeth "Ani" Lubben Zotti (*pro hac vice*) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | 715 Hearst Avenue, Suite 300 |
|   | Berkeley, CA 94710 |
| 4 | Telephone: (510) 725-3000 |
|   | Email: shanas@hbsslaw.com |
| 5 | ani.zotti@hbsslaw.com |
| 6 | Martin D. McLean (*pro hac vice* to be |
| 7 | applied for) |
|   | Jacob Berman (SBN 327179) |
| 8 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | 1301 Second Avenue, Suite 2000 |
| 9 | Seattle, WA 98101 |
|   | Telephone: (206) 623-7292 |
| 10 | Facsimile: (206) 623-0594 |
|    | Email: martym@hbsslaw.com |
| 11 | jakeb@hbsslaw.com |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY LYONS, Administrator c.t.a. and Personal Representative of the ESTATE OF STEIN-ERIK SOELBERG,<br><br>Plaintiff,<br><br>v.<br><br>OPENAI FOUNDATION (F/K/A OPENAI, INC.), a Delaware corporation, OPENAI, INC., a Delaware corporation, OPENAI OPCO LLC, a Delaware limited liability company, OPENAI HOLDINGS, LLC, a Delaware limited liability company, OPENAI GROUP PBC, a Delaware public benefit corporation SAMUEL ALTMAN, an individual, JOHN DOE EMPLOYEES 1-10, and JOHN DOE INVESTORS 1-10,<br><br>Defendants. | Civil Action No. 3:25-cv-11037-WHO<br><br>**CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES** |

| | |
|---|---|
| 1 | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 2 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict |
| 3 | or interest (other than the named parties) to report. |
| 4 | Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no |
| 5 | individual or entity whose citizenship is attributed to the party submitting this certification. |

DATED: March 3, 2026                    Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By s/ Elizabeth Zotti
    Elizabeth "Ani" Lubben Zotti (*pro hac vice*)
    Shana E. Scarlett (SBN 217895)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Email:  shanas@hbsslaw.com
       ani.zotti@hbsslaw.com

Martin D. McLean (*pro hac vice* to be applied for)
Jacob Berman (SBN 327179)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
Email: martym@hbsslaw.com
      jakeb@hbsslaw.com

*Attorneys for Plaintiff*