# EXHIBIT F



**FILE**
San Francisco County Superior

MAR 09 2026

CLERK OF THE SUPERIOR COURT
By _____
Deputy

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN FRANCISCO
DEPARTMENT 304

| | |
|---|---|
| COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.550] | Judicial Council Coordination Proceeding No.: **5431** |
| **CHATGPT PRODUCT LIABILITY CASES** | **AMENDED ORDER ASSIGNING COORDINATION TRIAL JUDGE AND SETTING CASE MANAGEMENT CONFERENCE** |
| Included actions: See Attached List | |

The Honorable ETHAN P. SCHULMAN, Judge of the San Francisco Superior Court, is

hereby assigned to sit as coordination trial judge to hear and determine the coordinated actions

enumerated below at the site or sites, he finds appropriate.  Immediately upon this assignment

the coordination trial judge may exercise all the powers over each coordinated action of a judge

of the court in which that action is pending.

A case management conference will be conducted in this matter on **July 24, 2026, at**

**10:00 a.m.,** in **Department 304** of the Superior Court of California, County of San Francisco,

located at 400 McAllister Street in San Francisco, California.  Counsel must prepare and submit

a *joint* case management conference statement no later than four court days prior to the above

hearing date.  In preparation for the case management conference all counsel should read and be

familiar with the department procedures, which are located online at:

https://sf.courts.ca.gov/divisions/civil-division/complex-civil-litigation.

ORDER ASSIGNING COORDINATION TRIAL JUDGE AND SETTING HEARING

This case is now subject to mandatory e-filing and e-service pursuant to Local Rule 2.11. For e-filing registration, training information and service list assistance, contact the Court's approved e-filing & e-service provider at (888) 529-7587.

The Petitioner is directed to serve a copy of this order on (1) all parties to the included coordinated actions, and (2) the clerk of each court for filing in each included action.

DATED: *9 March 2026*

HON. ROCHELLE C. EAST
Presiding Judge of the San Francisco Superior Court

Page 2 of 3

ORDER ASSIGNING COORDINATION TRIAL JUDGE AND SETTING HEARING

# COORDINATION PROCEEDING SPECIAL TITLE [RULE 3.550]

# CHATGPT PRODUCT LIABILITY CASES (JCCP 5431)

## COORDINATED CASES

| COURT | NUMBER | SHORT TITLE |
|---|---|---|
| Superior Court of California County of Los Angeles | 25STCV32379 | Fox v. OpenAI |
| Superior Court of California County of Los Angeles | 25STCV32382 | Shamblin v. OpenAI |
| Superior Court of California County of Los Angeles | 25STCV32383 | Madden v. OpenAI |
| Superior Court of California County of Los Angeles | 25STCV32386 | Brooks v. OpenAI |
| Superior Court of California County of San Francisco | CGC-25-630808 | Lacey v. OpenAI |
| Superior Court of California County of San Francisco | CGC-25-630809 | Enneking v. OpenAI |
| Superior Court of California County of San Francisco | CGC-25-630811 | Irwin v. OpenAI |
| Superior Court of California County of San Francisco | CGC-25-628528 | Raine v. OpenAI |
| Superior Court of California County of San Francisco | CGC-25-631477 | First County Bank v. OpenAI |
| Superior Court of California County of San Francisco | 26CU003118C | DeCruise v. OpenAI, Inc. |
| Superior Court of California County of Alameda | 26CV165635 | Jacquez v. OpenAI, Inc. |
| Superior Court of California County of Los Angeles | 26STCV00988 | Gray v. OpenAI, Inc. |

Page 3 of 3

ORDER ASSIGNING COORDINATION TRIAL JUDGE AND SETTING HEARING

## CERTIFICATE OF ELECTRONIC SERVICE
### (CCP 1010.6 & CRC 2.251)

I, Felicia Green, a Deputy Clerk of the Superior Court of the County of San Francisco, certify that I am not a party to the within action.

On March 9, 2026, I electronically served AMENDED ORDER ASSIGNING COORDINATION TRIAL JUDGE AND SETTING CASE MANAGEMENT CONFERENCE via File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

Dated: **MAR 0 9 2026**

Brandon E. Riley, Court Executive Officer

By: _Felicia Green_____

Felicia Green, Deputy Clerk

# Superior Court of California
## County of San Francisco

COORDINATION PROCEEDING
SPECIAL TITLE [RULE 3.550]


**CHATGPT PRODUCT LIABILITY
CASES**


Included actions:
See Attached List

Judicial Council Coordination Proceeding
No. **5431**


**PROOF OF SERVICE**

---

        I, Felicia Green, a Deputy Clerk of the Superior Court of the City and County of San Francisco, certify that I am not a party to the within action.

        On March 9, 2026, I served the attached **AMENDED ORDER REASSIGNING COORDINATION TRIAL JUDGE AND SETTING CASE MANAGEMENT CONFERENCE** by placing copies thereof in sealed envelopes, addressed as follows:

Chair, Judicial Council of California
Attn: Appellate Court Services
(Civil Case Coordination)
455 Golden Gate Avenue, 5ᵗʰ Floor
San Francisco, CA 94102-3688

Meetali Jain
Sarah Kay Wiley
TECH JUSTICE LAW PROJECT
611 Pennsylvania Avenue, Southeast #337
Washington, DC 20003

Jay Edelson
J. Eli Wade-Scott
Ari J. Scharg
EDELSON PC
350 N. LaSalle St., 14ᵗʰ Floor
Chicago, IL 60654

Laura Marquez-Garrett
Matthew P. Bergman
SOCIAL MEDIA VICTIMS LAW CENTER
600 1ˢᵗ Avenue, Suite 102-PMB 2383
Seattle, WA 98104

Katheryn Rachel Lanier
THE LANIER LAW FIRM
2829 Townsgate Road, Suite 100
Westlake Village, CA 91361

Brandt Silverkorn
Ali Moghaddas
Max Hantel
EDELSON PC
150 California St., 18ᵗʰ Floor
San Francisco, CA 94111

Anthony J. Weibell
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306

Ankur Mandhania
MAYER BROWN LLP
575 Market Street, Suite 2500
San Francisco, CA  94105

I then placed the sealed envelopes in the outgoing mail at 400 McAllister Street, San Francisco, CA. 94102 on the date indicated above for collection, attachment of required prepaid postage, and mailing on that date following standard court practices.

Dated: March 9, 2026

Brandon E. Riley, Court Executive Officer

By: _Felicia Green_____

Felicia Green, Deputy Court Clerk III