# EXHIBIT H



## TOWN OF
# GREENWICH
**Department of Police, 11 Bruce Place, Greenwich, CT 06830**
**Telephone: (203) 622-8000**          **Fax: (203) 618-8866**



**James J. Heavey**
**Chief of Police**
**FBINA 264**

**Mark E. Zuccerella**
**Deputy Chief**

**James M. Bonney**
**Deputy Chief**

March 6, 2026

████████████

Dear ███████:

This letter is to certify that all reports provided to you are true, accurate redacted copies of Greenwich Police Department records involving subject Stein-Erik Soelberg, D.O.B. 01/13/1969 (L.K.A. 11 Shorelands Place, Old Greenwich, CT 06870).

If you have any questions, please contact me at (203) 622-3395.

Sincerely,

Lauren O'Connor
FOIA/Records Specialist

Subscribed and sworn
to before me this
6th day of March 2026



Judy L. Keller

1

Run Date: 11/17/2025
Run Time: 14:18

## Greenwich Police Department

### Call Summary Report

Page 1 of 3

### CFS #: 1800043995

| Call Details | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **Pol** | **Fire** | **EMS** | **Oth** |
| **Location** | SOUND BEACH AV/E PUTNAM AV | | | | | | |
| **Premise** | SOUND BEACH AV/E PUTNAM AV | **Grid** | | 53 | 5213PF | EMS2 | |
| **City** | OLD G'WCH | **Sector** | | 53 | | | |
| **Call type** | DRIVING COMPLAINT | **Cmd Area** | | A | | | |
| **Queued Dt** | 11/25/2018 | **Agency** | | P | | | |
| **Call Source** | Phone | **Disp** | | 03 | 03 | 03 | |
| **Call Priority** | 5 | | | | | | |

| Reporting Party | |
|---|---|
| **Name** | REFUSED CALLER |
| **Address** | OLD G'WCH |
| **Home Phone** | 203 |
| **Work Phone** | 203 |

| Responding Units | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit | Agency | Pri | Dispatch | Enroute | Arrive | Clear | Quartered |
| E58 | | | | | | | |
| | PD | ☑ | 11/25/18 21:51 | 11/25/18 21:54 | 00/00/00 00:00 | 11/25/18 22:01 | 00/00/00 00:00 |
| E48 | | | | | | | |
| | PD | ☐ | 11/25/18 21:58 | 11/25/18 21:52 | 11/25/18 21:53 | 11/25/18 22:02 | 00/00/00 00:00 |

| Call Remarks |
|---|

**Remark Date/Time:** 11/25/18 21:54

**Name:** Soelberg,Stein          **DOB:** 01/13/1969
**Address:** 11 Shorelands Pl
**City:** Old Greenwich          **State:** CT
**Phone:**    -  -          **Work Phone:**    -  -
**Op Id:** ▓▓▓▓▓▓
**Comments:**

---

**Remark Date/Time:** 11/25/18 21:49
**Animal Indicator:** N          **EMD Indicator:** N
POSSIBLE INTOX OPERATOR - SOUTH BOUND ON SOUND BEACH AVENUE.

Freedom of Information

## Greenwich Police Department

### Call Summary Report

**Call Remarks**

**Remark Date/Time:** 11/25/18 21:50

| | | | |
|---|---|---|---|
| **Vehicle Co:** | | **Insur Company:** | |
| **Vehicle Make:** | Infi | **Insur Policy No:** | |
| **Vehicle Model:** | Qx60 | | |
| **Vehicle State:** | | **Vehicle Year:** | 2015 |

**Vin:** 5N1AL0MM2FC518929

**LIC:** AR92803    **LIS:** CT    **Type:** 01    **LIY:** 2020

**Remark Date/Time:** 11/25/18 21:54

**Name:** Soelberg,Stein          **DOB:** 01/13/1969
**Address:** 11 Shorelands Pl
**City:** Old Greenwich      **State:** CT
**Phone:**     -   -          **Work Phone:**     -   -
**Op Id:** ▓▓▓▓▓▓▓
**Comments:**

**Remark Date/Time:** 11/25/18 21:56
**Animal Indicator:** N        **EMD Indicator:** N
POSSIBLE DESTINATION FOR VEHICLE 278 SOUND BEACH AVENUE

**Remark Date/Time:** 11/25/18 21:50

| | | | |
|---|---|---|---|
| **Vehicle Co:** | | **Insur Company:** | GEICO General Insurance Company |
| **Vehicle Make:** | Infiniti | **Insur Policy No:** | 4542162104 |
| **Vehicle Model:** | Qx60 | | |
| **Vehicle State:** | CT | **Vehicle Year:** | 2015 |

**Vin:** 5N1AL0MM2FC518929

**LIC:** AR92803    **LIS:** CT    **Type:** Passen    **LIY:** 2020

Freedom of Information Copy

Freedom of Information

Run Date: 11/17/2025
Run Time: 14:18

# Greenwich Police Department

Page 3 of 3

## Call Summary Report

| Call Remarks |
|---|

---

**Remark Date/Time:** 11/25/18 22:01

**Name:** Soelberg,Stein          **DOB:** 01/13/1969
**Address:** 11 Shorelands PL
**City:** Old Greenwich          **State:** CT
**Phone:**  -  -          **Work Phone:**  -  -
**Op Id:** ▇▇▇▇▇▇
**Comments:**

---

**Remark Date/Time:** 11/25/18 22:01
**Animal Indicator:**          **EMD Indicator:**
VEHICLE LOCATED BY E48 PARKED AT RESIDENCE, REAR OF COLDWELL BANKER, SBA.  NO
VIOLATIONS OBSERVED, OPERATOR NOT WITHIN VEHICLE.

**Remark Date/Time:** 11/25/18 22:02
**Animal Indicator:**          **EMD Indicator:**
VEHICLE WAS PARKED AT THE RO'S  RESIDENCE WITH NO ONE WITHIN. NO VIOLATIONS

**Remark Date/Time:** 11/25/18 22:02
**Animal Indicator:**          **EMD Indicator:**

Freedom of Information Copy

Page 1 of 4

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY ☐

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900005589 | 7 | 02/16/2019 02/16/2019 | 18:08 | 02/16/2019 | 20:28 | CASUALTY - EDP | | 503 | Patrol Officer Greenhaw, Yolonda | 107 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol | | | | | E53 | GREENHAW | 02/16/2019 | 20:28 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00011 | SHORELANDS PI  Old G'wch | | | Active - Case Op | T057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | PELUSO, NICOLE M | F | U | 11/10/1968 | | 278 Sound Beach Av Greenwich CT | |
| H M | Soelberg, Stein Erik | M | W | 01/13/1969 | | 11 Shorelands PI Old Greenwich CT | |
| W H | Adams, Susan | F | W | 08/11/1941 | | 11 Shorelands PI Greenwich CT | CT |
| H | Lewis, Jim | M | U | | | Unknown Unknown Greenwich CT | CT |

**Vehicle**

| YEAR | STATE | REGISTRATION | MAKE | MODEL | COLOR | VIN/SERIAL NO. | INSURANCE COMPANY | POLICY NUMBER |
|---|---|---|---|---|---|---|---|---|
| 2015 | CT | AR92803 | Infiniti | Qx60 | Silver | 5N1AL0MM2FC518929 | GEICO General Insurance Company | 4542162104 |

On this date at approximately 1808 hours, Medic # 2, PO Lloyd, and Sgt Ucci and I were detailed to 11 Shorelands PI on report of a suicidal male with a knife.

Upon arrival, I was met by Susan Adams (Mother) who related that her son Stein Soelberg (D.O.B 1/13/1969) came home and said that he and his girlfriend had broken up again. Adams further related that she sat down with him to talk about his feelings. That she told him that he needed to get himself together and get over it. That Adams was upset because Soelberg and his now ex-girlfriend break up and get back together all the time. That Soelberg has been depressed in the past and has made an attempt on his life in the past, but Adams could not recall any details of the past incident. Adams related that during her conversation with Soelberg she told him to move on. That she felt like she was giving him tough love. That he got extremely angry at her. That he said that he was going to end his life. That he said he is worth more dead than alive. Adams further related that is when she began to call 911. That Soelberg became even more angry when she called the police. That Soelberg then stormed upstairs to his room, packed a bag, and then left out of the residence. Adams related

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /PO. Yolonda Greenhaw/ | 107 | 02/16/2019 | /LT. Martin A OReilly/ | 50 |

Freedom of Information

1900005589 Cont.                                                                                    Page 2 of 4

## Greenwich Police Department
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

### CASE/INCIDENT REPORT                                          SUPPLEMENTARY  ☐

| CFS NO 1900005589 | DAY 7 | INCIDENT DATE 02/16/2019 02/16/2019 | TIME 18:08 | DATE OF RPT 02/16/2019 | TIME OF RPT 20:28 | TYPE OF INCIDENT CASUALTY - EDP | | INCIDENT CD 503 | INVESTIGATING OFFICER Patrol Officer Greenhaw, Yolonda | BADGE NO 107 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | | CASE X-REFERENCE | UNIT ID E53 | TYPIST GREENHAW | DATE TYPED 02/16/2019 | TIME TYPED 20:28 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | | APARTMENT NO/LOCATION | | INTERSECTING STREET NAME AND TYPE | | STATUS Active - Case Op | TOWN CD T057 |

that Soelberg left with his backpack and a dufflebag. That She could not give a description of the bags. Adams related that she'd seen a pocket knife in one of his dresser drawers approximately 3 months ago. That she has not seen it since then. That Soelberg did not brandish the knife nor did he threaten or mention the use of a knife.

It should be noted that Adams related that Soelberg takes pills but she doesn't what they are or what they are for. That she pointed to pills near his television that appear to be multivitamins or supplements, none of the pills appeared to be prescription medication.

It should be noted that Soelberg left the residence in his vehicle, CT Reg AR92803 a Silver 2015 Infiniti Q60 prior to police arrival.

Soelberg was last seen wearing a Black shirt and blue jeans. He is 6'1", approximately 210lbs, has short hair, a low cut full facial beard. GPD Units checked the surrounding area for Soelberg and his vehicle.

Adams related that Soelbergs cell phone carrier was probably AT&T.

I responded to the residence of Nicole Peluso at approximately 1847hours (Ex-Girlfriend) who related that she last saw Soelberg at approximately 1700 hours. That they were in the process of working through some things. That Soelberg has mental heath history, but could not give a diagnosis. That he was fine when he left her apartment. That she was unsure if Soelberg tried to call her because she had blocked his number. Peluso further related that Soelberg has two friends he normally calls when he's having emotional difficulties. Jim

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /PO. Yolonda Greenhaw/ | INVESTIGATOR I.D.#: 107 | SIGNED DATE: 02/16/2019 | SUPERVISOR SIGNATURE /LT. Martin A OReilly/ | SUPERVISOR I.D.#: 50 |
|---|---|---|---|---|

*Freedom of Information Copy*

*Freedom of Information*

1900005589 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 3 of 4

## CASE/INCIDENT REPORT

SUPPLEMENTARY ☐

| CFS NO 1900005589 | DAY 7 | INCIDENT DATE 02/16/2019 02/16/2019 | TIME 18:08 | DATE OF RPT 02/16/2019 | TIME OF RPT 20:28 | TYPE OF INCIDENT CASUALTY - EDP | | INCIDENT CD 503 | INVESTIGATING OFFICER Patrol Officer Greenhaw, Yolonda | BADGE NO 107 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION | | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | TYPIST GREENHAW | DATE TYPED 02/16/2019 | TIME TYPED 20:28 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | | APARTMENT NO/LOCATION | | INTERSECTING STREET NAME AND TYPE | | | STATUS Active - Case Op | TOWN CD T057 |

Lewis  out of Stamford, CT and Sam (last name unknown) out of Ridgefield, CT.

AT&T investigator Monteza confirmed that Soelbergs cell phone number is theirs. Investigator Monteza assigned Case # 2667249 to the ping request. At 1822 Ping showed the phone to be in area of Longitude 073 30 0.349W and Latitude 041 03 31.100N. A check by Disp Enborg showed the area is 77 W. North St., Stamford, CT. Approximately three blocks away from Stamford Hospital at the intersection of Anderson and Woodcliff.

GPD HQ contacted Stamford PD and requested a check of the area. A check of the area ping by Stamford Units was met with negative results per DISP Enborg.

Stamford Hospital ER staff related that they do not have a patient listed by the name Soelberg.

I called Lewis who related that he is out of town in North Carolina and has not heard from Soelberg.

My attempt to contact Sam was met with negative results.

All attempts to contact Soelberg were met with negative results. All call attempts went straight to voicemail. I left a message requesting a call back.

Freedom of Information

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /PO. Yolonda Greenhaw/ | INVESTIGATOR I.D.#: 107 | SIGNED DATE: 02/16/2019 | SUPERVISOR SIGNATURE /LT. Martin A OReilly/ | SUPERVISOR I.D.#: 50 |
|---|---|---|---|---|

1900005589 Cont.

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY ☐

| CFS NO 1900005589 | DAY 7 | INCIDENT DATE 02/16/2019 02/16/2019 | TIME 18:08 | DATE OF RPT 02/16/2019 | TIME OF RPT 20:28 | TYPE OF INCIDENT CASUALTY - EDP | | INCIDENT CD 503 | INVESTIGATING OFFICER Patrol Officer Greenhaw, Yolonda | BADGE NO 107 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | | CASE X-REFERENCE | UNIT ID E53 | TYPIST GREENHAW | DATE TYPED 02/16/2019 | TIME TYPED 20:28 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | | APARTMENT NO/LOCATION | | INTERSECTING STREET NAME AND TYPE | | STATUS Active - Case Op | TOWN CD T057 |

Based on the aforementioned facts and circumstances Soelberg was entered into NCIC By DISP Repik, R. at 2006 hours under message # M214988976 and COLLECT under message # 9045685.

DISP Enborg is entering Soelbergs Registration plate into the LPR system.

Outlook message sent to GPD Patrol and GPD Dispatchers.

Freedom of Information Copy

Freedom of Information

.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /PO. Yolonda Greenhaw/ | INVESTIGATOR I.D.#: 107 | SIGNED DATE: 02/16/2019 | SUPERVISOR SIGNATURE /LT. Martin A OReilly/ | SUPERVISOR I.D.#: 50 |
|---|---|---|---|---|

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 1 of 2

### CASE/INCIDENT REPORT

SUPPLEMENTARY    [X]

| CFS NO 1900005589 | DAY 7 | INCIDENT DATE 02/16/2019 02/16/2019 | TIME 18:08 | DATE OF RPT 02/17/2019 | TIME OF RPT 12:20 | TYPE OF INCIDENT CASUALTY - EDP | | INCIDENT CD 503 | INVESTIGATING OFFICER Detective Bucci, Daniel | BADGE NO 401 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | TYPIST BUCCI | DATE TYPED 02/17/2019 | TIME TYPED 12:20 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | | APARTMENT NO/LOCATION 4 | | INTERSECTING STREET NAME AND TYPE | | | STATUS Active - Case Op | TOWN CD T057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | MULLER, CHRISTOPHER | M | W | 08/27/1970 | | 1178 PURCHASE BROOK Rd Southbury CT | |

Investigators performed a neighborhood canvass by vehicle at approximately 0800hrs on February 17, 2019. Stein's vehicle was not located within the driveway of the residence and was not located in the greater Old Greenwich area.

The undersigned investigator made contact with Soelberg's mother, Susan Adams, at approximately 0900hrs this date. Adams related that she still has not heard from Stein and he has not returned home.

A message was left with Nicole Peluso asking for a return call with any information developed to assist in the location and confirmation of Stein's well being.

PSTC Gianfrancesco contacted AT&T and established a follow-up "ping" of Stein's cell phone. The cell phone was shown to still be powered off and the last known location had not changed since the last ping. PSTC Gianfrancesco related that she had contacted Stamford Hospital and confirmed that Stein was not a patient there at this time. Further, PSTC Gianfrancesco related that she would contact Stamford PD and request patrols in the area of the last known location of Stein's cell phone in an effort to locate Stein's vehicle.

A call to Stein's cell phone went directly to voice mail.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR ANOTHER POLICE DEPARTMENT; OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /DET. Daniel Bucci/ | INVESTIGATOR I.D.#: 401 | SIGNED DATE: 02/17/2019 | SUPERVISOR SIGNATURE /SGT. Thomas P Kelly/ | SUPERVISOR I.D.#: 008 |
|---|---|---|---|---|

Freedom of Information

Freedom of Information Only Copy

1900005589 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 2 of 2

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

| CFS NO 1900005589 | DAY 7 | INCIDENT DATE 02/16/2019 02/16/2019 | TIME 18:08 | DATE OF RPT 02/17/2019 | TIME OF RPT 12:20 | TYPE OF INCIDENT CASUALTY - EDP | | INCIDENT CD 503 | INVESTIGATING OFFICER Detective Bucci, Daniel | BADGE NO 401 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | TYPIST BUCCI | DATE TYPED 02/17/2019 | TIME TYPED 12:20 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | | APARTMENT NO/LOCATION 4 | | INTERSECTING STREET NAME AND TYPE | | STATUS Active - Case Op | TOWN CD T057 |

At approximately 1220hrs, the undersigned investigator received a call in the Detective Division from an individual identified as Christopher (Chris) Muller. Muller related that he met Stein last week and that the two of them had discussed possibly going into business together. That he last spoke with Stein yesterday (February 16, 2019) via text message at around 12:45 PM. That the nature of the conversation was not alarming and would not be of assistance in locating Stein. Muller related that he just wanted to provide his information for this department. Muller was advised to contact this department immediately if Stein returns his text message or contacts him in any way.

Attempts to locate Stein continuing.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /DET. Daniel Bucci/ | INVESTIGATOR I.D.#: 401 | SIGNED DATE: 02/17/2019 | SUPERVISOR SIGNATURE /SGT. Thomas P Kelly/ | SUPERVISOR I.D.#: 008 |
|---|---|---|---|---|

Freedom of Information Copy

Freedom of Information

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 1 of 2

### CASE/INCIDENT REPORT

SUPPLEMENTARY

X

| CFS NO 1900005589 | DAY 7 | INCIDENT DATE 02/16/2019 02/16/2019 | TIME 18:08 | DATE OF RPT 02/17/2019 | TIME OF RPT 14:55 | TYPE OF INCIDENT MISSING PERSON | | INCIDENT CD 370 | INVESTIGATING OFFICER Patrol Officer D'Arco, Anthony | BADGE NO 223 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | DIVISION NO | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID D53 | TYPIST DARCO | DATE TYPED 02/17/2019 | TIME TYPED 14:55 |
|---|---|---|---|---|---|---|---|---|

| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | APARTMENT NO/LOCATION 4 | INTERSECTING STREET NAME AND TYPE | STATUS Closed - No Viola | TOWN CD T057 |
|---|---|---|---|---|---|

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H M | Soelberg, Stein Erik | M | W | 01/13/1969 | | 11 Shorelands Pl Old Greenwich CT | |
| W H | Adams, Susan | F | W | 08/11/1941 | | 11 Shorelands Pl Greenwich CT | CT |

February 17, 2019 at 1410 hours.

On the above date and time I was dispatched to 11 Shorelands Place on the report that the missing subject Stein Erik Soelberg had contacted his mother, Susan Adams.

Upon arrival I spoke with Adams who related that she spoke with Soelberg who related that he was in Stamford. I asked Adams to call back Soelberg so that I could speak with him.

While speaking with Soelberg over the phone, he related to me that he was "of sound mind and sober" and just wanted this "search" to be over. I related to him that if he met with me in person and I could see he was okay that the search would be over and he would not have to go to the hospital.

Soelberg agreed to meet me at the Old Greenwich Civic Center. P/O Cunningham and myself responded there.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /PO. Anthony D'Arco/ | INVESTIGATOR I.D.#: 223 | SIGNED DATE: 02/21/2019 | SUPERVISOR SIGNATURE /SGT. Michael A Ucci/ | SUPERVISOR I.D.#: 14 |
|---|---|---|---|---|

Freedom of Information

1900005589 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 2 of 2

**CASE/INCIDENT REPORT**    SUPPLEMENTARY    [X]

| CFS NO 1900005589 | DAY 7 | INCIDENT DATE 02/16/2019 02/16/2019 | TIME 18:08 | DATE OF RPT 02/17/2019 | TIME OF RPT 14:55 | TYPE OF INCIDENT MISSING PERSON | | | INCIDENT CD 370 | INVESTIGATING OFFICER Patrol Officer D'Arco, Anthony | BADGE NO 223 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID D53 | TYPIST DARCO | DATE TYPED 02/17/2019 | TIME TYPED 14:55 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI Old G'wch | | | APARTMENT NO/LOCATION 4 | | INTERSECTING STREET NAME AND TYPE | | | STATUS Closed - No Viola | TOWN CD T057 | |

At 1430 hours I met with Soelberg in the rear parking lot. While speaking with Soelberg I did not detect the odor of an alcoholic type beverage emanating from his his breath or person. He was focused and speaking with me coherently. There was no signs of physical impairment.

I asked Soelberg about his comment "I might as well just kill myself" that he said to his mother on 02/16. Soelberg stated that it was just an "off hand" comment that had no meaning or truth behind it. Soelberg continually reiterated that he did not want to hurt himself and there was absolutely no need for him to go to the hospital.

He was determined that he was not a danger to himself and there was no need for hospitalization.

Soelberg related that he did not wish to go to the hospital and that he posed no harm to himself or others. Soelberg stated that he did not want to hurt himself in any way. He related he was going to stay in a hotel in Stamford. ▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄▄

Based on the above facts and circumstances, Soelberg was released from the scene without incident.

COLLECT File 6 cancelled. Message #9045685.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /PO. Anthony D'Arco/ | INVESTIGATOR I.D.#: 223 | SIGNED DATE: 02/21/2019 | SUPERVISOR SIGNATURE /SGT. Michael A Ucci/ | SUPERVISOR I.D.#: 14 |
|---|---|---|---|---|

Freedom of Information

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 1 of 4

### CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900010847 | 4 | 04/03/2019 04/03/2019 | 13:06 | 04/03/2019 | 15:32 | CASUALTY - EDP | | 503 | Patrol Officer Carl,  Nicholas A. | 178 |

| DIVISION | | DIVISION NO | | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | D53 | CARL | 04/03/2019 | 15:32 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00010 | TODS DRIFTWAY -  OLD G'WCH | | | | T057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | Soelberg, Stein Erik | M | W | 01/13/1969 | ▬▬▬ | 11 Shorelands Pl Old Greenwich CT | ▬▬▬ |
| H | Robinson, Steve | | | | | | |
| H | Adams, Susanne | F | W | 08/11/1941 | ▬▬▬ | 11 SHORELANDS Pl GREENWICH CT | |

1=NONE 2=BURNED 3=COUNTERFEIT/FORGED 4=DAMAGED/DEST 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN 9=IMPOUNDED/FOUND T=TOWED E=EVIDENCE A=ABANDONED

| CODE | QTY. | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO. | EST.VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 1 | Other | | | | | | | | | | |
| | | 7 CVS reciepts with "suicide notes" written on the back of them | | | | | | | | | | |

**Vehicle**

| YEAR | STATE | REGISTRATION | MAKE | MODEL | COLOR | VIN/SERIAL NO. | INSURANCE COMPANY | POLICY NUMBER |
|---|---|---|---|---|---|---|---|---|
| 2001 | CT | AP90856 | Mits | Eclipse | Red | 4A3AE85H71E027992 | | |
| 2015 | CT | AR92803 | Infi | Qx60 | Sil | 5N1AL0MM2FC518929 | | |

Wednesday April 3, 2019, 1306 hours.

Steve Robinson notified GPD that his friend Stein Soelberg had just called him and cancelled their upcoming weekend trip to Maine, stating to him that today was going to be his last day on earth and that no one will find him.

Soelberg would not tell Robinson where he was but did relate that he was back where it all started which Robinson took to mean as Greenwich, as they both grew up in town together.  Robinson related that while talking with Soelberg there was a heavy amount of wind in the background and that he believed Soelberg could possibly be a Tod's Point.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER.
THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS
OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS
NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /PO. Nicholas A Carl/ | 178 | 04/04/2019 | /SGT. Jeffrey R Moran/ | 002 |

Freedom of Information

1900010847 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 2 of 4

## CASE/INCIDENT REPORT

SUPPLEMENTARY ☐

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900010847 | 4 | 04/03/2019 04/03/2019 | 13:06 | 04/03/2019 | 15:32 | CASUALTY - EDP | | 503 | Patrol Officer Carl, Nicholas A. | 178 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | D53 | CARL | 04/03/2019 | 15:32 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00010 | TODS DRIFTWAY -  OLD G'WCH | | | | T057 |

I was currently at Tod's point and began to look for Soelberg's vehicle in the front parking lots when I saw off duty M.O.S. W. O'Connor who was jogging through the park.  I showed P/O W. O'Connor Soelberg's DMV photo and asked that he advise me if he see someone matching the description.  After checking the parking lots I made my way on the dirt path passed the second concession stand towards the rear of the point.

While heading to the rear of the point P/O W. O'Connor ran up to my vehicle and related that there was a male subject at the rear of the point on the east side sitting on the large rocks that fits the description of Soelberg, that he was wearing shorts, a gray hooded sweatshirt pulled up over his head, and had Aviator sunglasses on.

Upon reaching the rear of the point I observed the subject previously described.  The male subject saw my vehicle approaching him and he immediately got up and made his way down the rocks towards the water and out of my sight.  This area of Tod's Point is surrounded by large boulders that act as a bluff that leads down to a marsh shore and out to the Long Island Sound.

When I reached where the subject had been sitting he was no longer in sight and as I scanned the rocks, shore, and water north to south there was no sight of the subject.

Approximately a minute passed before the subject emerged from the rocks approximately 50 yards to my north and he was headed

*Freedom of Information* (watermark)

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /PO. Nicholas A Carl/ | 178 | 04/04/2019 | /SGT. Jeffrey R Moran/ | 002 |

*Freedom of Information* (vertical text, right margin)

1900010847 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 3 of 4

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1900010847 | 4 | 04/03/2019 04/03/2019 | 13:06 | 04/03/2019 | 15:32 | CASUALTY - EDP | 503 | Patrol Officer Carl, Nicholas A. | 178 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | D53 | CARL | 04/03/2019 | 15:32 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00010 | TODS DRIFTWAY -  OLD G'WCH | | | | T057 |

straight towards the water.  I called out to Soelberg by name and he turned and looked at me, Soelberg was holding a 24 oz Budweiser can in his hand and yelled back at me, how do you know me.  I told Soelberg to stop and that I wanted to talk to him, as I made my way north on the main land following the rocks towards Soelberg's position.    Soelberg saw that I was moving towards him at which time he threw the beer can on the ground and jumped into the water.  Soelberg actively began swimming south towards the New York side of the Long Island Sound.

Soelberg quickly moved away from shore and it was immediately apparent due to the current choppy water and extreme cold temperature of the water that the Marine Division was going to be needed to rescue Soelberg.

The flotation device was retrieved from the rear of Unit #58 and myself and P/O W.O'Connor made our way down to the shore where Soelberg had jumped into the water.  As Soelberg swam south we called for his return with negative results.

P/O D'Arco Unit #58, P/O Moavero Unit #54, Lt Scorca Unit #62, Sgt Moran Unit #64, and Medic #2 arrived to the point.

I was able to coordinate with Marine Division boat #139 the location of Soelberg who was now approximately 200 to 300 yards off shore and was bobbing in the water.

The Marine Division rescued Soelberg from the water and transported Soelberg to the Old Greenwich Yacht Club to meet with waiting

Freedom of Information

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT: OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /PO. Nicholas A Carl/ | 178 | 04/04/2019 | /SGT. Jeffrey R Moran/ | 002 |

1900010847 Cont.

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 1900010847 | 4 | 04/03/2019 04/03/2019 | 13:06 | 04/03/2019 | 15:32 | CASUALTY - EDP | 503 | Patrol Officer Carl,  Nicholas A. | 178 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| | | | | | D53 | CARL | 04/03/2019 | 15:32 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS - | TOWN CD |
|---|---|---|---|---|---|
| 00010 | TODS DRIFTWAY -  OLD G'WCH | | | | T057 |

Medic #2.  See and connect with the Marine Division Supplemental Report.

Medic #2 then transported Soelberg to Stamford Hospital.

At Stamford Hospital I completed the 17a-503 form, Request for Emergency Examination.  Soelberg had not been assigned a doctor at this time.  The form was left with Soelberg's ER nurse who was made aware of the situation.

Soelberg related to me that he wanted to die and that he was prepared to meet his maker, that's why when he saw me he walked away and jumped into the water.

P/O D'Arco met with Soelberg's mother Susan Adams who showed P/O D'Arco text messages that Soelberg had sent her this morning, referencing how sad he is and that he can't take being banished by her.  Soelberg left directions for his mother where she could locate his vehicle at Tod's Point and what she could do with his belongings inside.

Soelberg's vehicle was located at the point by P/O D'Arco, see and connect with P/O D'Arco's Supplemental Report.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF THE POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /P.O. Nicholas A Carl/ | INVESTIGATOR I.D.#: 178 | SIGNED DATE: 04/04/2019 | SUPERVISOR SIGNATURE /SGT. Jeffrey R Moran/ | SUPERVISOR I.D.#: 002 |
|---|---|---|---|---|

Freedom of Information Copy

Freedom of Information

Page 1 of 3

## Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY ☐

| CFS NO 1900010847 | DAY 4 | INCIDENT DATE 04/03/2019 04/03/2019 | TIME 13:06 | DATE OF RPT 04/03/2019 | TIME OF RPT 15:21 | TYPE OF INCIDENT CASUALTY - EDP | | INCIDENT CD 503 | INVESTIGATING OFFICER Patrol Officer D'Arco, Anthony | BADGE NO 223 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID D53 | TYPIST DARCO | DATE TYPED 04/03/2019 | TIME TYPED 15:21 |
|---|---|---|---|---|---|---|---|---|---|

| STREET NO 00010 | STREET NAME AND TYPE TODS DRIFTWAY - OLD G'WCH | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD T057 |
|---|---|---|---|---|---|

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | Soelberg, Stein Erik | M | W | 01/13/1969 | ▮▮▮▮ | 11 Shorelands Pl Old Greenwich CT | ▮▮▮▮ |
| H | Robinson, Steve | | | | | | |
| H | Adams, Susanne | F | W | 08/11/1941 | ▮▮▮▮ | 11 SHORELANDS PL GREENWICH CT | |

1=NONE 2=BURNED 3=COUNTERFEIT/FORGED 4=DAMAGED/DEST 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN 9=IMPOUNDED/FOUND T=TOWED E=EVIDENCE A=ABANDONED

| CODE | QTY. | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO. | EST.VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 1 | Other | | | | | | | | | | |
| | | 7 CVS reciepts with "suicide notes" written on the back of them | | | | | | | | | | |

**Vehicle**

| YEAR | STATE | REGISTRATION | MAKE | MODEL | COLOR | VIN/SERIAL NO. | INSURANCE COMPANY | POLICY NUMBER |
|---|---|---|---|---|---|---|---|---|
| 2001 | CT | AP90856 | Mits | Eclipse | Red | 4A3AE85H71E027992 | | |
| 2015 | CT | AR92803 | Infi | Qx60 | Sil | 5N1AL0MM2FC518929 | | |

April 3,2019 at 1306 hours.

On the above date and time multiple units were dispatched to check the area of Tod's Point for a possible male that made suicidal threats.

The subject was identified as Stein  Erik Soelberg and eventually located by P/O Carl. See and connect with P/O Carl's initial report.

A search of the parking lot for Soelberg's vehicle was located near the snack stand in Tod's Point locked. I responded to 11 Shorelands Place to speak with Soelberg's mother, Susanne Adams.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /PO. Anthony D'Arco/ | INVESTIGATOR I.D.#: 223 | SIGNED DATE: 04/03/2019 | SUPERVISOR SIGNATURE /SGT. Jeffrey R Moran/ | SUPERVISOR I.D.#: 002 |
|---|---|---|---|---|

17

1900010847 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich CT 06830

(203) 622-8000

Page 2 of 3

**CASE/INCIDENT REPORT**                                    SUPPLEMENTARY

| CFS NO 1900010847 | DAY 4 | INCIDENT DATE 04/03/2019 04/03/2019 | TIME 13:06 | DATE OF RPT 04/03/2019 | TIME OF RPT 15:21 | TYPE OF INCIDENT CASUALTY - EDP | | INCIDENT CD 503 | INVESTIGATING OFFICER Patrol Officer D'Arco, Anthony | BADGE NO 223 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | | CASE X-REFERENCE | UNIT ID D53 | TYPIST DARCO | DATE TYPED 04/03/2019 | TIME TYPED 15:21 |
| STREET NO 00010 | STREET NAME AND TYPE TODS DRIFTWAY - OLD G'WCH | | | APARTMENT NO/LOCATION | | INTERSECTING STREET NAME AND TYPE | | STATUS | TOWN CD T057 |

Adams related that Soelberg had previously called her stating that he had locked his belongings in the car and left a note for his family and friends. Soelberg further related to Adams that he left her a spare set of keys to retrieve his vehicle and get the belongings within.

I responded to Soelberg's vehicle with Adams to let her retrieve the vehicle. Once we reached the vehicle Adams opened it and let me look through the vehicle to check for possible weapons and the possible "suicide notes left".

On the front passenger seat I located seven notes made out to different people explaining that he was "sorry" and that he "loved them" and that they were "better off without them". One of the notes left was titled "last will and testament".

The notes were seized and packaged as property and stored in the first floor evidence locker.

No other contraband was discovered in the vehicle.

Photos taken and forwarded to the Forensics Section.

Adams removed the vehicle from the scene.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /PO. Anthony D'Arco/ | INVESTIGATOR I.D.#: 223 | SIGNED DATE: 04/03/2019 | SUPERVISOR SIGNATURE /SGT. Jeffrey R Moran/ | SUPERVISOR I.D.#: 002 |
|---|---|---|---|---|

Freedom of Information Copy

Freedom of Information

1900010847 Cont.

Page 3 of 3

### Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO 1900010847 | DAY 4 | INCIDENT DATE 04/03/2019 04/03/2019 | TIME 13:06 | DATE OF RPT 04/03/2019 | TIME OF RPT 15:21 | TYPE OF INCIDENT CASUALTY - EDP | | INCIDENT CD 503 | INVESTIGATING OFFICER Patrol Officer D'Arco, Anthony | BADGE NO 223 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | | CASE X-REFERENCE | | UNIT ID D53 | TYPIST DARCO | DATE TYPED 04/03/2019 | TIME TYPED 15:21 |
| STREET NO 00010 | STREET NAME AND TYPE TODS DRIFTWAY - OLD G'WCH | | | APARTMENT NO/LOCATION | | INTERSECTING STREET NAME AND TYPE | | | STATUS | TOWN CD T057 |

Property seized without a search warrant form completed.

Freedom of Information Copy

Freedom of Information

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE: /PO. Anthony D'Arco/ | INVESTIGATOR I.D.#: 223 | SIGNED DATE: 04/03/2019 | SUPERVISOR SIGNATURE /SGT. Jeffrey R Moran/ | SUPERVISOR I.D.#: 002 |

19

Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 1 of 2

**CASE/INCIDENT REPORT**    SUPPLEMENTARY    [X]

| CFS NO 1900010847 | DAY 4 | INCIDENT DATE 04/03/2019 04/03/2019 | TIME 13:06 | DATE OF RPT 04/03/2019 | TIME OF RPT 14:42 | TYPE OF INCIDENT CASUALTY - EDP | | INCIDENT CD 503 | INVESTIGATING OFFICER Technician Fox, Shawn M. | BADGE NO 085 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | | CASE X-REFERENCE | UNIT ID D53 | TYPIST DIPIETRO | DATE TYPED 04/03/2019 | TIME TYPED 14:42 |
| STREET NO 00010 | STREET NAME AND TYPE TODS DRIFTWAY -  OLD G'WCH | | | APARTMENT NO/LOCATION | | INTERSECTING STREET NAME AND TYPE | | | STATUS Closed - No Viola | TOWN CD T057 |

On April 3, 2019 at 1306hrs, Tech. Fox and I in PB 125 and Sgt Latiak, M/O Repik, M/O Stense, and M/O Adamchak in PB 139 responded to the area of Greenwich Point for the report of a suicidal male subject who entered Long Island Sound and was attempting to swim south towards New York.

Upon arrival, we were directed towards the sailing area by Old Greenwich Yacht Club.  At the time of the call the weather was sunny, clear, and approximately 60 degrees Fahrenheit with sustained 25-30 mph southwest winds, which created a moderate to heavy chop with seas varying from one to three feet; the water temperature was approximately 40 degrees Fahrenheit.

As we began our search, we were directed by patrol units on scene to head in an easterly direction toward the beach.  Along the shoreline, we observed a group of people pointing out towards Long Island.  As we searched the area, Tech. Fox advised that he saw the top of the subject's head as he bobbed in the water.  Upon approaching the subject, his head was tilted back and barely above the surface of the water. His head was continuously going under as the waves crested over him.  On our first approach, Tech Fox threw him a floating rescue line, which he refused to grab and yelled "no" and "leave me alone.  I just want to die."  Realizing the subject was not going to comply with our commands, I repositioned PB 125 to drift towards him in an attempt to physically grab him.

As we drifted towards the subject, Tech. Fox threw the rescue line to him again.  As the subject reached for the line, Tech. Fox related he did not appear to have the dexterity to grab the throw line.  As we drifted closer, I left the helm to assist Tech. Fox.  We grabbed the

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER.
THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS
OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS
NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /TECH Shawn M Fox/ | INVESTIGATOR I.D.#: 085 | SIGNED DATE: 04/04/2019 | SUPERVISOR SIGNATURE /SGT. Lynden Latiak/ | SUPERVISOR I.D.#: 4 |
|---|---|---|---|---|

Freedom of Information

Freedom of Information Copy

1900010847 Cont.

## Greenwich Police Department
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY    [X]

| CFS NO 1900010847 | DAY 4 | INCIDENT DATE 04/03/2019 04/03/2019 | TIME 13:06 | DATE OF RPT 04/03/2019 | TIME OF RPT 14:42 | TYPE OF INCIDENT CASUALTY - EDP | | INCIDENT CD 503 | INVESTIGATING OFFICER Technician Fox, Shawn M. | BADGE NO 085 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID D53 | TYPIST DIPIETRO | DATE TYPED 04/03/2019 | TIME TYPED 14:42 |
| STREET NO 00010 | STREET NAME AND TYPE TODS DRIFTWAY - OLD G'WCH | | | APARTMENT NO/LOCATION | | INTERSECTING STREET NAME AND TYPE | | | STATUS Closed - No Viola | TOWN CD T057 |

subject's shoulders and lifted him into the cockpit and laid him in a supine position; the subject was showing signs of hypothermia.

Once we relocated the subject inside PB 125 and he was no longer resisting, I returned to the helm of PB 125 in order to navigate us away from the submerged rocks we had drifted over during the rescue. Once clear of the rocks, I advised dispatch that we had the subject onboard and requested PB 139 come alongside to transfer additional marine officers to assist with basic life support efforts.

Sgt. Latiak and M/O Adamchak successfully transferred to PB 125 and assisted Tech. Fox with the immediate care of the subject including removing the subject's outer garments, wrapping him in a thermal space blanket, and treating him for shock; at this time, the subject positively identified himself as Stein Soelberg.

Once we arrived at the Old Greenwich Yacht Club dock, GPD and GEMS personnel carried Soelberg to waiting stretcher and prepped him for transport to Stamford Hospital. All of Soelberg's clothes and personal articles were transported with Soelberg. PB 125's patient area was subsequently disinfected.

The GPS coordinates where we located Soelberg in the water was approximately North 41 00.035, West 73 34.132 degrees, see and connect with the navigational chart uploaded to the external apps section of this report.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /TECH Shawn M Fox/ | INVESTIGATOR I.D.#: 085 | SIGNED DATE: 04/04/2019 | SUPERVISOR SIGNATURE /SGT. Lynden Latiak/ | SUPERVISOR I.D.#: 4 |
|---|---|---|---|---|

Freedom of Information Copy

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 1 of 5

### CASE/INCIDENT REPORT

**SUPPLEMENTARY**

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900020169 | 1 | 06/16/2019 06/16/2019 | 21:54 | 06/17/2019 | 18:39 | SUICIDE ATTEMPT | | 014 | Patrol Officer Frano, Steven | 115 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol | | Crisis Intervention Team | | | E53 | FRANO | 06/17/2019 | 18:39 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00276 | SOUND BEACH AVE Av  OLD G'WCH | 2 FL | | Closed - No Viola | T057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | PELUSO, NICOLE M | F | U | 11/10/1968 | | 34 Hill Rd Greenwich CT | |
| H | Soelberg, Stein Erik | M | W | 01/13/1969 | | 278 Sound Beach Av Greenwich CT | |

1=NONE  2=BURNED  3=COUNTERFEIT/FORGED  4=DAMAGED/DEST  5=RECOVERED  6=SEIZED  7=STOLEN  8=UNKNOWN  9=IMPOUNDED/FOUND  T=TOWED  E=EVIDENCE  A=ABANDONED

| CODE | QTY. | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO. | EST.VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | 1 | Other | | | | | | | | | | |
| | | J.R. Henckels International Eversharp Pro Knife (Steak Knife) approx 6 inch blade with black handle | | | | | | | | | | |
| E | 1 | Recordings-Audio/Visual | | | | | | | | | | |
| | | 48-E Memory Card | | | | | | | | | | |

Sunday, June 15, 2019. 2155 Hours.

On the above date and time, LT Scorca (unit 62), P/O D. Swift (unit 58), MPO Wallace and P/O Ingraham (unit 54), and I (unit 53) responded to The Sound Beach Fire Department to meet with a female (identified as Nicole Peluso DOB 11/1968) who reported her boyfriend (identified as Stein Erik Soelberg 1/13/1969) had threatened to harm himself with a kitchen knife only moments earlier.  Peluso said while arguing with Soelberg he grabbed a kitchen knife out of the butcher block and motioned that he was going stab himself in the chest saying "I'm gonna kill myself, I'm just gonna kill myself!".   Peluso said that she feared for her safety so she ran across the street to the Sound Beach Fire Department.

While speaking with Peluso it was discovered that Soelberg had made several previous suicide attempts, the most recent being

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /PO. Steven Frano/ | 115 | 06/17/2019 | /LT. Eric W Scorca/ | 048 |

Freedom of Information

22

1900020169 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich CT 06830

(203) 622-8000

Page 2 of 5

### CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO 1900020169 | DAY 1 | INCIDENT DATE 06/16/2019 06/16/2019 | TIME 21:54 | DATE OF RPT 06/17/2019 | TIME OF RPT 18:39 | TYPE OF INCIDENT SUICIDE ATTEMPT | | INCIDENT CD 014 | INVESTIGATING OFFICER Patrol Officer Frano, Steven | BADGE NO 115 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | DIVISION NO | REFERENCE DIVISION Crisis Intervention Team | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | TYPIST FRANO | DATE TYPED 06/17/2019 | TIME TYPED 18:39 |
|---|---|---|---|---|---|---|---|---|

| STREET NO 00276 | STREET NAME AND TYPE SOUND BEACH AVE Av  OLD G'WCH | APARTMENT NO/LOCATION 2 FL | INTERSECTING STREET NAME AND TYPE | STATUS Closed - No Viola | TOWN CD T057 |
|---|---|---|---|---|---|

19-10847 on 4/03/2019 where Soelberg attempted to drown himself. . However, Peluso said that they had recently gotten his medication correct and he has been stable for several months. She then related that over the last week his Doctor made an adjustment to one of his prescriptions, she said his mood became darker and he seemed disconnected. Peluso said she had spent the last week with her adult children and had not seen Soelberg, she thought he was jealous that she had spent so much time with her children and not him. Peluso said she went to their shared apartment on 276 Sound Beach Ave to try to work things out with him. When she arrived she noticed all the apartment lights were off and Soelberg was sleeping. She said this was unusual behavior for him. As she tried to speak to him she noticed his mood became explosive and he started yelling about ending his own life.

Peluso gave us instructions and how to find the apartment, she said to go to the rear of the building, up a covered flight of stairs to the second floor and walk to the second door. Officers then left the Sound Beach Fire Department to speak with Soelberg at the second floor apartment on 276 Sound Beach Ave. Upon arrival there were several cars in the rear parking lot of the apartment building. . As we walked down a concrete pathway and approached the rear stairs, I noticed what looked like blood on the first tread of the freshly painted gray colored steps. Upon further inspection the blood droppings were all over the tread and riser board of each step all the way to the second floor landing.

LT Scorca then instructed us to stop, turn around and search the concrete pathway and parking lot for more blood or signs that Soelberg was near. Upon initial inspection responding units found more blood droplets on the concrete pathway and parking lot. Recent rain made the search very difficult for fresh blood and searching Soelberg's vehicles and other parked cars yielded negative results.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /PO. Steven Frano/ | INVESTIGATOR I.D.#: 115 | SIGNED DATE: 06/17/2019 | SUPERVISOR SIGNATURE /LT. Eric W Scorca/ | SUPERVISOR I.D.#: 048 |
|---|---|---|---|---|

Freedom of Information

1900020169 Cont.

Page 3 of 5

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900020169 | 1 | 06/16/2019 06/16/2019 | 21:54 | 06/17/2019 | 18:39 | SUICIDE ATTEMPT | | 014 | Patrol Officer Frano, Steven | 115 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol | | Crisis Intervention Team | · | | E53 | FRANO | 06/17/2019 | 18:39 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00276 | SOUND BEACH AVE Av  OLD G'WCH | 2 FL | | Closed - No Viola | T057 |

As we returned to check the residence for Soelberg, responding units went up the stairs to the second floor landing, there were more blood droplets and smears from what appeared to be blood on the landing to the open door of the apartment.  What sounded like a shower running could be heard from the landing and officers called out several times to try to help anyone injured within.  As officers made tactical entry into the apartment, the kitchen was the first room entered.  On the cook top were empty pizza boxes along with uneaten slices of pizza sitting on the kitchen counter.  On the floor of the kitchen approximately one foot from the stove was a six inch long serrated kitchen knife with what appeared to be blood on it, along with a broken ceramic dish that had blue decorative designs on it.  In the center of the kitchen was a large pool of what appeared to be blood that had been stepped through several times and looked as if it was smeared around.

The first door to the left while walking through the hallway led to a bathroom where the sink was running and overflowing.  It appeared that the sink was purposely clogged to flood the bathroom floor.  Officers shut the faucet off before it could cause any damage.  As we exited the bathroom and headed straight out of the kitchen the doorway led to a bedroom.  There was a bed centered in the room against the exterior wall with a night stand to the right of it.  The sheets had been ripped off the bed and thrown in a pile to the left.  A red stain was observed on the mattress of the bed.  The bed stand to the right also had red stains in two different locations.  To the left of the bed, clothing was thrown about and a closet was open that had more clothes in it which were stacked in piles or thrown on the floor.  A large weekly pill organizer with three bottles of medication was found on a desk immediately to the left as you entered the room.  Upon inspection of the pill organizing case all the days contained the same amount of medication.  The three bottles on top of the case were,

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE: /PO. Steven Frano/ | INVESTIGATOR I.D.#: 115 | SIGNED DATE: 06/17/2019 | SUPERVISOR SIGNATURE /LT. Eric W Scorca/ | SUPERVISOR I.D.#: 048 |

Freedom of Information

Freedom of Information Copy

24

1900020169 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 4 of 5

**CASE/INCIDENT REPORT**

SUPPLEMENTARY ☐

| CFS NO 1900020169 | DAY 1 | INCIDENT DATE 06/16/2019 06/16/2019 | TIME 21:54 | DATE OF RPT 06/17/2019 | TIME OF RPT 18:39 | TYPE OF INCIDENT SUICIDE ATTEMPT | | INCIDENT CD 014 | INVESTIGATING OFFICER Patrol Officer Frano, Steven | BADGE NO 115 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Crisis Intervention Team | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | TYPIST FRANO | DATE TYPED 06/17/2019 | TIME TYPED 18:39 |
|---|---|---|---|---|---|---|---|---|---|

| STREET NO 00276 | STREET NAME AND TYPE SOUND BEACH AVE Av  OLD G'WCH | APARTMENT NO/LOCATION 2 FL | INTERSECTING STREET NAME AND TYPE | STATUS Closed - No Viola | TOWN CD T057 |
|---|---|---|---|---|---|

which was prescribed by Dr. Anne-Marie lambert. A search of the apartment and nearby basement for Soelberg was also met with negative results.

It was discovered that Soelberg's mother lived close by at 11 Shorelands Rd in Old Greenwich. Unit 58 and I were en route to attempt to make contact with his mother when LT Scorca announced that P/O Ingraham and P/O Wallace had located Soelberg, down a long dark alley way on the side of 280 Sound Beach Ave.  He was found lying with his head facing south on his right side, unresponsive, labored breathing, in a blood soaked white t-shirt.  He had a puncture wound to his upper left chest that was no longer bleeding and multiple abrasions to both wrists.  I measured the distance traveled from where the incident occurred, in the second floor kitchen, to his discovered resting place, within the alley of 280 Sound Beach Avenue which totaled 260 feet.  Medic 2 responded and transported Soelberg to Stamford Hospital.  Prior to transport Soelberg was administered the lowest dosage of Narcan which immediately improved his breathing.

Upon arrival at Stamford Hospital Soelberg was treated by Dr. Pickens for non-life threatening injuries.

The knife was seized from the from the scene and entered into evidence.  A Property Seized Without a Warrant form was completed.

Peluso was allowed back into the residence to collect her belongings and she began to clean the kitchen.

P/O D. Swift had a committal form completed.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. |
|---|

| INVESTIGATOR SIGNATURE: */PO. Steven Frano/* | INVESTIGATOR I.D.#: 115 | SIGNED DATE: 06/17/2019 | SUPERVISOR SIGNATURE */LT. Eric W Scorca/* | SUPERVISOR I.D.#: 048 |
|---|---|---|---|---|

Freedom of Information Copy

Freedom of Information

1900020169 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 5 of 5

## CASE/INCIDENT REPORT

SUPPLEMENTARY ☐

| CFS NO 1900020169 | DAY 1 | INCIDENT DATE 06/16/2019 06/16/2019 | TIME 21:54 | DATE OF RPT 06/17/2019 | TIME OF RPT 18:39 | TYPE OF INCIDENT SUICIDE ATTEMPT | | INCIDENT CD 014 | INVESTIGATING OFFICER Patrol Officer Frano, Steven | BADGE NO 115 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Crisis Intervention Team | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | TYPIST FRANO | DATE TYPED 06/17/2019 | TIME TYPED 18:39 |
| STREET NO 00276 | STREET NAME AND TYPE SOUND BEACH AVE Av  OLD G'WCH | | | APARTMENT NO/LOCATION 2 FL | | INTERSECTING STREET NAME AND TYPE | | STATUS Closed - No Viol | TOWN CD T057 |

Officer safety flyer and e-mail will be sent out.

MPO Wallace and P/O Ingraham took numerous digital photographs of the scene.  They also completed a diagram.

Freedom of Information

Freedom of Information Copy

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /PO. Steven Frano/ | INVESTIGATOR I.D.#: 115 | SIGNED DATE: 06/17/2019 | SUPERVISOR SIGNATURE /LT. Eric W Scorca/ | SUPERVISOR I.D.#: 048 |
|---|---|---|---|---|

Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 1 of 2

## CASE/INCIDENT REPORT

SUPPLEMENTARY  [X]

| CFS NO 1900020169 | DAY 1 | INCIDENT DATE 06/16/2019 06/16/2019 | TIME 21:54 | DATE OF RPT 06/18/2019 | TIME OF RPT 22:39 | TYPE OF INCIDENT SUICIDE ATTEMPT | | | INCIDENT CD 014 | INVESTIGATING OFFICER Patrol Officer Wallace, Christopher | BADGE NO 114 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Crisis Intervention Team | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | TYPIST WALLACE | DATE TYPED 06/18/2019 | TIME TYPED 22:39 |
| STREET NO 00276 | STREET NAME AND TYPE Sound Beach Av   OLD G'WCH | | | APARTMENT NO/LOCATION 2 FL | | INTERSECTING STREET NAME AND TYPE | | | | STATUS Closed - No Viol | TOWN CD T057 |

1=NONE 2=BURNED 3=COUNTERFEIT/FORGED 4=DAMAGED/DEST 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN 9=IMPOUNDED/FOUND T=TOWED E=EVIDENCE A=ABANDONED

| CODE | QTY. | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO. | EST.VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | 1 | Other | | | | | | | | | | |
| | | J.R. Henckels International Eversharp Pro Knife (Steak Knife) approx 6 inch blade with black handle | | | | | | | | | | |
| E | 1 | Recordings-Audio/Visual | | | | | | | | | | |
| | | 48-E Memory Card | | | | | | | | | | |

June 16th, 2019 at approximately 21:54 hours.

On the above date and time multiple GPD units responded to the second (2nd) floor apartment of 276 Sound Beach Ave. on, what was later determined to be, an attempted suicide.

See and connect with P/O Frano's initial report for details.

It should be noted that photographs of the scene were taken by P/O Ingraham utilizing camera 48 and memory card 48-E. These photographs included the interior and exterior of the above mentioned apartment, any traces of blood located by officers on scene, and the knife that Soelberg used to stab himself (it should be noted that the photographs of the knife include where it was located within the apartment along with photographs of it prior to being packaged as evidence). The photographs also include the presumed path taken by Soelberg when he left the apartment after he had stabbed himself and were Soelberg was located by officers. Memory card 48-E was forwarded to the Forensics Section for proper storage and processing.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /P.O. Christopher Wallace/ | INVESTIGATOR I.D.#: 114 | SIGNED DATE: 06/19/2019 | SUPERVISOR SIGNATURE /SGT. John Tar/ | SUPERVISOR I.D.#: 10 |
|---|---|---|---|---|

Freedom of Information

27

1900020169 Cont.

# Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 2 of 2

## CASE/INCIDENT REPORT

SUPPLEMENTARY     X

| CFS NO 1900020169 | DAY 1 | INCIDENT DATE 06/16/2019 06/16/2019 | TIME 21:54 | DATE OF RPT 06/18/2019 | TIME OF RPT 22:39 | TYPE OF INCIDENT SUICIDE ATTEMPT | | INCIDENT CD 014 | INVESTIGATING OFFICER Patrol Officer Wallace, Christopher | BADGE NO 114 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Crisis Intervention Team | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | TYPIST WALLACE | DATE TYPED 06/18/2019 | TIME TYPED 22:39 |
|---|---|---|---|---|---|---|---|---|---|

| STREET NO 00276 | STREET NAME AND TYPE Sound Beach Av   OLD G'WCH | APARTMENT NO/LOCATION 2 FL | INTERSECTING STREET NAME AND TYPE | STATUS Closed - No Viola | TOWN CD T057 |
|---|---|---|---|---|---|

I seized the knife used by Soelberg and it was packaged as per GPD policy and procedure. The knife was then tagged as evidence and placed in a first (1st) floor property/evidence locker at GPD Headquarters. A property seized without a warrant form was completed and forwarded to General Services.

It should be noted that the knife was located on the floor within the kitchen of the above mentioned apartment next to a pool of blood. The knife was a J.R. Henckels Eversharp Pro Knife that had a serrated blade that was approximately six (6) inches in length with blood on both sides of the blade.

I completed a diagram of the above mentioned path taken by Soelberg and where he was eventually located. The path depicts Soelberg exiting the rear of 276 Sound Beach Ave and proceeding in a southerly direction towards 280 Sound Beach Ave. Soelberg is then depicted to turn in a westerly direction and travel along the southern side of 280 Sound Beach Ave. where he was located by officers. The diagram also shows how Soelberg traveled a total length of approximately 260 feet. It should be noted that the path that Soelberg traveled was based on the trail of blood found by officers on scene. A copy of this diagram was scanned into External Apps and the original was forwarded to General Services.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /PO. Christopher Wallace/ | INVESTIGATOR I.D.#: 114 | SIGNED DATE 06/19/2019 | SUPERVISOR SIGNATURE /SGT. John Tar/ | SUPERVISOR I.D.#: 10 |
|---|---|---|---|---|

Freedom of Information Copy

# Greenwich Police Department

11 Bruce Place, Greenwich CT 06830

(203) 622-8000

Page 1 of 3

## CASE/INCIDENT REPORT

SUPPLEMENTARY   [X]

| CFS NO 1900020169 | DAY 1 | INCIDENT DATE 06/16/2019 06/16/2019 | TIME 21:54 | DATE OF RPT 06/19/2019 | TIME OF RPT 21:59 | TYPE OF INCIDENT SUICIDE ATTEMPT | | | INCIDENT CD 014 | INVESTIGATING OFFICER Patrol Officer Ingraham, Kevin | BADGE NO 167 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Crisis Intervention Team | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | TYPIST INGRAHAM | DATE TYPED 06/19/2019 | TIME TYPED 21:59 |
| STREET NO 00276 | STREET NAME AND TYPE Sound Beach Av   OLD G'WCH | | | APARTMENT NO/LOCATION 2 FL | | INTERSECTING STREET NAME AND TYPE | | | STATUS Closed - No Viola | TOWN CD T057 | |

June 16th, 2019 at approximately 2154 hours.

On the above date and time multiple GPD units responded to the second (2nd) floor apartment of 276 Sound Beach Ave on what later determined to be an attempted suicide.  See and connect with P/O Franco initial report for details.

Upon arrival I noticed blood on the stairwell leading to the second (2nd) floor apartment of 276 Sound Beach Ave.

An interior check of the entire residence revealed that no one was inside.

It should be noted that during the interior check, I noticed a large amount of blood in the kitchen of the residence along with smaller amounts of blood located in throughout the residence.

Freedom of Information Copy

Freedom of Information

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /PO. Kevin Ingraham/ | INVESTIGATOR I.D.#: 167 | SIGNED DATE: 06/19/2019 | SUPERVISOR SIGNATURE /SGT. John Tar/ | SUPERVISOR I.D.#: 10 |
|---|---|---|---|---|

### Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

## CASE/INCIDENT REPORT

SUPPLEMENTARY    | X |

| CFS NO 1900020169 | DAY 1 | INCIDENT DATE 06/16/2019 06/16/2019 | TIME 21:54 | DATE OF RPT 06/19/2019 | TIME OF RPT 21:59 | TYPE OF INCIDENT SUICIDE ATTEMPT | | INCIDENT CD 014 | INVESTIGATING OFFICER Patrol Officer Ingraham, Kevin | BADGE NO 167 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Crisis Intervention Team | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | TYPIST INGRAHAM | DATE TYPED 06/19/2019 | TIME TYPED 21:59 |
| STREET NO 00276 | | STREET NAME AND TYPE Sound Beach Av  OLD G'WCH | | | APARTMENT NO/LOCATION 2 FL | INTERSECTING STREET NAME AND TYPE | | | STATUS Closed - No Viola | TOWN CD T057 |

Outside I noticed a small amount of blood which gradually got larger creating a blood trail traveling southbound.  The blood trail continued to 280 Sound Beach Ave where I was able to observe foot impressions in the wet grass that continued along the southern edge of 280 Sound beach Ave.

At the end of the path of the foot impressions I noticed a subject (later confirmed to be Stein E. Soelberg) laying on his right side with his head facing south and his legs facing north.  The hands of Soelberg were not visible due to the way he was laying down.

While we approached Solberg we shouted verbal commands telling Solberg that we were the police and that we were here to help but needed to see his hands.

As we got closer we were able to hear agonal type breathing and Soelberg was unresponsive to our commands.  We turned him over and noticed multiple stab wounds to his chest and that his hands were empty.

LT. Scorca advised GEMS Medic #2, who was standing by approximately forty (40) yards away, that the scene was safe and to respond

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /PO. Kevin Ingraham/ | INVESTIGATOR I.D.#: 167 | SIGNED DATE: 06/19/2019 | SUPERVISOR SIGNATURE /SGT. John Tar/ | SUPERVISOR I.D.#: 10 |
|---|---|---|---|---|

Freedom of Information Copy

Freedom of Information

I900020169 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich CT 06830

(203) 622-8000

Page 3 of 3

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900020169 | 1 | 06/16/2019 06/16/2019 | 21:54 | 06/19/2019 | 21:59 | SUICIDE ATTEMPT | | 014 | Patrol Officer Ingraham, Kevin | 167 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol | | Crisis Intervention Team | | | E53 | INGRAHAM | 06/19/2019 | 21:59 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00276 | Sound Beach Av  OLD G'WCH | 2 FL | | Closed - No Viol | T057 |

to our location.  GEMS personnel responded and Soelberg was placed on a stretcher and pushed to the rear of GEMS Medic #2 where GEMS personnel continued to render aid to Soelberg. It should be noted that while GEMS personnel were rendering aid to Soelberg he was administered Narcan which assisted with Soelberg becoming responsive. Based on my training and experience this is an indication that Soelberg was under the influence of an opioid. It should be noted that while performing the above mentioned interior check of the residence no controlled substances were observed.

Soelberg was subsequently transported to Stamford ER.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /PO. Kevin Ingraham/ | 167 | 06/19/2019 | /SGT. John Tar/ | 10 |

Freedom of Information Copy

Freedom of Information

31

Run Date: 11/17/2025

Run Time: 14:10

# Greenwich Police Department

Page 1 of 3

## Call Summary Report

## CFS #: 1900021142

| Call Details | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Pol | Fire | EMS | Oth |
| **Location** | 00276 SOUND BEACH AV (APT: 2FL) | | | | | | |
| **Premise** | 00276 SOUND BEACH AV | | **Grid** | 53 | i213PF | EMS2 | |
| **City** | OLD G'WCH | | **Sector** | 53 | 5 | | |
| **Call type** | MISCELLANEOUS REPORT | | **Cmd Area** | A | A | | |
| **Queued Dt** | 6/24/2019 | | **Agency** | P | | | |
| **Call Source** | Phone | | **Disp** | 03 | 03 | 03 | |
| **Call Priority** | 5 | | | | | | |

| Reporting Party | |
|---|---|
| **Name** | NICOLE PELUSO |
| **Address** | 00276 SOUND BEACH AV          OLD G'WCH |
| **Home Phone** | ▓▓▓▓▓▓ |
| **Work Phone** | 203 |

| Responding Units | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit | Agency | Pri | Dispatch | Enroute | Arrive | Clear | Quartered |
| E53 | | | | | | | |
| | PD | ☑ | 06/24/19 16:07 | 06/24/19 16:07 | 06/24/19 16:17 | 06/24/19 16:45 | 00/00/00 00:00 |
| E55 | | | | | | | |
| | PD | ☐ | 06/24/19 16:07 | 06/24/19 16:07 | 06/24/19 16:25 | 06/24/19 16:42 | 00/00/00 00:00 |
| E58 | | | | | | | |
| | PD | ☐ | 06/24/19 16:08 | 06/24/19 16:10 | 00/00/00 00:00 | 06/24/19 16:44 | 00/00/00 00:00 |
| E59 | | | | | | | |
| | PD | ☐ | 06/24/19 16:07 | 06/24/19 16:13 | 06/24/19 16:13 | 06/24/19 16:52 | 00/00/00 00:00 |
| MED2 | | | | | | | |
| | EMS | ☑ | 06/24/19 16:10 | 06/24/19 16:10 | 00/00/00 00:00 | 06/24/19 16:29 | 06/24/19 16:29 |

| Call Remarks |
|---|

**Remark Date/Time:** 06/24/19 16:01

**Animal Indicator:** N          **EMD Indicator:** N

BACK DOOR

STEIN ERIC SOELBERG- KNOWN EDP- WHO RP STATES HAS ACCESS TO WEAPONS IS IN HER APT- FACE TIMING HER- TAUTING HER- AFTER SHE TOLD HIM THAT HE WAS NO LONGER WELCOME THERE

MOTHER AT 11 SHORELANDS- HE WAS RELEASED TO MOTHER FROM STAMFORD HOSP

Freedom of Information

Run Date: 11/17/2025
Run Time: 14:10

### Greenwich Police Department

### Call Summary Report

## Call Remarks

**Remark Date/Time:** 06/24/19 16:10

**Name:** Soelberg,Stein                          **DOB:** 01/13/1969

**Address:** 11 Shorelands Pl

**City:** Old Greenwich              **State:** CT

**Phone:**    -  -                    **Work Phone:**    -   -

**Op Id:** ▪▪▪▪▪▪

**Comments:**

---

**Remark Date/Time:** 06/24/19 16:24

**Animal Indicator:** N        **EMD Indicator:** N

NICOLE PELUSO-▪▪▪▪▪▪▪▪

**Remark Date/Time:** 06/24/19 16:42

**Animal Indicator:** N        **EMD Indicator:** N

**Remark Date/Time:** 06/24/19 16:43

**Animal Indicator:** N        **EMD Indicator:** N

ARRIVED ON SCENE AND LOCATED STEIN EXITING THE RESIDENCE.

STEIN RELATED THAT HE WAS GATHERING HIS BELONGINGS TO MOVE OUT OF THE APT. THAT HE IS STAYING AT HIS MOTHERS ON SHORELANDS.  THAT THERE ARE SOME ITEMS STILL MISSING THAT HE WOULD LIKE TO GET BACK WHEN NICOLE RETURNS SO THEY MAY BE RETRIEVED.  THAT HE IS GOING TO REHAB ON WEDNESDAY.

WILL ATTEMPT TO MAKE CONTACT WITH NICOLE PELUSO IN ORDER TO CONFIRM WITH HER A LIST OF ITEMS OBTAINED FROM STEIN IN ORDER TO GET THEM BACK TO PROPER OWNER.

LIST OF PROPERTY ADDED TO CAD FOR DOCUMENTATION PURPOSES

**Remark Date/Time:** 06/24/19 16:43

**Name:** Soelberg,Stein Eric                      **DOB:** 00/00/0000

**Address:** 11 SHORELANDS RD

**City:** GREENWICH              **State:** CT

**Phone:** ▪▪▪▪▪▪▪▪            **Work Phone:**    -  -

**Op Id:**

**Comments:**

Freedom of Information Copy

Greenwich Police Department

Call Summary Report

## Call Remarks

**Remark Date/Time:** 06/24/19 16:43

**Name:** Peluso,Nicole                 **DOB:** 00/00/0000

**Address:**276 SOUND BEACH AV

**City:** GREENWICH          **State:** CT

**Phone:** ~~██████████~~          **Work Phone:**  -  -

**Op Id:**

**Comments:**

---

**Remark Date/Time:** 06/24/19 16:44
**Animal Indicator:** N      **EMD Indicator:** N

**Remark Date/Time:** 06/24/19 16:51
**Animal Indicator:** N      **EMD Indicator:** N
ERIC MISSING PROPERTY: GRAY & BLACK HARDCORE EXTREME JACKET, SAILING OUTER
SHELL WATER PROOOF JACKET, GOLD RING FROM WILLIAMS COLEGE, NY YAANKEE ROPE,
GOLD CREST RING WITH A FIST ON IT, I PHONE XS MAX, SILVER RING WITH LACE ON IT,
NECKALACE, SILVER CHAIN, BEARD TRIMMER, I WATCH FOUR, WATCH, CASIO WATCH.

**Remark Date/Time:** 06/24/19 16:52
**Animal Indicator:** N      **EMD Indicator:** N

**Remark Date/Time:** 06/24/19 22:19
**Animal Indicator:** N      **EMD Indicator:** N
STEIN HANDED OVER A KEY WHICH HE REPORTED TO BE TO THE DOOR TO THE
APARTMENT.  THE KEY WAS TAGGED AS PROPERTY AND FORWARDED TOTHE FIRST FLOOR
PROPERTY LOCKERS.

Freedom of Information Copy

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 1 of 2

### CASE/INCIDENT REPORT

SUPPLEMENTARY ☐

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900025378 | 1 | 07/28/2019 07/28/2019 | 02:07 | 07/28/2019 | 03:00 | SUSPICIOUS ACTIVITY | | 293 | Patrol Officer Greenhaw, Yolonda | 107 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Special Victims Section | | | M53 | GREENHAW | 07/28/2019 | 03:00 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00276 | SOUND BEACH Av  OLD G'WCH | 1 | | Active - Case Op | T057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| C | Peluso, Nicole Mary | F | W | 11/10/1968 | | 278 Sound Beach Av Greenwich  Apt #: 2ND CT | |
| H | FEINSOD, JAY B | M | U | 01/10/1943 | | 268 Sound Beach Av Greenwich CT | |
| H | BISCHOFF, KATRINA | F | W | 05/23/1972 | | 264 SOUND BEACH Av | |
| | | | | | | | |
| | | | | | | | |
| H | Stewart, Jeff | M | U | | | 264 Sound Beach Av Old Greenwich CT | CT |
| H | Soelberg, Stein Erik | M | W | 01/13/1969 | | 11 Shorelands Pl Old Greenwich CT | |
| H | Mattias, Tom | M | | | | 264 Sound Beach Av Greenwich CT | CT |

Vehicle

| YEAR | STATE | REGISTRATION | MAKE | MODEL | COLOR | VIN/SERIAL NO. | INSURANCE COMPANY | POLICY NUMBER |
|---|---|---|---|---|---|---|---|---|
| 2015 | CT | AR92803 | Infi | Qx60 | Sil | 5N1AL0MM2FC518929 | | |

On this day at approximately 02007 hours, PO Solomon and I were detailed to 278 Sound Beach Ave. on a report of suspicious activity.

Upon arrival, I was met by Nicole Peluso who related that she recently changed the locks to the apartment that she used to share with her ex-boyfriend Stein Soelberg. That at approximately 0206 hours 7/28/2019 she was sitting at her desktop computer when she heard someone attempt to put a key in the doorknob. That when she heard the key sounds she yelled out who's there. That she heard footsteps running down the stairs.

Nicole further related that she called 911 because she has an active no contact order against Soelberg and is fearful due to his recent

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /P.O. Yolonda Greenhaw/ | 107 | 08/01/2019 | /SGT. Edward P Isidro/ | 016 |

1900025378 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 2 of 2

**CASE/INCIDENT REPORT**    SUPPLEMENTARY

| CFS NO 1900025378 | DAY 1 | INCIDENT DATE 07/28/2019 07/28/2019 | TIME 02:07 | DATE OF RPT 07/28/2019 | TIME OF RPT 03:00 | TYPE OF INCIDENT SUSPICIOUS ACTIVITY | | INCIDENT CD 293 | INVESTIGATING OFFICER Patrol Officer Greenhaw, Yolonda | BADGE NO 107 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID M53 | TYPIST GREENHAW | DATE TYPED 07/28/2019 TIME TYPED 03:00 |
| STREET NO 00276 | STREET NAME AND TYPE SOUND BEACH Av  OLD G'WCH | | | APARTMENT NO/LOCATION 1 | | INTERSECTING STREET NAME AND TYPE | | STATUS Active - Case Op | TOWN CD T057 | |

irratic behavior and release from a rehabilitation center. Peluso related that she did not see anyone or hear a vehicle.

GPD Units 62, 54, 58, and 59 checked the area while PO Solomon and I interviewed Peluso. The check of the area was met with negative results.

PO Kassay waited outside as I escorted Peluso to her vehicle.

Its should be noted that Peluso requested extra checks of the area of 34 Hill Rd, Greenwich during the overnight hours.

A cursory check of the area for surveillance cameras were met with negative results.

Based on the aforementioned facts and circumstances the subject that attempted to gain entry to Peluso's apartment using a key cannot be identified without additional information and/or evidence.

Freedom of Information Copy

Freedom of Information

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /PO. Yolonda Greenhaw/ | INVESTIGATOR I.D.#: 107 | SIGNED DATE: 08/01/2019 | SUPERVISOR SIGNATURE /SGT. Edward P Isidro/    SUPERVISOR I.D.#: 016 |

Page 1 of 2

## Greenwich Police Department
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY

X

| CFS NO 1900025378 | DAY 1 | INCIDENT DATE 07/28/2019 07/28/2019 | TIME 02:07 | DATE OF RPT 07/28/2019 | TIME OF RPT 12:36 | TYPE OF INCIDENT SUSPICIOUS ACTIVITY | | INCIDENT CD 293 | INVESTIGATING OFFICER Detective Bussell, Jeremiah D. | BADGE NO 29 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | DIVISION NO | REFERENCE DIVISION Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID M53 | TYPIST BUSSELL | DATE TYPED 07/28/2019 | TIME TYPED 12:36 |
|---|---|---|---|---|---|---|---|---|

| STREET NO 00276 | STREET NAME AND TYPE SOUND BEACH Av  OLD G'WCH | APARTMENT NO/LOCATION 1 | INTERSECTING STREET NAME AND TYPE | STATUS Active - Case Op | TOWN CD T057 |
|---|---|---|---|---|---|

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | FEINSOD, JAY B | M | U | 01/10/1943 | | 268 Sound Beach Av Greenwich CT | |
| H | BISCHOFF, KATRINA | F | W | 05/23/1972 | | 264 SOUND BEACH Av | |
| | | | | | | | |
| | | | | | | | |
| H | Stewart, Jeff | M | U | | | 264 Sound Beach Av Old Greenwich CT | CT |
| H | Mattias, Tom | M | | | | 264 Sound Beach Av Greenwich CT | CT |

On 07/28/2019 the undersigned and SRO Sgaglio responded to the area of 278 Sound Beach Ave. in an attempt to locate video surveillance which may have recorded the subject who may have attempted to gain entry to the reporting party's residence during the early morning hours.

A check of the businesses and residences from 278 Sound Beach Ave. south to 11 Shorelands Pl., where the only suspect, Stein Soelberg, resides, was met with negative results for any useful surveillance cameras.  There was a Ring doorbell located at the front door to 310 Sound Beach Ave.  Investigators spoke with the homeowners who related that the camera shows them live video only as they did not purchase the plan which would store video taken when the doorbell motion sensor is activated.

Investigators then checked the businesses to the north of 278 Sound Beach Ave. with the following results:

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /DET. Jeremiah D Bussell/ | INVESTIGATOR I.D.#: 29 | SIGNED DATE: 07/28/2019 | SUPERVISOR SIGNATURE /SGT. Brent R Reeves/ | SUPERVISOR I.D.#: 023 |
|---|---|---|---|---|

Freedom of Information

1900025378 Cont.

# Greenwich Police Department
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 2 of 2

## CASE/INCIDENT REPORT

SUPPLEMENTARY | X

| CFS NO 1900025378 | DAY 1 | INCIDENT DATE 07/28/2019 07/28/2019 | TIME 02:07 | DATE OF RPT 07/28/2019 | TIME OF RPT 12:36 | TYPE OF INCIDENT SUSPICIOUS ACTIVITY | | INCIDENT CD 293 | INVESTIGATING OFFICER Detective Bussell, Jeremiah D. | BADGE NO 29 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID M53 | TYPIST BUSSELL | DATE TYPED 07/28/2019 | TIME TYPED 12:36 |
| STREET NO 00276 | STREET NAME AND TYPE SOUND BEACH Av  OLD G'WCH | | | APARTMENT NO/LOCATION 1 | | INTERSECTING STREET NAME AND TYPE | | STATUS Active - Case Op | TOWN CD T057 | |

-268 Sound Beach Ave., Ace Hardware (This building is adjacent, to the north of, 278 Sound Beach Ave.): There is an exterior camera just south of the front door. An employee was able to view the live view which covers the entire sidewalk in front of the store, facing North. He was unsure how to work the surveillance system and was not sure if it even recorded or simply showed live video. He provided contact information for the owner of the business, Jay Feinsod, however attempts to make contact with him have thus far met with negative results.

-264 Sound Beach Ave., Back 40 Mercantile (This building is just north of Ace Hardware, separated by an alleyway): There is an exterior camera located on the south side of the building within the alleyway. It is unknown at this time which direction this camera faces as it is a tinted dome style camera. There is also a camera located to the rear (east side) of the building above the rear double doors. This camera is also a tinted dome style camera and it is unknown what it covers. The owner of the business, Katrina Bischoff, does not have access to the cameras, but provided contact information for the building owner, Jeff Stewart, and the building manager, Tom Mattias.

-260 Sound Beach Ave., Chase Bank: There is an exterior camera, however the business was closed at the time so no contact was made within.

The undersigned also confirmed that the Protective Order was still in place protecting the victim from Soelberg. Upon review, it is a full no contact and 100 yard stay-away order. A copy of the order is attached to this report and a copy was scanned into the External Apps tab of this case.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /DET. Jeremiah D Bussell/ | INVESTIGATOR I.D.#: 29 | SIGNED DATE: 07/28/2019 | SUPERVISOR SIGNATURE /SGT. Brent R Reeves/ | SUPERVISOR I.D.#: 023 |
|---|---|---|---|---|

Freedom of Information

Greenwich Police Department
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 1 of 1

**CASE/INCIDENT REPORT**    SUPPLEMENTARY    X

| CFS NO 1900025378 | DAY 1 | INCIDENT DATE 07/28/2019 07/28/2019 | TIME 02:07 | DATE OF RPT 08/04/2019 | TIME OF RPT 14:30 | TYPE OF INCIDENT SUSPICIOUS ACTIVITY | | INCIDENT CD 293 | INVESTIGATING OFFICER Detective Bussell, Jeremiah D. | BADGE NO 29 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | DIVISION NO | REFERENCE DIVISION Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID M53 | TYPIST BUSSELL | DATE TYPED 08/04/2019 | TIME TYPED 14:30 |
|---|---|---|---|---|---|---|---|---|

| STREET NO 00276 | STREET NAME AND TYPE SOUND BEACH Av  OLD G'WCH | APARTMENT NO/LOCATION 1 | INTERSECTING STREET NAME AND TYPE | STATUS Closed - No lead | TOWN CD T057 |
|---|---|---|---|---|---|

On 08/03/2019 SRO Sgaglio retrieved the video footage from Ace Hardware for the timeframe in question.  The video was placed onto a thumb drive by the owner of the store, Jay Feinsod.  The drive contained footage from the camera located over the front door of the establishment.  It is noted that the field of view faces north and covers the entire sidewalk north to the Chase bank located two buildings to the north.  Due to the camera being located underneath the store's awning, the roadway is not visible.

On 08/04/2019 the undersigned reviewed the footage and observed that the only people who entered the camera's field of view were three teenagers walking southbound past the store at approximately 0219hrs.  The only vehicles observed entering or exiting the two alleyways in the camera's field of view are GPD vehicles canvassing the area for the subject who had attempted to enter the apartment.

Given that the only other buildings with surveillance cameras are located north of the Ace Hardware store and are covered by the camera described above, there is no need to attempt to obtain the footage from the remaining cameras noted in the undersigned's video canvass follow up.

The thumb drive was forwarded to the Forensics Section for storage.

As such, this case will be considered closed in the files of this department pending the development of any new information which would warrant its reopening and the filing of a supplemental report.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /DET. Jeremiah D Bussell/ | INVESTIGATOR I.D.#: 29 | SIGNED DATE: 08/05/2019 | SUPERVISOR SIGNATURE /SGT. Brent R Reeves/ | SUPERVISOR I.D.#: 023 |
|---|---|---|---|---|

Freedom of Information

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 1 of 4

### CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 1900025617 | 3 | 07/30/2019 07/30/2019 | 04:09 | 07/30/2019 | 06:25 | MISCELLANEOUS REPORT | | 380 | Patrol Officer Geary, Shane | 173 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | TYPIST | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| | | | Special Victims Section | | | M53 | GEARY | 07/30/2019 | 06:25 |

| STREET NO | STREET NAME AND TYPE | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS | TOWN CD |
|---|---|---|---|---|---|
| 00276 | SOUND BEACH Av  OLD G'WCH | | | Closed - No lead | T057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| C | PELUSO, NICOLE M | F | W | 11/10/1968 | | 34 Hill Rd Greenwich CT | |
| H | Soelberg, Stein Erik | M | W | 01/13/1969 | | 11 Shorelands Pl Old Greenwich CT | |

1=NONE 2=BURNED 3=COUNTERFEIT/FORGED 4=DAMAGED/DEST 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN 9=IMPOUNDED/FOUND T=TOWED E=EVIDENCE A=ABANDONED

| CODE | QTY. | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO. | EST.VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E | 1 | Recordings-Audio/Visual | | | | | | | | | | |
| | | Police Photographs | | | | | | | | | | |

**Vehicle**

| YEAR | STATE | REGISTRATION | MAKE | MODEL | COLOR | VIN/SERIAL NO. | INSURANCE COMPANY | POLICY NUMBER |
|---|---|---|---|---|---|---|---|---|
| 2017 | CT | AJ89832 | Subaru | Crosstrek Premium | Black | JF2GPABC5H8216481 | Progressive Casualty Insurance | 918347943 |

Tuesday, July 30, 2019

At approximately 0400 hours on the above mentioned date, Nicole M. Peluso – DOB 11/10/1968, contacted the Greenwich Police Department to report a flat tire on her personal vehicle (Black Subaru Crosstrek, bearing CT #AJ89832). GPD Dispatch related that Peluso was parked in front of her business/residence located at 276 Sound Beach Avenue, that Peluso had contacted road side assistance and that she was requesting GPD stand by with her while she waited for the assistance to arrive.  GPD Dispatch further related that Peluso related she believed her ex-boyfriend, Stein E. Soelberg – DOB 01/13/1969, with whom she has an active protective order against, was responsible for the flat tire.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /P O. Shane Geary/ | 173 | 07/30/2019 | /LT. Robert J Lombardo/ | 056 |

Freedom of Information

1900025617 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 2 of 4

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO 1900025617 | DAY 3 | INCIDENT DATE 07/30/2019 07/30/2019 | TIME 04:09 | DATE OF RPT 07/30/2019 | TIME OF RPT 06:25 | TYPE OF INCIDENT MISCELLANEOUS REPORT | | INCIDENT CD 380 | INVESTIGATING OFFICER Patrol Officer Geary, Shane | BADGE NO 173 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION | DIVISION NO | REFERENCE DIVISION Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID M53 | TYPIST GEARY | DATE TYPED 07/30/2019 | TIME TYPED 06:25 |
|---|---|---|---|---|---|---|---|---|

| STREET NO 00276 | STREET NAME AND TYPE SOUND BEACH Av  OLD G'WCH | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS Closed - No lead | TOWN CD T057 |
|---|---|---|---|---|---|

It should be noted that Peluso and Soelberg have extensive history with GPD.  See and connect with GPD CFS #'s:19-5589, 19-20169, ████████, ████████ and 19-25378.

Upon arrival I met with Peluso within the driveway to her building.  Peluso reiterated to me the information she provided to GPD Dispatch, and related that road side assistance was approximately one hour away.

P/O Mastronardi arrived on scene.

The front right tire to Peluso's Subaru was found to be completely flat.  Using my flashlight I visually inspected the tire, and did not find any puncture marks, nor any indication of physical damage.  During the inspection of the front right tire I noticed that the inflation cap was missing. The rim on that vehicle was relatively dirty, and there were clear smudge marks around the inflation tube; indicating that someone removed the cap. It appeared as if someone had manually deflated the tire, using the inflation tube.  Due to obvious smudging, processing the rim for prints was not possible.

Photographs of the vehicle and tire were taken utilizing Camera #53, while incorporating Memory Stick 53-A.  The memory stick will be forwarded to the Forensic Section for processing.

When asked, Peluso related that she parked her vehicle in her designated parking space in the rear of 276 Sound Beach Avenue at

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /P.O. Shane Geary/ | INVESTIGATOR I.D.#: 173 | SIGNED DATE: 07/30/2019 | SUPERVISOR SIGNATURE /LT. Robert J Lombardo/ | SUPERVISOR I.D.#: 056 |
|---|---|---|---|---|

Freedom of Information

*Freedom of Information Copy*

1900025617 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich CT 06830

(203) 622-8000

Page 3 of 4

**CASE/INCIDENT REPORT**

SUPPLEMENTARY ☐

| CFS NO 1900025617 | DAY 3 | INCIDENT DATE 07/30/2019 07/30/2019 | TIME 04:09 | DATE OF RPT 07/30/2019 | TIME OF RPT 06:25 | TYPE OF INCIDENT MISCELLANEOUS REPORT | | INCIDENT CD 380 | INVESTIGATING OFFICER Patrol Officer Geary, Shane | BADGE NO 173 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION | | DIVISION NO | REFERENCE DIVISION Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID M53 | TYPIST GEARY | DATE TYPED 07/30/2019 | TIME TYPED 06:25 |
|---|---|---|---|---|---|---|---|---|---|

| STREET NO 00276 | STREET NAME AND TYPE SOUND BEACH Av   OLD G'WCH | APARTMENT NO/LOCATION | INTERSECTING STREET NAME AND TYPE | STATUS Closed - No lead | TOWN CD T057 |
|---|---|---|---|---|---|

approximately 1500 hours on 07/29/2019.  Peluso related that she was visiting friends in NYC that afternoon, that she returned back to Greenwich via the Sound Beach Train Station that evening, and that she went directly inside. Peluso further related that she was working inside of her apartment for most of the night/morning and then decided she would go sleep at her Parent's residence; located at 34 Hill Road in Greenwich.  According to Peluso, she spends most nights at her Parents now, as she is fearful for her safety based on her recent interactions with Soelberg.

See Det. Bussell's follow-up report regarding area surveillance cameras within GPD CFS #19-25378.

Due to the extended timeframe of roadside assistance's response, P/O Mastronardi and I removed Peluso's flat tire and replaced it with the spare tire she had within the trunk of her vehicle. Peluso was advised to bring her primary tire to an auto body shop in the morning, where she can have air put into it.  Peluso was very appreciative of GPD's assistance.

Peluso was advised to look into installing some type of surveillance system on her building; specifically covering her front and rear entrance, in addition to her parking area.  Peluso related that she would do so.

At the time of this report there is no evidence to suggest that Soelberg is responsible for releasing the air from Peluso's tire. Should additional evidence/probable cause be presented an arrest warrant will be completed for the appropriate charges.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT: OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /P O. Shane Geary/ | INVESTIGATOR I.D.#: 173 | SIGNED DATE: 07/30/2019 | SUPERVISOR SIGNATURE /LT. Robert J Lombardo/ | SUPERVISOR I.D.#: 056 |
|---|---|---|---|---|

*Freedom of Information*

42

1900025617 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich CT 06830

(203) 622-8000

Page 4 of 4

## CASE/INCIDENT REPORT

SUPPLEMENTARY ☐

| CFS NO 1900025617 | DAY 3 | INCIDENT DATE 07/30/2019 07/30/2019 | TIME 04:09 | DATE OF RPT 07/30/2019 | TIME OF RPT 06:25 | TYPE OF INCIDENT MISCELLANEOUS REPORT | | INCIDENT CD 380 | INVESTIGATING OFFICER Patrol Officer Geary, Shane | BADGE NO 173 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION | | DIVISION NO | | REFERENCE DIVISION Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID M53 | TYPIST GEARY | DATE TYPED 07/30/2019 | TIME TYPED 06:25 |
| STREET NO 00276 | STREET NAME AND TYPE SOUND BEACH Av  OLD G'WCH | | | APARTMENT NO/LOCATION | | INTERSECTING STREET NAME AND TYPE | | | STATUS Closed - No lead | TOWN CD T057 |

A voicemail was left with the Special Victims Section advising them of this incident.

Freedom of Information Copy

Freedom of Information

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE /P O. Shane Geary/ | INVESTIGATOR I.D.#: 173 | SIGNED DATE: 07/30/2019 | SUPERVISOR SIGNATURE /LT. Robert J Lombardo/ | SUPERVISOR I.D.#: 056 |

### Greenwich Police Department

### Call Summary Report

### CFS #: 1900025941

| Call Details | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Location** | 00005 PERRYRIDGE RD | | | **Pol** | **Fire** | **EMS** | **Oth** |
| **Premise** | GREENWICH HOSPITAL | | Grid | 59-SW | 423AA | EMS1 | |
| **City** | GREENWICH | | Sector | 59 | 1 | | |
| **Call type** | WARRANT SERVICE | | Cmd Area | A | A | | |
| **Queued Dt** | 8/1/2019 | | Agency | P | | | |
| **Call Source** | Phone | | Disp | 10 | 03 | 03 | |
| **Call Priority** | 5 | | | | | | |

| Reporting Party | | |
|---|---|---|
| **Name** | SCOTT JOHNSON | |
| **Address** | | GREENWICH |
| **Home Phone** | 203 | |
| **Work Phone** | 203 | |

| Responding Units | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Unit** | **Agency** | **Pri** | **Dispatch** | **Enroute** | **Arrive** | **Clear** | **Quartered** |
| D62 | | | | | | | |
| | PD | ☐ | 08/01/19 12:48 | 08/01/19 12:48 | 00/00/00 00:00 | 08/01/19 14:33 | 00/00/00 00:00 |
| D59 | | | | | | | |
| | PD | ☑ | 08/01/19 12:44 | 08/01/19 12:44 | 08/01/19 13:04 | 08/01/19 15:14 | 00/00/00 00:00 |
| D54 | | | | | | | |
| | PD | ☐ | 08/01/19 12:40 | 08/01/19 12:40 | 08/01/19 12:49 | 08/01/19 13:20 | 00/00/00 00:00 |
| D58 | | | | | | | |
| | PD | ☐ | 08/01/19 12:40 | 08/01/19 12:41 | 08/01/19 12:41 | 08/01/19 12:42 | 00/00/00 00:00 |

| Transport Date/Time | | | | | |
|---|---|---|---|---|---|
| **Unit/Location** | | **Transport** | **Arrive** | **Odom Tran** | **Odom Arrive** |
| D59 | GPD | | | | |
| | | 08/01/19 13:04 | 08/01/19 13:06 | | |

Freedom of Information Copy

### Greenwich Police Department

### Call Summary Report

## Call Remarks

**Remark Date/Time:** 08/01/19 12:42

**Name:** SOELBERG, STEIN ERIK          **DOB:** 01/13/1969

**Address:** 11 Shorelands PL

**City:** Old Greenwich          **State:** CT

**Phone:**   -  -                    **Work Phone:**   -  -

**Op Id:** ▮▮▮▮▮▮▮

**Comments:**

---

**Remark Date/Time:** 08/01/19 12:42

**Animal Indicator:**          **EMD Indicator:**

CLEARED BY DISPATCH

**Remark Date/Time:** 08/01/19 12:43

**Animal Indicator:** N          **EMD Indicator:** N

RESPOND TO EMERGENCY DEPT TO FIND STEIN SOELBERG FOR AN ACTIVE FILE 5

**Remark Date/Time:** 08/01/19 12:48

**Animal Indicator:** N          **EMD Indicator:** N

PER MORRIS, INDIVIDUAL STILL WITHIN A ROOM AT 8046

**Remark Date/Time:** 08/01/19 12:59

**Animal Indicator:** N          **EMD Indicator:** N

PER D59, ONE UNDER.

**Remark Date/Time:** 08/01/19 13:08

**Animal Indicator:**          **EMD Indicator:**

**Cad Generated Remark**
          D54- LOCATION CHANGED FROM 00005 PERRYRIDGE RD TO GPD

**Remark Date/Time:** 08/01/19 13:20

**Animal Indicator:**          **EMD Indicator:**

Free from of Information Copy

Run Date: 11/17/2025
Run Time: 14:05

## Greenwich Police Department

Page 1 of 3

## Call Summary Report

## CFS #: 2000033200

| Call Details | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Pol | Fire | EMS | Oth |
| **Location** | 00122 POST RD | | | | | | |
| **Premise** | CVS CC | | Grid | 54 | 2158II | EMS2 | |
| **City** | COS COB | | Sector | 54 | 2 | | |
| **Call type** | MVA NO INJURIES | | Cmd Area | A | A | | |
| **Queued Dt** | 11/10/2020 | | Agency | P | | | |
| **Call Source** | Phone | | Disp | 03 | 03 | 03 | |
| **Call Priority** | 3 | | | | | | |

| Reporting Party | |
|---|---|
| **Name** | JACKIE |
| **Address** | 00122 POST RD          COS COB |
| **Home Phone** | 203 |
| **Work Phone** | |

| Responding Units | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit | Agency | Pri | Dispatch | Enroute | Arrive | Clear | Quartered |
| D54 | | | | | | | |
| | PD | ☑ | 11/10/20 13:26 | 11/10/20 13:26 | 11/10/20 13:29 | 11/10/20 13:49 | 00/00/00 00:00 |

| Call Remarks |
|---|

**Remark Date/Time:** 11/10/20 13:26
**Animal Indicator:** N        **EMD Indicator:** N
BACK LOT

TOYOTA VS INFINITY

**Remark Date/Time:** 11/10/20 13:39

**Vehicle Co:**                    **Insur Company:** Progressive Casualty Insurance
**Vehicle Make:**    Toyota      **Insur Policy No:** 917910389
**Vehicle Model:**   Corolla LE
**Vehicle State:** CT            **Vehicle Year:**    2020
**Vin:** JTDEBRBE5LJ009997
**LIC:** AV51744   **LIS:** CT   **Type:** Passen   **LIY:**   2021

Freedom of Information Copy

Run Date: 11/17/2025
Run Time: 14:05

**Greenwich Police Department**

Page 2 of 3

**Call Summary Report**

## Call Remarks

**Remark Date/Time:** 11/10/20 13:39

**Name:** Hvolbeck,Jacklyn                     **DOB:** 11/23/1959
**Address:** 77 View St W
**City:** Greenwich                     **State:** CT
**Phone:**   -  -                     **Work Phone:**   -  -
**Op Id:**  ▓▓▓▓▓▓
**Comments:**

---

**Remark Date/Time:** 11/10/20 13:41

**Vehicle Co:**                     **Insur Company:** GEICO General Insurance Company
**Vehicle Make:**     Infiniti                     **Insur Policy No:** 4542162104
**Vehicle Model:**     Qx60
**Vehicle State:** CT                     **Vehicle Year:**     2015
**Vin:** 5N1AL0MM2FC518929
**LIC:** AR92803     **LIS:** CT     **Type:** Passen  **LIY:**     2022

**Remark Date/Time:** 11/10/20 13:41

**Name:** Soelberg,Stein                     **DOB:** 01/13/1969
**Address:** 11 Shorelands PL
**City:** Old Greenwich                     **State:** CT
**Phone:**   -  -                     **Work Phone:**   -  -
**Op Id:**  ▓▓▓▓▓▓
**Comments:**

*Freedom of Information Copy*

# Greenwich Police Department

## Call Summary Report

### Call Remarks

**Remark Date/Time:** 11/10/20 13:47

**Animal Indicator:**          **EMD Indicator:**

UPON ARRIVAL, I WAS MET BY JACKLYN WHO EXPLAINED THAT THE OPERATOR OF THE SILVER INFINITI BACKED INTO HER VEHICLE WHILE PARKED IN THE LOT. JACKLYN SAID SHE OBSERVED THE COLLISION AND HEARD A LOUD "CRUNCH" SOUND. UPON INSPECTION THERE WAS NO VISIBLE DAMAGE TO HER VEHICLE OR THE BIKE RACK WHICH WAS AFFIXED TO THE TRUNK AREA. THE BIKE RACK WAS INSPECTED AS WELL APPEARED TO BE FUNCTIONING APPROPRIATELY WITH NO VISIBLE DAMAGE TO THE STRUCTURE OR INTEGRITY. THE DRIVER OF THE INFINITI, STEIN, EXPLAINED THAT HE BACKED OUT OF HIS PARKING SPOT AND TAPPED THE REAR OF JACKLYN'S VEHICLE WITH THE REAR OF HIS VEHICLE. THERE WAS NO VISIBLE NEW DAMAGE TO HIS VEHICLE. BOTH DRIVERS EXHANGED INFORMATION IN THE EVENT THAT THE BIKE RACK HAD UNKNOWN DAMAGE. STEIN AGREED TO PAY FOR A NEW BIKE RACK IF NEED BE IN THE EVENT THAT IT WAS DAMAGED. BOTH DRIVERS GIVEN GPD CASE CARDS.

Freedom of Information Copy

Page 1 of 2

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO<br>2200031392 | DAY<br>6 | INCIDENT DATE<br>10/07/2022<br>10/07/2022 | TIME<br>16:38 | DATE OF RPT<br>10/07/2022 | TIME OF RPT<br>19:38 | TYPE OF INCIDENT<br>DOMESTIC INCIDENT | | | INCIDENT CD<br>200 | INVESTIGATING OFFICER<br>Patrol Officer<br>Ketterer, James | | BADGE NO<br>183 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION<br>Patrol | | DIVISION NO | REFERENCE DIVISION<br>Special Victims Section | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID<br>E45 | TYPIST<br>KETTERER | DATE TYPED<br>10/07/2022 | TIME TYPED<br>19:38 |

| STREET NO<br>00016 | STREET NAME AND TYPE<br>OLD TRACK Rd  GREENWICH | | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME<br>EQUINOX | STATUS<br>Active - Warrant o | TOWN CD<br>T057 |
|---|---|---|---|---|---|---|---|

| OFFENSE | LOCAL X-REF CODE | IBR CODE | ATT/COMP | OFFENSE DESCRIPTION |
|---|---|---|---|---|
| Family Offenses, Nonviolent | 90F | 90F | Completed | Government/public Building |
| Trespass of Real Property | 90J | 90J | Completed | Government/public Building |
| All Other Offenses | 90Z | 90Z | Completed | Government/public Building |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| O | Soelberg, Stein Erik | M | W | 01/13/1969 | | 11 Shorelands Pl Old Greenwich CT | |
| H | | | | | | | |
| V | | | | | | | |
| H | | | | | | | |

Friday October 7th, 2022, at about 1638 HRS

On the above date and time, I responded to GPD Headquarters on the report of violation an active protective order that occured earlier today.

INVOLVED PARTIES:

For purposes of the investigation, the following persons and their relationships are identified as:

- Offender:  Stein Erik Soelberg

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE:<br>*/PO. James Ketterer/* | INVESTIGATOR I.D.#:<br>183 | SIGNED DATE:<br>10/09/2022 | SUPERVISOR SIGNATURE<br>*/LT. Lynden Latiak/* | SUPERVISOR I.D.#:<br>48 |
|---|---|---|---|---|

Freedom of Information

2200031392 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 2 of 2

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO 2200031392 | DAY 6 | INCIDENT DATE 10/07/2022 | TIME 16:38 | DATE OF RPT 10/07/2022 | TIME OF RPT 19:38 | TYPE OF INCIDENT DOMESTIC INCIDENT | | INCIDENT CD 200 | INVESTIGATING OFFICER Patrol Officer Ketterer,  James | BADGE NO 183 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E45 | TYPIST KETTERER | DATE TYPED 10/07/2022 | TIME TYPED 19:38 |
| STREET NO 00016 | STREET NAME AND TYPE OLD TRACK Rd  GREENWICH | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME EQUINOX | STATUS Active - Warrant o | TOWN CD T057 |

> ██████████████████████

- Victim: ██████████████
  > ████████████████████████

- Witness 1: ██████████████
  > ██████████████████

- Witness 2: ██████████████
  > ██████████████████

See and connect with "VOP Investigation" for further details.

*Freedom of Information Copy*

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /PO. James Ketterer/ | INVESTIGATOR I.D.#: 183 | SIGNED DATE: 10/09/2022 | SUPERVISOR SIGNATURE /LT. Lynden Latiak/ | SUPERVISOR I.D.#: 48 |
|---|---|---|---|---|

Freedom of Information

## Greenwich Police Department

11 Bruce Place, Greenwich CT 06830

(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY    X

| CFS NO<br>2200031392 | DAY<br>6 | INCIDENT DATE<br>10/07/2022<br>10/07/2022 | TIME<br>16:38 | DATE OF RPT<br>10/07/2022 | TIME OF RPT<br>19:46 | TYPE OF INCIDENT<br>DOMESTIC INCIDENT | | INCIDENT CD<br>200 | INVESTIGATING OFFICER<br>Patrol Officer<br>Ketterer, James | BADGE NO<br>183 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION<br>Patrol | DIVISION NO | REFERENCE DIVISION<br>Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID<br>E45 | TYPIST<br>KETTERER | DATE TYPED<br>10/07/2022 | TIME TYPED<br>19:46 |
|---|---|---|---|---|---|---|---|---|

| STREET NO<br>00016 | STREET NAME AND TYPE<br>OLD TRACK Rd   GREENWICH | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME<br>EQUINOX | STATUS<br>Active - Warrant o | TOWN CD<br>T057 |
|---|---|---|---|---|---|---|

Friday October 7th, 2022, at about 1638 HRS

On the above date and time, I responded to an area in central Greenwich, on the report of a violation of an active protective order.

I met with the reporting party, who will be herein after referred to as "Victim". Victim explained that today between approximately 1205-1230 HRS she was at the Equinox gym working out. Victim stated she suddenly noticed Offender working out on a machine in her immediate proximity. Victim stated Offender did not attempt to communicate with her or confront her. Victim stated she then advised her personal trainer, Witness 1, of the situation and relocated to another side of the gym. Victim stated that Offender remained in the area for a few minutes before moving further away to the opposite side of the gym. Victim stated that she then returned to her original location and resumed working out. Victim stated she finished her workout and left the Equinox at approximately 1230 HRS. Victim stated that Offender felt "stalky" to her, even though they did not have an interaction.

Victim stated she had an active protective order stemming from incidents in this Town in 2019, see and connect with CFS ▓▓▓▓, ▓▓▓▓, ▓▓▓▓ The protective order was signed by the Honorable Judge Hudock on 06/26/19 and contained the following stipulations:

CT (01) - Do not assault, threaten, abuse, harass, follow, interfere with, or stalk the protected person.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT: OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE:<br>*/PO. James Ketterer/* | INVESTIGATOR I.D.#:<br>183 | SIGNED DATE:<br>10/09/2022 | SUPERVISOR SIGNATURE<br>*/LT. Lynden Latiak/* | SUPERVISOR I.D.#:<br>48 |
|---|---|---|---|---|

Freedom of Information Copy

Freedom of Information

2200031392 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich CT 06830

(203) 622-8000

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| X |
|---|

| CFS NO 2200031392 | DAY 6 | INCIDENT DATE 10/07/2022 10/07/2022 | TIME 16:38 | DATE OF RPT 10/07/2022 | TIME OF RPT 19:46 | TYPE OF INCIDENT DOMESTIC INCIDENT | | INCIDENT CD 200 | INVESTIGATING OFFICER Patrol Officer Ketterer, James | BADGE NO 183 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E45 | TYPIST KETTERER | DATE TYPED 10/07/2022 | TIME TYPED 19:46 |
| STREET NO 00016 | STREET NAME AND TYPE OLD TRACK Rd   GREENWICH | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME EQUINOX | STATUS Active - Warrant o | | TOWN CD T057 |

CT (03) - Stay away from the home of the protect person and wherever the protected person shall reside.

CT (05) - Do not contact the protected person in any manner, including by written, electronic or telephone contact, and do not contact the protected person's home, workplace or others with whom the contact would be likely to cause annoyance or alarm to the protected person.

CTF - Surrender or transfer all firearms or ammunition.

CT(14) - You may return to the protected person's home one time with police to retrieve belongings.

CT(16) - Stay 100 yards away from the protected person.

Victim further stated that in October of 2021, Offender and her exchanged text messages, violating the same protective order. Offender provided a copy of three text messages sent by the Offender on October 15th (no year showing). Victim stated that she did not contact this Department at the time of the violation. A copy of the text messages were uploaded under External Apps under this CFS.

I contacted Witness 1 regarding this incident. Witness 1 stated that he was working with Victim when Offender arrived. Witness 1 stated that Offender was working out within approximately "15 yards" of Victim. Witness 1 stated that he did not see any direct contact between Offender and Victim. Witness 1 stated that Offender kept his distance from Victim. Witness 1 stated he has seen Offender at the Equinox on previous occasions, but could not put a number on it.

Offender was contacted on his cell phone via the number provided by Victim. Offender stated he was at the Equinox today during the

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: */PO. James Ketterer/* | INVESTIGATOR I.D.#: 183 | SIGNED DATE: 10/09/2022 | SUPERVISOR SIGNATURE */LT. Lynden Latiak/* | SUPERVISOR I.D.#: 48 |
|---|---|---|---|---|

Freedom of Information

2200031392 Cont.

# Greenwich Police Department

11 Bruce Place, Greenwich CT 06830

(203) 622-8000

## CASE/INCIDENT REPORT

SUPPLEMENTARY    | X |

| CFS NO 2200031392 | DAY 6 | INCIDENT DATE 10/07/2022 10/07/2022 | TIME 16:38 | DATE OF RPT 10/07/2022 | TIME OF RPT 19:46 | TYPE OF INCIDENT DOMESTIC INCIDENT | | INCIDENT CD 200 | INVESTIGATING OFFICER Patrol Officer Ketterer, James | BADGE NO 183 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | DIVISION NO | REFERENCE DIVISION Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E45 | TYPIST KETTERER | DATE TYPED 10/07/2022 | TIME TYPED 19:46 |
|---|---|---|---|---|---|---|---|---|

| STREET NO 00016 | STREET NAME AND TYPE OLD TRACK Rd   GREENWICH | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME EQUINOX | STATUS Active - Warrant o | TOWN CD T057 |
|---|---|---|---|---|---|---|

approximate timeframe provided by Victim. Offender stated he was "flabbergasted" when I told him Victim saw him at the Equinox. Offender stated he never saw Victim. Offender stated that he saw two to three people in the gym but did not see Victim. Offender stated he had his headphones on during the entire workout, except for a brief moment when he spoke to a trainer he knows. Offender stated "had I seen her, I would have immediately left." Offender stated that "as far as I knew, she was no longer a member" of the Equinox. Offender stated that he knew Victim had canceled her Equinox membership a few years prior and that when she was a member, Victim went to the gym at approximately 2000 HRS in the evening. Offender stated that he would "take a polygraph test" to prove he did not see her. Offender also stated that he would have recognized Victim immediately as she's "almost six feet tall." Offender was advised that he should avoid Victim at the Equinox. Offender stated he would contact a lawyer on how to navigate going to the Equinox. Offender was advised that I would be completing an arrest warrant for the violation of CT(16) of the protective order.

MPO Sanborn conducted a follow up investigation at the Equinox and spoke with Witness 2. Witness 2 confirmed that Victim checked into the Equinox via her phone app at 1132 HRS. Witness 2 stated that Offender's phone app did not log a check in time, but Witness 2 recalls seeing Offender at the Equinox between 1200 and 1330 HRS. Witness 2 confirmed Victim cancelled her Equinox membership on 02/27/2019 and re-joined on 09/08/2022.

Victim did not feel comfortable providing a sworn written statement attesting to her complaint.

LAP form completed.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /PO. James Ketterer/ | INVESTIGATOR I.D.#: 183 | SIGNED DATE: 10/09/2022 | SUPERVISOR SIGNATURE /LT. Lynden Latiak/ | SUPERVISOR I.D.#: 48 |
|---|---|---|---|---|

2200031392 Cont.

## Greenwich Police Department

11 Bruce Place, Greenwich CT 06830

(203) 622-8000

Page 4 of 4

## CASE/INCIDENT REPORT

SUPPLEMENTARY    | X |

| CFS NO 2200031392 | DAY 6 | INCIDENT DATE 10/07/2022 10/07/2022 | TIME 16:38 | DATE OF RPT 10/07/2022 | TIME OF RPT 19:46 | TYPE OF INCIDENT DOMESTIC INCIDENT | | INCIDENT CD 200 | INVESTIGATING OFFICER Patrol Officer Ketterer, James | BADGE NO 183 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E45 | TYPIST KETTERER | DATE TYPED 10/07/2022 | TIME TYPED 19:46 |
|---|---|---|---|---|---|---|---|---|---|

| STREET NO 00016 | STREET NAME AND TYPE OLD TRACK Rd   GREENWICH | | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME EQUINOX | STATUS Active - Warrant o | TOWN CD T057 |
|---|---|---|---|---|---|---|---|

NCIC/III/PRAWN check showed the active protective order for Offender, which was entered on 06/26/2019, message #9175300. Copies attached. Offender is prohibited from possessing and/or purchasing a firearm, however Victim feels he may have firearms in his possession.

I will be completing an arrest warrant application for the appropriate charges.

.

Freedom of Information Copy

Freedom of Information

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /PO. James Ketterer/ | INVESTIGATOR I.D.#: 183 | SIGNED DATE: 10/09/2022 | SUPERVISOR SIGNATURE /LT. Lynden Latiak/ | SUPERVISOR I.D.#: 48 |
|---|---|---|---|---|

## Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 1 of 1

### CASE/INCIDENT REPORT

**SUPPLEMENTARY**    **X**

| CFS NO 2200031392 | DAY 6 | INCIDENT DATE 10/07/2022 10/07/2022 | TIME 16:38 | DATE OF RPT 10/08/2022 | TIME OF RPT 00:51 | TYPE OF INCIDENT DOMESTIC INCIDENT | | | | INCIDENT CD 200 | INVESTIGATING OFFICER Patrol Officer Ketterer,  James | BADGE NO 183 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | DIVISION NO | REFERENCE DIVISION Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E45 | TYPIST KETTERER | DATE TYPED 10/08/2022 | TIME TYPED 00:51 |
|---|---|---|---|---|---|---|---|---|

| STREET NO 00016 | STREET NAME AND TYPE OLD TRACK Rd   GREENWICH | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME EQUINOX | STATUS Active - Warrant o | TOWN CD T057 |
|---|---|---|---|---|---|---|

Friday October 7th, 2022.

On the above date, I completed an arrest warrant application for Stein Erik Soelberg pursuant to the following charge;

    C.G.S. 53a-223* Violation of a Protective Order

The application will be forwarded to GA-1 for review.

Freedom of Information Copy

Freedom of Information

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /PO. James Ketterer/ | INVESTIGATOR I.D.#: 183 | SIGNED DATE: 10/08/2022 | SUPERVISOR SIGNATURE /SGT. Peter Schmitt/ | SUPERVISOR I.D.#: 002 |
|---|---|---|---|---|

Page 1 of 1

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY

X

| CFS NO 2200031392 | DAY 6 | INCIDENT DATE 10/07/2022 10/07/2022 | TIME 16:38 | DATE OF RPT 10/14/2022 | TIME OF RPT 03:33 | TYPE OF INCIDENT DOMESTIC INCIDENT | Domestic Related: | INCIDENT CD 200 | INVESTIGATING OFFICER Patrol Officer Ketterer, James | BADGE NO 183 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | DIVISION NO | REFERENCE DIVISION Special Victims Section | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E45 | TYPIST KETTERER | DATE TYPED 10/14/2022 | TIME TYPED 03:33 |
|---|---|---|---|---|---|---|---|---|

| STREET NO 00016 | STREET NAME AND TYPE OLD TRACK Rd   GREENWICH | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME EQUINOX | STATUS Closed - No Violat | TOWN CD T057 |
|---|---|---|---|---|---|---|

10/14/2022

On the above date, the arrest warrant was returned Refused by the Court. The arrest warrant was refused by Prosecutor Suzanne Vieux due to no probable cause of the charges listed. The arrest warrant was requested not to be resubmitted. The arrest warrant and refusal were forwarded to General Services.

Voicemails were left for both the Victim and Offender advising them of the arrest warrant refusal. This investigation will be closed.

Freedom of Information

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT: OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /PO. James Ketterer/ | INVESTIGATOR I.D.#: 183 | SIGNED DATE: 10/14/2022 | SUPERVISOR SIGNATURE /LT. Lynden Latiak/ | SUPERVISOR I.D.#: 48 |
|---|---|---|---|---|

56

Run Date: 11/17/2025

Run Time: 13:51

## Greenwich Police Department

Page 1 of 2

## Call Summary Report

## CFS #: 2200039728

| Call Details | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Pol | Fire | EMS | Oth |

| | | | | Pol | Fire | EMS | Oth |
|---|---|---|---|---|---|---|---|
| **Location** | 00011  SHORELANDS PL | | | | | | |
| **Premise** | 11 SHORELANDS PL | **Grid** | 53 | i213PF | EMS2 | |
| **City** | Old G'wch | **Sector** | 53 | 5 | | |
| **Call type** | FINANCIAL CRIME | **Cmd Area** | A | A | | |
| **Queued Dt** | 12/21/2022 | **Agency** | P | | E | |
| **Call Source** | Phone | **Disp** | 03 | 03 | 03 | |
| **Call Priority** | 5 | | | | | |

| Reporting Party | |
|---|---|
| **Name** | SOELBERG |
| **Address** | 00011 SHORELANDS PL          Old G'wch |
| **Home Phone** | |
| **Work Phone** | 203 |

| Responding Units | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit | Agency | Pri | Dispatch | Enroute | Arrive | Clear | Quartered |
| E53 | | | | | | | |
| | PD | ✓ | 12/21/22 17:33 | 12/21/22 17:34 | 12/21/22 17:44 | 12/21/22 18:36 | 00/00/00 00:00 |

## Call Remarks

**Remark Date/Time:** 12/21/22 17:33
**Animal Indicator:** N        **EMD Indicator:** N
CYBER CRIME, LOST FUNDS.

**Remark Date/Time:** 12/21/22 18:15

**Name:** Soelberg,Stein Erik               **DOB:** 01/13/1969
**Address:** 11 Shorelands Pl
**City:** Old Greenwich        **State:** CT
**Phone:**   -  -         **Work Phone:**   -  -
**Op Id:**
**Comments:**

Freedom of Information

# Greenwich Police Department

## Call Summary Report

**Call Remarks**

**Remark Date/Time:** 12/21/22 18:35

**Animal Indicator:**           **EMD Indicator:**

RP RELATED HE HAD A ROMANTIC ONLINE RELATIONSHIP WITH MODEL "BINA LUNA". THAT LUNA ASKED HIM TO BE HER MANAGER BECAUSE HE HAS A BUSINESS DEGREE.

RP RELATED THAT DUE TO A PROBLEM WITH HER CHECKMCASHING APP THAT LUNA SENT HIM A CHECK TO DEPOSIT A $4,500 INTO HIS ACCOUNT, IN RETURN FOR SENDING HER THE FUNDS IN BITCOIN FORM.

RP RELATED THAT AFTER SEVERAL DAYS THERE WERE NO REPORTED PROBLEMS WITH THE CHECK SO HE DID NOT THINK HE WAS A SCAM VICTIM. RP THEN USED A LOCAL KIOSK TO TRANSFER THE FUNDS AS BITCOIN TO LUNA.

RP RELATED THAT SEVERAL DAYYS LATER HE WASINFORMED THE CHECK FROM LUNA WAS FAKE. THAT HE RECEIVED ANOTHER CHECK FROM LUNA WITH THE SAME REQUEST.

RP WAS ADVISED THAT HE IS A SCAM VICTIM. RP RELATED THAT LUNA IS A REAL PERSON. RP WAS ADVISED THAT A SCAMMER CAN POSE AS A REAL PERSON TO ELICIT FUNDS. THAT HE SHOULD CEASE COMMUNICATIONS WITH LUNA.

RP WAS ADVISED TO IGNORE ADDITIONAL CORRESPONDENCE FROM LUNA.

RP WAS ADVISED THAT FUNDS TRANSFERRED VIA KIOSKS ARE NOT RECOVERABLE.

Run Date: 11/17/2025
Run Time: 13:48

# Greenwich Police Department

Page 1 of 2

## Call Summary Report

## CFS #: 2400017118

| Call Details | | | | Pol | Fire | EMS | Oth |
|---|---|---|---|---|---|---|---|
| **Location** | 00011 SHORELANDS PL | | | | | | |
| **Premise** | 11 SHORELANDS PL | **Grid** | | 53 | 5213PF | EMS2 | |
| **City** | Old G'wch | **Sector** | | 53 | 5 | | |
| **Call type** | MISCELLANEOUS REPORT | **Cmd Area** | | A | A | | |
| **Queued Dt** | 5/31/2024 | **Agency** | | P | | E | |
| **Call Source** | Phone | **Disp** | | 03 | | | |
| **Call Priority** | 5 | | | | | | |

| Reporting Party | |
|---|---|
| **Name** | SOELBERG |
| **Address** | 00011 SHORELANDS PL          Old G'wch |
| **Home Phone** | ▓▓▓▓▓▓ |
| **Work Phone** | ▓▓▓▓▓▓ |

| Responding Units | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Unit** | **Agency** | **Pri** | **Dispatch** | **Enroute** | **Arrive** | **Clear** | **Quartered** |
| D53 | | | | | | | |
| | PD | ☑ | 05/31/24 10:55 | 05/31/24 10:56 | 05/31/24 11:01 | 05/31/24 12:35 | 00/00/00 00:00 |

| Call Remarks |
|---|

**Remark Date/Time:** 05/31/24 10:52
**Animal Indicator:** N          **EMD Indicator:** N
RP IS BEING CYBER HARRASSED AND THREATS HAVE BEEN MADE CONCERNING HIS FAMILY

**Remark Date/Time:** 05/31/24 11:51

**Name:** Soelberg,Stein,Erik          **DOB:** 01/13/1969
**Address:** 11 Shorelands Pl
**City:** Old Greenwich          **State:** CT
**Phone:** ▓▓▓▓▓▓          **Work Phone:**  -  -
**Op Id:** ▓▓▓▓▓▓
**Comments:**

Freedom of Information

Run Date: 11/17/2025
Run Time: 13:48

**Greenwich Police Department**

Page 2 of 2

Call Summary Report

| **Call Remarks** |
| --- |

**Remark Date/Time:** 05/31/24 12:35

**Animal Indicator:** N          **EMD Indicator:** N

ON SCENE AND INTERVIEWED COMPLAINT ERIK SOELBERG.

ERIK RELATES HE'S BEEN RECEIVING TEST MESSAGES AND UNWANTED PHONE CALLS
FROM NUMEROUS NUMBERS.

HE FURTHER RELATES THEY'RE HARASSING IN NATURE.

I CALLED TWO OF THE NUMBERS HE PROVIDED, TO INVESTIGATE FURTHER.

I MADE CONTACT WITH BOTH NUMBERS AND BOTH WERE JUVENILES FROM OTHER TOWNS.

THEY RELATED THE MESSAGES WERE A PRANK AND THE PRANK BEGAN BY ACCIDENT.

I ADVISED BOTH JUVENILES TO CEASE ANY FURTHER MALARKEY WITH ERIK,
TO WHICH BOTH AGREED TO.

ERIK WAS ADVISED VIA CELLPHONE OF THE OUTCOME OF MY INVESTIGATION.

Freedom of Information Copy

Run Date: 11/17/2025
Run Time: 13:46

## Greenwich Police Department

Page 1 of 1

## Call Summary Report

## CFS #: 2500000173

| Call Details | | | | Pol | Fire | EMS | Oth |
|---|---|---|---|---|---|---|---|
| **Location** | 00011  SHORELANDS PL | | | | | | |
| **Premise** | 11 SHORELANDS PL | **Grid** | 53 | 213PF | EMS2 | |
| **City** | Old G'wch | **Sector** | 53 | 5 | | |
| **Call type** | MISCELLANEOUS REPORT | **Cmd Area** | A | A | | |
| **Queued Dt** | 1/2/2025 | **Agency** | P | | E | |
| **Call Source** | Phone | **Disp** | 03 | | | |
| **Call Priority** | 5 | | | | | |

| Reporting Party | |
|---|---|
| **Name** | |
| **Address** | 00011 SHORELANDS PL              Old G'wch |
| **Home Phone** | 203 |
| **Work Phone** | 203 |

| Responding Units | | | | | | |
|---|---|---|---|---|---|---|
| **Unit** | **Agency** | **Pri** | **Dispatch** | **Enroute** | **Arrive** | **Clear** | **Quartered** |
| D45 | | | | | | | |
| | PD | ✓ | 01/02/25 13:42 | 01/02/25 13:42 | 01/02/25 13:48 | 01/02/25 15:10 | 00/00/00 00:00 |

## Call Remarks

**Remark Date/Time:** 01/02/25 13:42
**Animal Indicator:** N          **EMD Indicator:** N
WALK IN

**Remark Date/Time:** 01/02/25 14:47

**Animal Indicator:** N          **EMD Indicator:** N
UPON ARRIVAL TO GPD HEADQUARTERS I MET WITH THE RP, STEIN SOELBERG. SOELBERG
STATED THAT HE HAS BEEN USING A WEBSITE CALLED TANGO.ME AND HAS BEEN
COMMUNICATING WITH A WOMAN NAME MARIA FROM SAO PAULO BRAZIL. THAT HE HAS
BEEN USING TANGO.ME SINCE AUGUST OF 2024.THAT THIS IS A GLOBAL SITE AND HAS NOT
COMMUNICATED WITH ANYONE IN GREENWICH.  THAT HE TRAVELED TO SAO PAULO,
BRAZIL AND MET WITH MARIA.

HE ALSO STATED THAT HE WAS ON A CHAT WITH A GROUP OF PEOPLE FROM SAUDIA
ARABIA AND WAS THREATENED.

IT SHOULD BE NOTED THAT SOELBERG IS A KNOWN EDP AND HAS A HISTORY WITH GPD

HE WAS ADVISED THAT THIS WILL ALL BE DOCUMENTED AND WAS GIVEN A CASE CARD

Freedom of Information

Run Date: 11/17/2025
Run Time: 13:45

## Greenwich Police Department

Page 1 of 2

### Call Summary Report

### CFS #: 2500001105

| Call Details | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Location** | 01233 E PUTNAM AV | | | | **Pol** | **Fire** | **EMS** | **Oth** |
| **Premise** | RIVERSIDE COMMONS SHOPPING CTR | | **Grid** | 54 | 218OC | EMS2 | | |
| **City** | RIVERSIDE | | **Sector** | 54 | 5 | | | |
| **Call type** | MISCELLANEOUS REPORT | | **Cmd Area** | A | A | | | |
| **Queued Dt** | 1/10/2025 | | **Agency** | P | | E | | |
| **Call Source** | Phone | | **Disp** | 03 | | | | |
| **Call Priority** | 5 | | | | | | | |

| Reporting Party | | |
|---|---|---|
| **Name** | CARRIE O'REILLY | |
| **Address** | 01233 E PUTNAM AV | RIVERSIDE |
| **Home Phone** | ▮▮▮▮▮▮▮ | |
| **Work Phone** | 203 | |

| Responding Units | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Unit** | **Agency** | **Pri** | **Dispatch** | **Enroute** | **Arrive** | **Clear** | **Quartered** |
| D58 | | | | | | | |
| | PD | ✓ | 01/10/25 14:28 | 01/10/25 14:28 | 01/10/25 14:29 | 01/10/25 14:53 | 00/00/00 00:00 |
| D53 | | | | | | | |
| | PD | ☐ | 01/10/25 14:28 | 01/10/25 14:30 | 01/10/25 14:48 | 01/10/25 14:50 | 00/00/00 00:00 |

| Call Remarks |
|---|

**Remark Date/Time:** 01/10/25 14:27

**Animal Indicator:** N        **EMD Indicator:** N

PARKED FACING TRAFFIC IN FRONT OF COCO NAIL SALON
BLACK KIA, OPERATOR DRINKING A BEER
NY PLATES

**Remark Date/Time:** 01/10/25 14:29

**Name:** EAN HOLDINGS LLC        **DOB:** 00/00/0000

**Address:** 14002 E 21st Ste1500

**City:** Tulsa        **State:** OK

**Phone:**   -   -        **Work Phone:**   -   -

**Op Id:**

**Comments:**

Freedom of Information Copy

Run Date: 11/17/2025
Run Time: 13:45

# Greenwich Police Department

Page 2 of 2

## Call Summary Report

| **Call Remarks** |
|---|

**Remark Date/Time:** 01/10/25 14:50
**Animal Indicator:** N        **EMD Indicator:** N

**Remark Date/Time:** 01/10/25 14:50
**Animal Indicator:** N        **EMD Indicator:** N

**Remark Date/Time:** 01/10/25 14:35
**Animal Indicator:** N        **EMD Indicator:** N
UPON ARRIVAL, ACCUSED WAS OBSERVED SITTING IN THE FRONT PARKING LOT OF
RIVERSIDE COMMONS.

ACCUSED WAS OBSERVED SITTING IN HIS CAR WITH THE VEHICLE OFF.

UPON APPROACHING THE WINDOW, NO ALCOHOLIC BEVERAGES WERE OBSERVED
THROUGH THE WINDOWS.

THE ACCUSED STATED HE WAS WAITING TO GET A NEW PHONE FROM THE VERIZON STORE

NO VIOLATIONS OSBERVED, NOTHING FURTHER NEEDED FROM LAW ENFORCEMENT.

**Remark Date/Time:** 01/10/25 14:38

**Name:** Soelberg,Stein,Erik          **DOB:** 01/13/1969
**Address:** 11 Shorelands PL
**City:** Old Greenwich          **State:** CT
**Phone:** ▓▓▓▓▓          **Work Phone:**  -  -
**Op Id:** ▓▓▓▓▓
**Comments:**

**Remark Date/Time:** 01/10/25 14:29

**Vehicle Co:**                    **Insur Company:**
**Vehicle Make:**    KIA MOTOR COMPA **Insur Policy No:**
**Vehicle Model:**    SOL
**Vehicle State:** NY              **Vehicle Year:**    2023
**Vin:** KNDJ23AU7P7853918
**LIC:** KNN4521   **LIS:** NY   **Type:** 01      **LIY:**   2025

Freedom of Information

Run Date: 11/17/2025

Run Time: 13:45

Page 1 of 2

## Greenwich Police Department

## Call Summary Report

## CFS #: 2500010004

### Call Details

| Location | 00170 SOUND BEACH AV | | | Pol | Fire | EMS | Oth |
|----------|---------------------|--|--|-----|------|-----|-----|
| Premise | OLD GREENWICH RAILROAD STATION | Grid | 53 | 5213PF | EMS2 | |
| City | OLD G'WCH | Sector | 53 | 5 | | |
| Call type | WELFARE CHECK | Cmd Area | A | A | | |
| Queued Dt | 3/28/2025 | Agency | P | | E | |
| Call Source | Phone | Disp | 03 | | | |
| Call Priority | 3 | | | | | |

### Reporting Party

| Name | |
|------|--|
| Address | 00170 SOUND BEACH AV                    OLD G'WCH |
| Home Phone | 203 |
| Work Phone | 203 |

### Responding Units

| Unit | Agency | Pri | Dispatch | Enroute | Arrive | Clear | Quartered |
|------|--------|-----|----------|---------|--------|-------|-----------|
| E54 | | | | | | | |
| | PD | ☐ | 03/28/25 15:44 | 00/00/00 00:00 | 03/28/25 15:44 | 03/28/25 16:02 | 00/00/00 00:00 |
| E53 | | | | | | | |
| | PD | ☑ | 03/28/25 15:1 | 03/28/25 15:19 | 03/28/25 15:43 | 03/28/25 16:09 | 00/00/00 00:00 |
| E54 | | | | | | | |
| | PD | ☐ | 03/28/25 15:12 | 03/28/25 15:12 | 00/00/00 00:00 | 03/28/25 15:25 | 00/00/00 00:00 |

### Call Remarks

**Remark Date/Time:** 03/28/25 14:48

**Animal Indicator:** N          **EMD Indicator:** N

THE NORTHBOUND PARKING LOT - STAIRCASE LEADING TO THE LOWER LOT.

REPORT OF A WHITE MALE WITH A BEARD DRINKING IN PUBLIC AND APPEARS TO BE INTOX.

**Remark Date/Time:** 03/28/25 16:02

**Animal Indicator:** N          **EMD Indicator:** N

Freedom of Information Copy

### Greenwich Police Department

### Call Summary Report

## Call Remarks

**Remark Date/Time:** 03/28/25 16:06

**Name:** Soelberg,Stein,Erik          **DOB:** 01/13/1969

**Address:** 11 Shorelands PL

**City:** Old Greenwich          **State:** CT

**Phone:**   -   -          **Work Phone:**   -   -

**Op Id:** ███████

**Comments:**

---

**Remark Date/Time:** 03/28/25 16:09

**Animal Indicator:** N          **EMD Indicator:** N

UPON ARRIVAL, UNITS MET WITH ERIK SOELBERG AT THE BOTTOM OF STAIRS.  ERIK IS KNOWN TO THIS DEPARTMENT.

ERIK RELATED HE WAS OUTSIDE ENJOYING THE WEATHER AND PRAYING.

ERIK WAS ADVISED THAT IF HE WAS GOING TO DRINK ALCOHOL TO PLEASE LEAVE THE CANISTERS IN A BAG.

NO VIOLATIONS.

Freedom of Information Copy

Run Date: 11/17/2025

Run Time: 13:44

### Greenwich Police Department

Page 1 of 2

### Call Summary Report

### CFS #: 2500010243

| Call Details | | | | Pol | Fire | EMS | Oth |
|---|---|---|---|---|---|---|---|
| **Location** | 00026 ARCADIA RD | | | | | | |
| **Premise** | KINGS SUPERMARKET | | **Grid** | 53 | 6213PF | EMS2 | |
| **City** | OLD G'WCH | | **Sector** | 53 | 5 | | |
| **Call type** | MISCELLANEOUS REPORT | | **Cmd Area** | A | A | | |
| **Queued Dt** | 3/30/2025 | | **Agency** | P | | E | |
| **Call Source** | Phone | | **Disp** | 03 | | | |
| **Call Priority** | 5 | | | | | | |

| Reporting Party | |
|---|---|
| **Name** | KIERA |
| **Address** | 00026 ARCADIA RD                         OLD G'WCH |
| **Home Phone** | ▓▓▓▓▓▓▓ |
| **Work Phone** | 203 |

| Responding Units | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Unit** | **Agency** | **Pri** | **Dispatch** | **Enroute** | **Arrive** | **Clear** | **Quartered** |
| E58 | | | | | | | |
| | PD | ☑ | 03/30/25 16:59 | 03/30/25 16:59 | 00/00/00 00:00 | 03/30/25 17:22 | 00/00/00 00:00 |
| E55 | | | | | | | |
| | PD | ☐ | 03/30/25 16:59 | 03/30/25 16:59 | 03/30/25 17:07 | 03/30/25 17:44 | 00/00/00 00:00 |

| Call Remarks |
|---|

**Remark Date/Time:** 03/30/25 16:57

**Animal Indicator:** N          **EMD Indicator:** N

MALE NEAR THE CARDBOARD RECYCLING AREA POSSIBLE EDP. BROWN LEATHER JACKET, BEARD, GLASSES, WHITE, 50S. SCREAMING/YELLING AT NOTHING

**Remark Date/Time:** 03/30/25 17:18

**Name:** Soelberg,Stein,Erik          **DOB:** 01/13/1969

**Address:** 11 Shorelands PL

**City:** Old Greenwich          **State:** CT

**Phone:**   -   -          **Work Phone:**   -   -

**Op Id:** ▓▓▓▓▓▓

**Comments:**

Run Date: 11/17/2025

Run Time: 13:44

# Greenwich Police Department

## Call Summary Report

### Call Remarks

**Remark Date/Time:** 03/30/25 17:22

**Animal Indicator:** N          **EMD Indicator:** N

SOELBERG WAS OBSERVED STANDING IN THE BACK OF KINGS SUPERMARKET PARKING LOT.

SOELBERG RELATED HE DOES NOT NEED ANY HELP, AND THAT HE WAS TALKING TO ONE OF HIS FRIENDS IN THE PARKING LOT.

NOTHING FURTHER NEEDED AT THIS TIME.

**Remark Date/Time:** 03/30/25 17:44

**Animal Indicator:** N          **EMD Indicator:** N

Freedom of Information Copy

Run Date: 11/12/2025
Run Time: 09:03

# Greenwich Police Department

Page 1 of 6

## Call Summary Report

### CFS #: 2500026970

| Call Details | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Location** | 00011  SHORELANDS PL | | | **Pol** | **Fire** | **EMS** | **Oth** |
| **Premise** | 11 SHORELANDS PL | **Grid** | 53 | i213PF | EMS2 | |
| **City** | Old G'wch | **Sector** | 53 | 5 | | |
| **Call type** | WELFARE CHECK | **Cmd Area** | A | A | | |
| **Queued Dt** | 8/5/2025 | **Agency** | P | | E | |
| **Call Source** | Phone | **Disp** | 03 | | | |
| **Call Priority** | 3 | | | | | |

| Reporting Party | | |
|---|---|---|
| **Name** | JANET BLASBERG | |
| **Address** | 00011 SHORELANDS PL | Old G'wch |
| **Home Phone** | 203 | |
| **Work Phone** | | |

| Responding Units | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Unit** | **Agency** | **Pri** | **Dispatch** | **Enroute** | **Arrive** | **Clear** | **Quartered** |
| E53 | | | | | | | |
| | PD | ☑ | 08/05/25 19:16 | 08/05/25 19:17 | 08/05/25 19:18 | 08/06/25 06:27 | 00/00/00 00:00 |
| E54 | | | | | | | |
| | PD | ☐ | 08/05/25 19:16 | 08/05/25 19:16 | 08/05/25 19:18 | 08/06/25 06:27 | 00/00/00 00:00 |
| 69 | | | | | | | |
| | PD | ☐ | 08/05/25 21:10 | 08/05/25 21:10 | 08/05/25 21:10 | 08/05/25 22:09 | 00/00/00 00:00 |
| E61 | | | | | | | |
| | PD | ☐ | 08/05/25 19:23 | 08/05/25 19:25 | 08/05/25 19:35 | 08/06/25 06:27 | 00/00/00 00:00 |
| E62 | | | | | | | |
| | PD | ☐ | 08/05/25 20:32 | 08/05/25 20:32 | 08/05/25 20:32 | 08/05/25 20:57 | 00/00/00 00:00 |
| E62 | | | | | | | |
| | PD | ☐ | 08/05/25 21:14 | 08/05/25 21:14 | 08/05/25 21:25 | 08/05/25 22:08 | 00/00/00 00:00 |
| 33 | | | | | | | |
| | PD | ☐ | 08/05/25 19:34 | 08/05/25 19:34 | 08/05/25 19:43 | 08/06/25 06:27 | 00/00/00 00:00 |
| 95 | | | | | | | |
| | PD | ☐ | 08/05/25 21:11 | 08/05/25 21:11 | 08/05/25 21:11 | 08/06/25 06:27 | 00/00/00 00:00 |
| E58 | | | | | | | |
| | PD | ☐ | 08/05/25 19:24 | 08/05/25 19:25 | 08/05/25 19:43 | 08/06/25 00:01 | 00/00/00 00:00 |

Freedom of Information

Run Date: 11/12/2025
Run Time: 09:03

## Greenwich Police Department

Page 2 of 6

### Call Summary Report

**Call Remarks**

**Remark Date/Time:** 08/05/25 19:13
**Animal Indicator:** N    **EMD Indicator:** N
83/F NOT HEARD FROM SINCE FRIDAY, NOT ANSWERING PHONE OR TEXTS, ANOTHER
FRIENDS UNABLE TO REACH HER SINCE SATURDAY
FEMALE'S VEH IN GARAGE, NEWSPAPERS BUILT UP IN DRIVEWAY
FEMALE DOES LIVE WITH HER SON WHO IS IN HIS 50'S, MENTAL HEALTH ISSUES, RECENTLY
LOST LICENSE DUE TO DRINKING, EXTENSIVE EDP HX WITH GPD
RP OUT FRONT REQUESTING ASSISTANCE CHECKING ON HER FRIEND

**Remark Date/Time:** 08/05/25 19:23

**Name:** SOELBERG, STEIN,ERIK    **DOB:** 01/13/1969
**Address:** 11 Shorelands PL
**City:** Old Greenwich    **State:** CT
**Phone:**  -  -    **Work Phone:**  -  -
**Op Id:** ████████
**Comments:**

**Remark Date/Time:** 08/05/25 19:23

**Vehicle Co:**    **Insur Company:** GECIO Secure Insurance Company
**Vehicle Make:**    Infiniti    **Insur Policy No:** 4542162104
**Vehicle Model:**    Qx60
**Vehicle State:** CT    **Vehicle Year:**    2015
**Vin:** 5N1AL0MM2FC518929
**LIC:** AR92803    **LIS:** CT    **Type:** Passen    **LIY:**    2025

**Remark Date/Time:** 08/05/25 19:23
**Animal Indicator:** N    **EMD Indicator:** N
UNITS MAKING ENTRY, APPEARS TO BE 359 FROM DOOR

**Remark Date/Time:** 08/05/25 19:27
**Animal Indicator:** N    **EMD Indicator:** N
DESK AND 62 ADVISED.
DETECTIVES NOTIFIED.
COMMAND TEXT SENT

**Remark Date/Time:** 08/05/25 19:42
**Animal Indicator:** N    **EMD Indicator:** N
58 53 HOLDING PERIMETER
61 54 MAKING ENTRY

Freedom of Information

## Greenwich Police Department

### Call Summary Report

## Call Remarks

**Remark Date/Time:** 08/05/25 19:50
**Animal Indicator:** N      **EMD Indicator:** N
1950 MAKING ENTRY

**Remark Date/Time:** 08/05/25 19:56
**Animal Indicator:** N      **EMD Indicator:** N
2ND 359 LOCATED 2ND FLOOR PER 61

**Remark Date/Time:** 08/05/25 20:09

| | |
|---|---|
| **Vehicle Co:** | **Insur Company:** GEICO General Insurance Company |
| **Vehicle Make:** Toyota | **Insur Policy No:** 6007925891 |
| **Vehicle Model:** Prius | |
| **Vehicle State:** CT | **Vehicle Year:** 2019 |

**Vin:** JTDL9RFU6K3004136
**LIC:** 617SJN   **LIS:** CT   **Type:** Passen   **LIY:** 2027

**Remark Date/Time:** 08/05/25 20:18

| | |
|---|---|
| **Vehicle Co:** | **Insur Company:** GEICO General Insurance Company |
| **Vehicle Make:** Toyota | **Insur Policy No:** 6007925891 |
| **Vehicle Model:** Prius | |
| **Vehicle State:** CT | **Vehicle Year:** 2019 |

**Vin:** JTDL9RFU6K3004136
**LIC:** 617SJN   **LIS:** CT   **Type:** Passen   **LIY:** 2027

**Remark Date/Time:** 08/05/25 20:18

**Name:** Adams,Suzanne,E      **DOB:** 08/11/1941
**Address:** 11 Shorelands PL
**City:** Old Greenwich      **State:** CT
**Phone:**   -   -      **Work Phone:**   -   -
**Op Id:** ███████
**Comments:**

**Remark Date/Time:** 08/05/25 20:25
**Animal Indicator:** N      **EMD Indicator:** N
LPR HITS
AR92803 - NO HITS IN THE PAST 90 DAYS
617SJN - 8/3 1312 EB ON EPA @ EXIT 5

Greenwich Police Department

Call Summary Report

## Call Remarks

**Remark Date/Time:** 08/05/25 20:43

**Name:** Blasberg,Ronald,George                     **DOB:** 04/24/1939
**Address:**
**City:**                          **State:**
**Phone:**      -   -                **Work Phone:**    -   -
**Op Id:**
**Comments:**

**Remark Date/Time:** 08/05/25 20:45

**Name:** Blasberg,Janet,L                          **DOB:** 08/29/1944
**Address:**
**City:**                          **State:**
**Phone:**                          **Work Phone:**    -   -
**Op Id:**
**Comments:**

**Remark Date/Time:** 08/05/25 20:49

**Name:** Byrne,Megan,T                             **DOB:** 10/03/1956
**Address:**
**City:**                          **State:**
**Phone:**                          **Work Phone:**    -   -
**Op Id:**
**Comments:**

## Greenwich Police Department

### Call Summary Report

## Call Remarks

**Remark Date/Time:** 08/05/25 20:09

**Name:** Adams,Suzanne,E                    **DOB:** 08/11/1941
**Address:** 11 Shorelands PL
**City:** Old Greenwich            **State:** CT
**Phone:**    -  -                 **Work Phone:**   -  -
**Op Id:**
**Comments:**

---

**Remark Date/Time:** 08/05/25 20:51

**Name:** Mirone,Joann,Frances              **DOB:** 04/03/1943
**Address:**
**City:**                        **State:**
**Phone:**                       **Work Phone:**   -  -
**Op Id:**
**Comments:**

---

**Remark Date/Time:** 08/05/25 21:03

**Name:** Wang,Song                         **DOB:** 09/16/1986
**Address:**
**City:**                        **State:**
**Phone:**                       **Work Phone:**   -  -
**Op Id:**
**Comments:**

### Greenwich Police Department

### Call Summary Report

## Call Remarks

**Remark Date/Time:** 08/05/25 21:00

**Name:** Mirone,Bob                    **DOB:** 05/11/1938
**Address:**
**City:**                    **State:**
**Phone:**                    **Work Phone:**   - -
**Op Id:**
**Comments:**

---

**Remark Date/Time:** 08/05/25 21:06

**Name:** Chenchen,Yu                    **DOB:** 00/00/0000
**Address:**
**City:**                    **State:** WA
**Phone:**                    **Work Phone:**   - -
**Op Id:**
**Comments:**

---

**Remark Date/Time:** 08/05/25 21:33
**Animal Indicator:** N        **EMD Indicator:** N
SEE REPORT

---

**Remark Date/Time:** 08/06/25 00:01
**Animal Indicator:** N        **EMD Indicator:** N

---

**Remark Date/Time:** 08/07/25 21:55
**Animal Indicator:** N        **EMD Indicator:** N
ALL UNITS CLEAR FOR SHORELANDS AT 2155HRS

Freedom of Information

Page 1 of 6

## Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY

Report #: 2500026970 - 00078725

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/05/2025 | 21:35 | CRIMINAL HOMICIDE | | 010 | Patrol Officer Gillespie, Daniel | 147 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | E53 | 08/05/2025 | 21:35 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS Pl  Old G'wch | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| C | BLASBERG, JANET L | F | W | 08/29/1944 | | | |
| | | | | | | | |
| V H | Adams, Suzanne E | F | W | 08/11/1941 | | 11 Shorelands Pl Old Greenwich CT | |
| | | | | | | | |
| C | Blasberg, Ronald | M | W | 04/24/1939 | | | |
| S H | Soelberg, Stein Erik | M | W | 01/13/1969 | | 11 Shorelands Pl Old Greenwich CT | |
| H | Rudkovski, Anatoli | M | U | 10/07/1960 | | | |

On Tuesday, August 5th, 2025, at approximately 1913 hours.

On the above date and time, P/O Luciano, P/O Ketterer and I were dispatched to 11 Shorelands Pl for a welfare check on an 83 year old female (later identified as Suzanne Adams). GPD Dispatch related that Adams had not been heard from since Saturday, August 2nd, that her vehicle was inside her garage, and newspapers were in the driveway. GPD dispatch advised Adams adult son (later identified as Stein Soelberg) lived at the residence and has an extensive history with this department. Soelberg has had at least 23 prior encounters with the Greenwich Police Department. See and connect with the following incidents,CFS: 25-10243, CFS: 22-31392, CFS: 19-25941,                          ,                          ,                          , CFS: 19-21142, CFS: 19-20169, CFS: 19-10847, CFS: 19-05589 and CFS: 18-43868.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT,OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /PO. Daniel Gillespie/ | 147 | 08/13/2025 | /LT. Edward P Isidro/ | 045 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 2 of 6

Report #  2500026970 - 00078725

**CASE/INCIDENT REPORT**

**SUPPLEMENTARY**

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/05/2025 | 21:35 | CRIMINAL HOMICIDE | | 010 | Patrol Officer Gillespie, Daniel | 147 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | E53 | 08/05/2025 | 21:35 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PI  Old G'wch | | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

Upon our arrival, we met with the reporting party Janet Blasberg and her husband Ronald Blasberg in front of 11 Shorelands Pl. It is to be noted the residence is a 3 story private dwelling with it's front door located on the south side of the dwelling facing Shorelands Pl. The driveway of this residence is located on the eastern most part of the dwelling spanning from front to rear. A detached garage is located on the northeastern corner of the property. Janet stated that she was a friend of Adams and speaks with her, "everyday." Janet further said Adams always answers text messages and phone calls and was concerned that Adams has not been heard from since Saturday. She pointed out to officers that mail and newspapers were undisturbed on the property. Janet had a house key given to her by a caretaker, Anatoli Rudkovski, but neither she, Rudkovski or Ronald entered the house.

P/O Luciano and P/O Ketterer attempted to make contact at the front door but were met with negative results.  GPD Officers walked down the driveway to the rear of the residence. P/O Ketterer requested a registration check of a vehicle in front of the garage through GPD dispatch which returned to Soelberg. P/O Luciano looked into a 1st floor rear doorway window located on the northeastern side of the dwelling and observed a silhouette of an individual hunched over on the kitchen floor. After illuminating the area with his flashlight, P/O Luciano saw a pool of blood around the individual. Using the house key given to us by Janet, P/O Luciano, P/O Ketterer and I made entry into the dwelling. As we made entry, the kitchen was located to our left and we observed a female (later identified as Suzanne Adams) who was sitting on the kitchen floor with her legs extended. Adams torso and head were hunched forward over her legs and her head was resting on the floor. She appeared pale, cyanotic and lividity was present in her lower extremities. She displayed no signs of life, had a large pool of blood around her as well as blood covering her body and her head. The glass oven door

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE: */PO. Daniel Gillespie/* | INVESTIGATOR I.D.#: 147 | SIGNED DATE: 08/13/2025 | SUPERVISOR SIGNATURE */LT. Edward P Isidro/* | SUPERVISOR I.D.#: 045 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 3 of 6

Report #  2500026970 - 00078725

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/05/2025 | 21:35 | CRIMINAL HOMICIDE | | 010 | Patrol Officer Gillespie,  Daniel | 147 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | E53 | 08/05/2025 | 21 35 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES CD | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PI  Old G'wch | | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

window behind Adams was shattered, blood appeared to be on the kitchen cabinets behind her, and there was a wine/champagne bottle next to Adams legs. She was wearing a blue shirt and white shorts. A sandal was next to the bottom of her right foot with the front end of the sandal facing her foot.

While standing in the rear entryway, straight ahead was a hallway leading to the dining room. While looking down the hallway toward the front of the dwelling, I observed what appeared to be a dining room chair on its side, a rug that was pushed up, wrinkled and out of place, and another piece of furniture in the front of the residence that was on its side indicating possible signs of a struggle. Additionally, there was a small trail of blood that could be seen leading from the kitchen into the dining room.

P/O Luciano notified GPD dispatch of our findings, requested detectives, and we backed out of the residence so we could wait for additional officers to arrive. While waiting for more units, a perimeter was established and P/O Ketterer and I conducted a protective sweep of the garage which revealed negative results for people. P/O Tarr, Det. Libasci, Sgt. O'Neill, Sgt. Swift and Lt. Isidro arrived on scene.

P/O Ketterer, Sgt. Swift, Lt. Isidro and I entered the dwelling from the rear 1st floor entrance and began conducting a protective sweep. As we made our way to the front of the dwelling on the first floor, we observed a pool of blood in the living room. From that pool of blood was another blood trail leading into the dining room and then to the kitchen. There were red spots suspected to be blood leading

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN. AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.#: |
|---|---|---|---|---|
| /PO. Daniel Gillespie/ | 147 | 08/13/2025 | /LT. Edward P Isidro/ | 045 |

Freedom of Information

## Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Report #: 2500026970 - 00078725

## CASE/INCIDENT REPORT

**SUPPLEMENTARY**

| CFS NO | | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/05/2025 | 21:35 | CRIMINAL HOMICIDE | | 010 | Patrol Officer Gillespie,  Daniel | 147 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | E53 | 08/05/2025 | 21:35 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PI  Old G'wch | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

up the staircase.

Lt. Isidro remained on the first floor and P/O Ketterer, Sgt. Swift and I conducted our protective sweep on the second floor which appeared undisturbed and revealed negative results for people.

I located a staircase leading to the third floor and as I ascended the stairs, I saw the body of a male (later identified as Stein Soelberg) lying on his left side with his back facing me. There was a pool of blood around his head and neck, and as I entered the third floor, I saw a larger pool of blood in front of Soelberg around his head, neck and torso. He showed obvious signs of death. This pool of blood appeared to still be wet and I saw a deep laceration to his inner left thigh above his left knee. This laceration was no longer bleeding. In front of Soelberg approximately 6 feet away was a bed that appeared to be covered in blood and on the top of mattress was a large knife with a curved blade. This knife was resting on a part of the mattress which was covered in blood. Soelberg was wearing a red in color shirt and dark in color shorts. We confirmed that there were no other people on the third floor and proceeded to conduct a protective sweep of the basement with negative results for people.

After conducting our protective sweep, P/O Ketterer, Sgt. Swift, Lt. Isidro and I exited the dwelling. P/O Tarr started a Crime Scene Log and P/O Luciano cordoned off the property with crime scene tape. Shortly thereafter, the GPD Forensic Section, additional members of the Detective Bureau, Capt. Slusarz, Chief Heavey arrived on scene.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE: /PO. Daniel Gillespie/ | INVESTIGATOR I.D.#: 147 | SIGNED DATE: 08/13/2025 | SUPERVISOR SIGNATURE /LT. Edward P Isidro/ | SUPERVISOR I.D.# 045 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 5 of 6

Report #  2500026970 - 00078725

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO | | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | | 3 | 08/05/2025  08/05/2025 | 19:10 | 08/05/2025 | 21:35 | CRIMINAL HOMICIDE | | 010 | Patrol Officer  Gillespie, Daniel | 147 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | | E53 | 08/05/2025 | 21:35 |

| STREET NO | STREET NAME AND TYPE | | | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS Pl  Old G'wch | | | | | 11 SHORELANDS PL | | Active - Case Ope | T057 |

P/O Ketterer and I proceeded to interview numerous neighbors to inquire about when they last saw Adams and Soelberg.

- Megan Byrne (resident of ▮▮▮▮▮▮▮▮▮▮▮) stated that she did not see her neighbors form 11 Shorelands Pl for, "a while" and could not determine a specific timeline on when she saw Adams or Soelberg last..

- Joann Mirone (resident of ▮▮▮▮▮▮▮▮) said that she believed she saw Adams yesterday driving. She related that Adams has rarely disclosed information about Soelberg. Joann stated that Adams "had problems with her son (Soelberg)", that Soelberg used to live, "down south", but got divorced, has alcohol problems, and got into an altercation with kids but could not elaborate further.

- Bob Mirone (resident of ▮▮▮▮▮▮▮▮) stated that he saw Soelberg yesterday in the "late afternoon" at approximately 1600-1700 hours. That Soelberg looked, "disheveled", and was talking to himself.

- Song Wang (resident of ▮▮▮▮▮▮▮) said she recently moved to the area and is unfamiliar with neighbors. However, she did see, "a lady", fixing bushes within the last week approximately 4-5 days ago. Wang also voiced a concern that a black SUV has been parking in front of her house recently as late as yesterday. That there was a white male operator of the vehicle in his 50s. Wang is unsure if the operator of that vehicle ever communicated with or entered 11 Shorelands Pl.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER; THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /PO. Daniel Gillespie/ | 147 | 08/13/2025 | /LT. Edward P Isidro/ | 045 |

Freedom of Information

2500026970 Cont.

Page 6 of 6

## Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Report #  2500026970 - 00078725

### CASE/INCIDENT REPORT

SUPPLEMENTARY

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/05/2025 | TIME OF RPT 21:35 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Patrol Officer Gillespie, Daniel | BADGE NO 147 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | | DATE TYPED 08/05/2025 | TIME TYPED 21.35 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | TOWN CD T057 |

-Chenchen was a friend of Wang's and was from Washington State. She had no knowledge of Adams or Soelberg.

The GPD Detective Division and Forensics Section will be continuing this investigation further.

See and connect with their supplemental reports.

Freedom of Information

.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT. I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE. OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT.OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE. /PO. Daniel Gillespie/ | INVESTIGATOR I.D.#. 147 | SIGNED DATE: 08/13/2025 | SUPERVISOR SIGNATURE /LT. Edward P Isidro/ | SUPERVISOR I.D.#: 045 |

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 1 of 14

### CASE/INCIDENT REPORT

SUPPLEMENTARY

X

Report # 2500026970 - 00079140

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/06/2025 | 19:15 | CRIMINAL HOMICIDE | | | 010 | Detective Libasci, Christopher T. | 410 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|
| Patrol | | Investigations | | | E53 | 08/06/2025 | 19:15 |

| STREET NO | STREET NAME AND TYPE | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PI  Old G'wch | | | 11 SHORELANDS PL. | Active - Case Ope | T057 |

| OFFENSE | LOCAL X-REF CODE | IBR CODE | ATT/COMP | LOCATION |
|---|---|---|---|---|
| Murder/Non-Negligent Manslaughter | 09A | 09A | Completed | Residence/Home |
| Aggravated Assault | 13A | 13A | Completed | Residence/Home |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| V H | Adams, Suzanne E | F | W | 08/11/1941 | | 11 Shorelands Pl Old Greenwich CT | |
| | | | | | | | |
| S H | Soelberg, Stein Erik | M | W | 01/13/1969 | | 11 Shorelands Pl Old Greenwich CT | |
| H | Rudkovski, Anatoli | M | U | 10/07/1960 | | | |

Detective Division Initial Investigation:

On Tuesday, August 05, 2025 at approximately 7:13 P.M., F.T.O. Ketterer with P.P.O. Gillespie in G.P.D. marked unit # 54 and P.O. Luciano in G.P.D. marked unit # 53 responded to the private residence of 11 Shorelands Place on a welfare check. The reporting party, Janet Blasberg, advised that she is a friend of the homeowner, Suzanne Adams (D.O.B. 08/11/1941), and has not heard from her since Friday, August 01, 2025.

Mrs. Blasberg advised that Adams has not been answering texts or phone calls and that additional friends have also been unable to reach her. Mrs. Blasberg related that Adams lives with her son, Stein Erik Soelberg (D.O.B. 01/13/1969), who has mental health issues

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT,OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
| /DET. Christopher T Libasci/ | 410 | 08/10/2025 | /SGT. Kyle ONeill/ | 15 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 2 of 14

Report # 2500026970 - 00079140

**CASE/INCIDENT REPORT**

SUPPLEMENTARY    | X |

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19:15 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/06/2025 | TIME TYPED 19 15 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | TOWN CD T057 |

and recently lost his license due to excessive drinking.

The Greenwich Police Department does have extensive history with Soelberg for medical responses due to his mental health issues. See and connect with the supplemental report concerning GPD's past interactions with Soelberg.

Mrs. Blasberg provided a key to the back door of the residence to P.O. Luciano before exiting from the property a short while later - at no time did Mrs. Blasberg enter into the home. According to Mrs. Blasberg, she retrieved the key to the home from the garage after the property caretaker, Anatoli Rudkovski, advised her of its hidden location.

Patrol personnel observed that two newspapers, dated Monday, August 4, 2025 and Tuesday, August 5, 2025, had been delivered and were lying on top of the paved driveway. The home's mailbox that was mounted on the wall outside the front door, was filled with pieces of accumulated mail.  Officers also noted that a 2015 silver colored Infiniti Qx60 bearing CT registration AR92803 was parked, unoccupied within the driveway of the home. A D.M.V. query of the vehicle revealed that it was registered to Soelberg.

While walking the perimeter of the home, patrol personnel observed a set of stairs around the back of the house.  At the top, was a small wooden deck, leading into the kitchen of the home. Separating this deck from the kitchen is a wooden door with a window, that allowed officers to have an unobstructed view into the kitchen of the house.  Officers noted that this door was locked. From this

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF THE (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE 08/10/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |
|---|---|---|---|---|

Freedom of Information

2500026970 Cont.

Page 3 of 14

## Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Report # 2500026970 - 00079140

### CASE/INCIDENT REPORT

SUPPLEMENTARY

X

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19:15 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/06/2025 | TIME TYPED 19 15 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | TOWN CD T057 |

vantage point, officers observed the body of a female on the kitchen floor. The female was sitting in a straddled position, with her upper torso bent at the waist. The female was observed to be sitting in what appeared to be a large pool of blood.  The deceased female was later identified as the homeowner, Suzanne Adams.

Patrol personnel unlocked the door utilizing the key given to them by Mrs. Blasberg and confirmed that the female showed obvious signs of death. The female appeared to be in rigor mortis and had lividity. Given the suspicious nature of how the female was discovered, officers subsequently requested additional units for assistance.

P.O. Tarr in G.P.D. marked unit # 58 and Sgt. Swift in G.P.D. marked unit # 61 arrived on scene shortly thereafter. Det. Sgt. O'Neill, Lt. Isidro and I also responded to the scene.

G.P.D. Officers performed a protective sweep of the interior of the residence in order to locate any other victims and suspect(s).  Within a third-floor bedroom, G.P.D. Officers located the deceased body of a male subject.  The deceased male was later identified as Adams' son, Stein Erik Soelberg.

After discovering the deceased male, G.P.D. Officers exited the residence and at the Detective Division's direction, initiated a crime scene per protocol. Det. Sgt. O'Neill subsequently informed G.P.D. Administration of the incident via Command Text and requested

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE 08/10/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 4 of 14

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

X

Report #  2500026970 - 00079140

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19:15 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | | CASE X-REFERENCE | UNIT ID E53 | DATE TYPED 08/06/2025 | TIME TYPED 19 15 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | APT NO | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | STATUS Active - Case Ope | TOWN CD T057 |

that additional resources respond to the scene. Det. Sgt. O'Neill also informed Inspector O'Reilly of the Stamford Superior Court of the incident.

During the protective sweep, G.P.D. patrol personnel located a vehicle within the detached garage of the home – a 2019 red Toyota Prius bearing CT registration 617SJN. A D.M.V. query of this vehicle revealed that it was registered to Suzanne Adams.

After establishing a crime scene, I was led into the residence by patrol personnel where I viewed the bodies of both individuals.

An initial inspection of the deceased female in the kitchen revealed that a violent assault most likely took place in the area where she was found. The female was observed in a seated position, within what appeared to be a large pool of blood. The female's upper torso / head rested on the floor between her legs; her legs, hands and head faced a north eastern direction. The source of the blood appeared to originate from the female's upper torso and facial area. The female was dressed in a blood soaked dark colored shirt and light-colored shorts. The female had a gold colored wrist watch and a wedding band on her hand, which suggested that the female's death was not the result of a robbery or home invasion.

Large amounts of blood covered the wooden floor where the female was discovered and blood spatter was seen on several lower kitchen cabinet doors. Several kitchen knives were observed on the kitchen's countertop and within the sink; a kitchen cabinet drawer

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.#: 410 | SIGNED DATE: 08/10/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |
|---|---|---|---|---|

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich, CT 06830
(203) 622-8000

Page 5 of 14

**CASE/INCIDENT REPORT**

SUPPLEMENTARY   **X**

Report # 2500026970 - 00079140

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19:15 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/06/2025 | TIME TYPED 19 15 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PL  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Open | TOWN CD T057 |

containing sharp objects was also found open. Located on the kitchen floor, near the female, was a bloodied rag, a bottle of wine, a mason jar, an empty white garbage bag and an empty plastic shopping bag. Situated just above the aforementioned bottle of wine was the kitchen stove.  The stove's ceramic / tempered glass door had been shattered. Of note, a silver bracelet was also seen on the floor, to the right of the kitchen sink.

As patrol personnel led me to the third-floor bedroom where the deceased male was found, I observed what appeared to be a faint blood trail ascending the staircase. The presumed blood trail began at the bottom of the first-floor carpeted steps, traveled up the center portion of these steps to the second-floor, across the second-floor carpeted floor and up another flight of steps, which led to the third-floor bedroom.

An initial inspection of the deceased male revealed that he laid on his left side, with the top of his head facing a south eastern direction. The male was lying in what appeared to be a pool of blood, several feet from the foot of the bedroom's queen-sized bed. The source of the blood appeared to be originating from his upper torso / neck area. Also observed on the male's left inner thigh was a large gash, which appeared to consistent with that of a slash wound from a sharp instrument. The male was dressed in a blood-soaked light-colored shirt and plaid boxer shorts. The male had a wedding band on his right ring finger and several silver colored bracelets on his right wrist, similar to the pattern and style of the bracelet found on the kitchen floor where the female was discovered.

| | | | | |
|---|---|---|---|---|
| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION RECEIVED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
| INVESTIGATOR SIGNATURE */DET. Christopher T Libasci/* | INVESTIGATOR I.D.# 410 | SIGNED DATE 08/10/2025 | SUPERVISOR SIGNATURE */SGT. Kyle ONeill/* | SUPERVISOR I.D.# 15 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 6 of 14

Report #: 2500026970 - 00079140

**CASE/INCIDENT REPORT**

SUPPLEMENTARY    X

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19:15 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/06/2025 | TIME TYPED 19:15 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PL  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | TOWN CD T057 | |

Strewn about the floor of this bedroom were white pills, later identified to be over the counter Tylenol, and empty bottles of alcohol. Additionally, a large pool of what appeared to be blood, an opened folding knife, an unopened folding knife, two smart cellular phone devices and several medication pills were discovered on the mattress of this third-floor bedroom, where the deceased male was located lying on the floor.

During my time in the home, I observed that blood, blood spatter and signs of a struggle (furniture turned over, carpeting out of place) were present throughout rooms in the first and third floor of the home. The second floor of the home, which consisted of two bedrooms, a bathroom, and an office was relatively undisturbed.

G.P.D. personnel exited the home and awaited members of the G.P.D. Forensics Section and Command Staff to arrive.

While awaiting additional G.P.D. resources, F.T.O. Ketterer and P.P.O. Gillespie performed a neighborhood / video canvass of the homes and area surrounding 11 Shorelands Place.  During their canvass, officers interviewed Bob Mirone of ███████████, Mr. Mirone mentioned that he last saw Soelberg between 4:00 PM and 5:00 PM on Monday, August 04, 2025. Mr. Mirone added that Soelberg looked, "disheveled", and was talking to himself. A video canvass of the area yielded negative results. See and connect with P.P.O. Gillespie's original report for further details concerning the canvass.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /DET. Christopher T Libasci/ | INVESTIGATOR I.D.#: 410 | SIGNED DATE: 08/10/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.#: 15 |
|---|---|---|---|---|

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 7 of 14

Report #  2500026970 - 00079140

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

X

| CFS NO | | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/06/2025 | 19:15 | CRIMINAL HOMICIDE | | 010 | Detective Libasci,  Christopher T. | 410 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|
| Patrol | | Investigations | | | E53 | 08/06/2025 | 19:15 |

| STREET NO | STREET NAME AND TYPE | APT NO | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PL  Old G'wch | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

At around 8:22 PM, I notified The State of Connecticut Office of the Chief Medical Examiner of the incident. While the Medical Examiner's Office assigned M.E. case # 25-15251 to the investigation of the deceased female, M.E. case # 25-15252 was assigned to the investigation of the deceased male. ME Investigators informed me that they would respond to the scene upon completion of G.P.D.'s initial investigation.

At approximately 9:13 PM, Det. Sgt. Corticelli of the G.P.D. Forensics Section arrived on scene. Capt. Slusarz of the Detective Division arrived a few minutes later at approximately 9:36 PM.

During Det. Sgt. Corticelli's initial walk through of the scene with investigators, it was determined that in addition to the kitchen, a violent assault also took place within the first floor sitting room of the home. The sitting room and kitchen are separated by the home's dining room. Further, that forensic evidence could be extracted from these three rooms as the female's body may have been dragged from the sitting room, through the dining room and into the kitchen.

The following notations were made upon initial inspection of the sitting room, dining room, kitchen and third floor bedroom:

Sitting room;

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE: 08/10/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 8 of 14

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

X

Report #  2500026970 - 00079140

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19:15 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | | CASE X-REFERENCE | UNIT ID E53 | DATE TYPED 08/06/2025 | TIME TYPED 19:15 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PL  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | STATUS Active - Case Ope | TOWN CD T057 |

The sitting room of 11 Shorelands Place is located within the south west portion of the first floor. Windows allowing one to look out onto Shorelands Place and the front porch of the home are inserted along the southern wall of this room. Within this room are several pieces of furniture, consisting of chairs, a love seat sofa and small sized tables. Discovered on the right side of the back pillow / headrest and seat cushion of the love seat was what appeared to be dried blood.

On the wooden floor, just in front of the right frame of the love seat, was a presumed pool of blood. Surrounding this presumed blood were blood droplets, which appeared to have impacted the wooden floor from a ninety-degree angle. Around the presumed pool of blood and blood droplets were two pillows and a pair of 'Aviator' style sunglass. An interior sitting room wall and its baseboards, found directly underneath the room's windows, appeared to have multi-directional blood spatter on them.

Between the threshold separating the sitting room from the dining room was an area rug. This area rug looked out of place as it appeared that it had been moved from its original position in the center of the sitting room. The area rug did not lay flat on the wooden floor as its left side abutted against a sheet rock wall, delineating the sitting room from the dining room. Seen on a portion of this sheet rock wall was what appeared to be blood spatter, which ranged from approximately twenty-four inches to twenty-six inches above floor height. Flipped over on top of the area rug was a small table.

Dining room;

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE 08/10/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |

Freedom of Information

2500026970 Cont.

### Greenwich Police Department
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

## CASE/INCIDENT REPORT

SUPPLEMENTARY

X

Report # 2500026970 - 00079140

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19 10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19:15 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci. Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/06/2025 | TIME TYPED 19 15 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | STATUS Active - Case Op| | TOWN CD T057 |

The dining room of 11 Shorelands Place is located between the home's sitting room and kitchen. At the western portion of this room are several steps leading down into the sunken living room of the home - the living room appeared to be undisturbed. Within the dining room are several pieces of furniture consisting of a large china cabinet, a centered dining room table, an area rug placed underneath the dining room table, several dining room table chairs and two small credenza style tables.

Within the dining room, near its threshold with the sitting room, was a pair of men's 'Under Armour' brand sandals. On a small credenza table near the discovered location of these sandals, was a scented candle in a jar. The candle appeared to have blood and blood spatter on its wooden top and exterior. Also, near this threshold, on the hardwood floor, was what appeared to be several vertical drag marks that ran in a south to north direction, towards the kitchen. These drag marks led onto the dining room's area rug.

On the area rug, closest to the threshold separating the dining room from the kitchen, was what appeared to be a pool of blood and blood droplets. These blood droplets seemed to have impacted the wooden floor from a ninety-degree angle. Near this presumed pool of blood and blood droplets was a knocked over dining room chair.

Discovered on top of a dining room table tablecloth was what appeared to be blood spatter and a men's bracelet. This bracelet was similar in pattern and style to the bracelet found on the kitchen floor where the female was discovered and on the

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT.OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.#: 410 | SIGNED DATE 08/10/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 10 of 14

Report # 2500026970 - 00079140

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

X

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19:15 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | | DATE TYPED 08/06/2025 | TIME TYPED 19.15 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | | TOWN CD T057 |

deceased male's right wrist.

Kitchen;

    The kitchen / kitchen area of 11 Shorelands Place is located within the north eastern portion of the residence. Within this room, placed alongside a western sheet rock wall, is a kitchen table with four chairs. It was later discovered that on this western wall, near a pushed-out chair, was what appeared to be blood spatter. Further, that on the wooden floor, near this pushed-out chair, was what appeared to be a small amount of dried blood. Of note, laying on top of the kitchen table, was a New York Times newspaper, dated Sunday, August 03, 2025.

    Located on the wooden floor within the kitchen, approaching the room's threshold with the dining room, was what appeared to be presumed blood droplets. These blood droplets seemed to have impacted the wooden floor from a ninety-degree angle.

    Found to the left, right and rear of the deceased female's body are upper and lower kitchen cabinets – as previously mentioned, these cabinets along with the wooden floor where the female was discovered had substantial amounts of presumed blood and blood spatter on them.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE 08/10/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |
|---|---|---|---|---|

Freedom of Information

89

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 11 of 14

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

X

Report #  2500026970 - 00079140

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19:15 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | DATE TYPED 08/06/2025 | TIME TYPED 19 15 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | TOWN CD T057 |

The kitchen's refrigerator was located to the left of the deceased female's body and its stove was located to her rear.

See previous paragraphs for more details concerning investigator observations within the kitchen.

Third-floor bedroom;

The third-floor of 11 Shorelands Place consists of the one bedroom where the deceased male was discovered. This bedroom is made up of a centered queen-sized bed, a computer / office area on its southern end and a full bathroom on its northern end. In addition to previously noted details regarding the area where the deceased male was found, multiple articles of clothing and other miscellaneous items were strewn about the floor.  It should be noted that several pairs of shoes, that appeared to have been previously sitting atop the mattress, were found on top of a pool of blood, suggesting that the deceased male's final position was preceded by an uncontrolled fall from the mattress. Prior to G.P.D.'s response and during our time in this bedroom, a window air conditioning unit was observed to be powered on.

At approximately 10:07 PM, investigators exited the home and the undersigned prepared and applied for a 'Mincey' Search and Seizure warrant. Sgt. Stook assumed control of the crime scene log from responding officers at approximately 11:33 PM.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT.OR ANOTHER POLICE DEPARTMENT.OR MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE 08/10/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |
|---|---|---|---|---|

Freedom of Information

2500026970 Cont.

## Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 12 of 14

### CASE/INCIDENT REPORT

SUPPLEMENTARY

X

Report #  2500026970 - 00079140

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19 10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19 15 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci,  Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/06/2025 | TIME TYPED 19 15 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | TOWN CD T057 |

At GPD Headquarters, License Plate Reader (L.P.R.) queries were performed for the vehicles registered to Soelberg and Adams. As previously noted, these vehicles were found parked and occupied within the property of 11 Shorelands Place. Results revealed no L.P.R. hits within the last ninety days for each car.

Det. Quezada conducted a phone interview with property caretaker of 11 Shorelands Place, Anatoli Rudkovski. Rudkovski mentioned that he has known Adams for several years and performs odd jobs around her home. He said that Adams recently travelled to Norway for ten days and that upon her return to CT, his attempts at calling her went unanswered. He stated that Adams previously hid a key to the home in the detached garage so that it would be readily available to him in the event that he should need it. Further, that his inability to speak to Adams prompted him to advise Mrs. Blasberg of the key's hidden location, so that she could perform a wellness check of her.

On August 05, 2025, Det. Quezada and I drafted a Search and Seizure warrant requesting the seizure of the following items of evidence from 11 Shorelands Place:

"Blood, semen, saliva, physiological fluids and secretions, hair fibers, fingerprints, palm prints, footprints, shoe prints, gunshot residue (GSR), weapons and firearms including pistols, rifles, revolvers, shotguns, hatchets, axes, knives, cutting instruments and cutting tools, blunt force instruments, projectiles, ammunition, bullet casings and fragments, dirt, dust and soil, paint samples, glass and plastic

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.#. 410 | SIGNED DATE: 08/10/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.#. 15 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 13 of 14

Report # 2500026970 - 00079140

**CASE/INCIDENT REPORT**

SUPPLEMENTARY    [X]

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19:15 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/06/2025 | TIME TYPED 19 15 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | TOWN CD T057 |

fragments, marks of tools used to gain access to locked premises or containers, computers, including any peripheral devices, tablets, wearable digital devices, media storage devices, cell phones, any video/audio surveillance footage and/or data stored on any/all video monitoring systems, any digital cameras and associated storage devices, any written notes/letters left by the suspect, and items containing traces of any of the above mentioned articles. And that the items seized may be subsequently submitted to the Department of Public Safety Forensic Science Laboratory located at 278 Colony St in Meriden, CT, and/or the Forensic Investigations Section of the Greenwich Police Department, for examination, along with any evidence seized pursuant to this warrant for physical examination, scientific testing and forensic analysis."

The Search and Seizure warrant was reviewed and approved by Senior Supervisory A.S.A Valdes and read, approved, and signed on August 06, 2025 at 1:02 A.M. by the Honorable Judge Blawie.

A copy of the signed Search and Seizure warrant has been added to the External Apps tab of this incident.

On August 06, 2025 at approximately 1:32 A.M., Det. Sgt. Corticelli, Det. Sgt. O'Neill, Sgt. Smith, Det. Quezada, Det. Morris, Det. Arrington, Det. Daly and I began the execution of the Search and Seizure warrant of the residence. While Det. Sgt. Corticelli and Det. Morris began forensic processing and photography of the home, Sgt. Smith utilized a FARO machine to document the scene with 3D measurements and imaging.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT  I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE. 08/10/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 14 of 14

**CASE/INCIDENT REPORT**

SUPPLEMENTARY  | X |

Report #  2500026970 - 00079140

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19.10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19 15 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/06 | TIME TYPED 19 15 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | | TOWN CD T057 |

During our search of the residence, both smart phone devices (Apple I-Phones) found on Soelberg's queen sized mattress, an Apple I-phone assumed to be owned by Adams found on a living room coffee table, and a tablet found within Adams' second floor bedroom were seized for potential forensic download.

It was also learned that the home's front and rear doors are equipped with wireless door alarm sensors, with service provided by A.D.T. A Search and Seizure warrant to A.D.T., requesting activity from these sensors and other home security devices, will be drafted.

See Forensics Section supplemental reports for further details regarding scene processing and evidence seizure.

On August 06, 2025 at approximately 5:28 A.M., GPD personnel exited the residence and awaited the arrival of O.C.M.E. investigators.

At no time prior to the O.C.M.E Investigators arrival did G.P.D. personnel manipulate the deceased bodies.

F.T.O. Podmokly and P.P.O. Delvecchio assumed control of the crime scene log from Sgt. Stook on August 06, 2025 at 7:24 A.M.

See and connect with my supplement report titled, 'DD / OCME Inv. # 2' for more details.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE 08/10/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |
|---|---|---|---|---|

Freedom of Information

## Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY   | X |

Report #  2500026970 - 00088767

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19 10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12 59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris,  Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | | CASE X-REFERENCE | UNIT ID E53 | | DATE TYPED 09/09/2025 | TIME TYPED 12 59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | TOWN CD T057 |

8/5/2025

I, along with Sgt. Corticelli responded to 11 Shorelands Place, on a report of a possible criminal homicide/suicide.
The initial call, fielded by the G.P.D. Dispatch Center was received from reporting person, Janet Blasberg at approximately 1910 hrs, and annotated by G.P.D. Dispatch Operator Gianfrancesco as follows:

83/F NOT HEARD FROM SINCE FRIDAY, NOT ANSWERING PHONE OR TEXTS, ANOTHER FRIENDS UNABLE TO REACH HER SINCE SATURDAY

FEMALE'S VEH IN GARAGE, NEWSPAPERS BUILT UP IN DRIVEWAY

FEMALE DOES LIVE WITH HER SON WHO IS IN HIS 50'S, MENTAL HEALTH ISSUES, RECENTLY LOST LICENSE DUE TO DRINKING, EXTENSIVE EDP HX WITH GPD

RP OUT FRONT REQUESTING ASSISTANCE CHECKING ON HER FRIEND

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT.OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.# 420 | SIGNED DATE: 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 2 of 20

Report #  2500026970 - 00088767

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19 10 | 09/09/2025 | 12 59 | CRIMINAL HOMICIDE | | 010 | Detective Morris,  Jeffrey A. | 420 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | E53 | 09/09/2025 | 12 59 |

| STREET NO | STREET NAME AND TYPE | | APT NO | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PI  Old G'wch | | | | | 11 SHORELANDS PL | Z Exceptionally Cl | T057 |

The G.P.D. Forensics Section, utilizing Forensics Section Vehicle (Unit 95) arrived on scene at approximately 2100 hrs.

For the response to this incident, the G.P.D. Forensics Section consisted of the following personnel: Sergeant Corticelli and I.

The G.P.D. Forensics Section and assigned personnel will be referred to as "FS personnel" for the remainder of this report, other than detailing assigned actions/tasks taken by specific individuals.

The prevailing weather conditions at the time of arrival were clear, dark, without noticeably detectable wind and ambient temperature of approximately 70 degrees.

We were initially met by personnel from the G.P.D. Patrol Division, assigned to the southernmost property line crime scene perimeter, located on Shorelands Place (secured with their presence and physically/visibly indicated with G.P.D. yellow crime scene tape).

FS personnel were advised of the facts and circumstances leading to the residence being secured prior to and awaiting our arrival:

At 1913 hrs, G.P.D. Patrol personnel responded to 11 Shorelands Place on a report of a welfare check for the resident(s) of said property. Upon arrival an exterior canvass was conducted, revealing nothing of note other than multiple newspapers (still in delivery packaging) being present in the front driveway. Upon attempted contact with possible occupants at the rear patio door of the residence

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT. I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE. OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT.OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /DET. Jeffrey A Morris/ | 420 | 10/29/2025 | /SGT. Pierangelo Corticelli/ | 022 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 3 of 20

Report # 2500026970 - 00088767

**CASE/INCIDENT REPORT**

SUPPLEMENTARY     X

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris, Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 09/09/2025 | TIME TYPED 12:59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | TOWN CD T057 |

(direct sight into the 1st floor kitchen), G.P.D. patrol personnel observed what appeared to be a female subject seated on the floor, stationary and positioned in a slumped forward fashion (later identified as Suzanne Adams DOB 8/11/1941). The female presented with a large amount of blood present on her head (only back visible), torso, arms and legs. Significant blood deposits and patterns were visible on the kitchen floor and present on multiple surfaces within the kitchen, surrounding where the female subject was seated. That based on what was observed from the patio, G.P.D. personnel gained access to the residence via rear patio door, utilizing a key provided by a neighbor. That G.P.D. personnel assessed and identified obvious signs of death present in the female seated in the kitchen, followed by conducting a protective sweep of the first floor of 11 Shorelands Place.

During said protective sweep, G.P.D. Patrol personnel identified multiple rooms presenting blood deposits/patterns and signs of a possible past physical altercation (furniture overturned and displaced). That upon completion of the first-floor protective sweep, G.P.D. patrol personnel backed out of said residence, set a tactical and observation perimeter of the property and awaited more G.P.D. support personnel.

Once met with adequate resources on scene, G.P.D. personnel re-entered 11 Shorelands Place to complete a protective sweep of the scene. That during said sweep, they noted what appeared to be blood present on a staircase ascending to the second floor. They completed a second-floor sweep, noting nothing of immediate significance and continued onto the third floor of the residence. Upon ascending the third-floor staircase, G.P.D. personnel related that they were immediately met with (visible from the stairs) what

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.# 420 | SIGNED DATE: 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |
|---|---|---|---|---|

*Freedom of Information*

2500026970 Cont

**Greenwich Police Department**
11 Bruce Place, Greenwich, CT 06830
(203) 622-8000

Page 4 of 20

**CASE/INCIDENT REPORT**

**SUPPLEMENTARY**  X

Report # 2500026970 - 00088767

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris, Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 09/09/2025 | TIME TYPED 12:59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PL  Old G'wch | | APT NO | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | | TOWN CD T057 |

appeared to be a male subject (later identified as Stein Erik Soelberg DOB 1/13/1969) motionless and lying face down in a large pool of blood. That G.P.D. personnel assessed and identified obvious signs of death present in the male lying on the floor, followed by the completion of the residence protective sweep. That upon completion all G.P.D. personnel secured and exited the residence, followed by the initiation of a crime scene log.

While enroute to the scene, I was notified that the residence was secured and would remain so while Detective Libasci completed and presented a Mincey warrant to be signed by a judge. Said warrant was completed and signed by the Honorable Judge Blawie.

Prior to FS personnel beginning processing efforts, Sgt. Smith was tasked with documenting the Scene with the G.P.D. FARO Scanner.

The scene evidence, related environment, and the involved persons were scanned using a FARO Focus Premium laser scanner (Serial number LLS092230796).

The FARO Focus captures the entire scene by recording millions of (X, Y, Z) data points. Each point is measured by the reflection of laser light off objects in the laser's line of sight, as the scanner has a field of 300 degrees vertically and 360 degrees horizontally.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE, OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.# 420 | SIGNED DATE 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |



Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 5 of 20

**CASE/INCIDENT REPORT**

**SUPPLEMENTARY**    X

Report #: 2500026970 - 00088767

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris,  Jeffrey A. | | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | | DATE TYPED 09/09/2025 | TIME TYPED 12:59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PL  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | | TOWN CD T057 | |

A scale bar measuring approximately 36 inches in length was placed within the scene to provide a reference measurement.

The FARO Focus was placed in multiple locations to fully document the scene. The three-dimensional coordinates from the different scans were merged by the FARO Scene software into a common coordinate system.

A detailed scene diagram was subsequently prepared with the FARO Zone 3D software using the measurement data captured by the FARO Focus scanner.

The G.P.D. Forensics Section was assigned the following tasks, related to the investigation:

The photo-documentation of the scene.
Scene walk through, documentation and recovery of remains with OCME personnel
The identification, collection and packaging of any items of property/evidence from the scene relevant to the investigation.
The identification, documentation, collection and packaging of any blood deposits/patterns
The identification, documentation, collection and packaging of any relevant biological evidence
Completion of any necessary scene diagrams.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE **/DET. Jeffrey A Morris/** | INVESTIGATOR I.D.#: 420 | SIGNED DATE: 10/29/2025 | SUPERVISOR SIGNATURE **/SGT. Pierangelo Corticelli/** |
| | | | SUPERVISOR I.D.# 022 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 6 of 20

Report #  2500026970 - 00088767

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

X

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris,  Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 09/09/2025 | TIME TYPED 12:59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | TOWN CD T057 | |

Upon observation, 11 Shorelands Place is an approximately 2,700 sqft, 4-bedroom, 3-bathroom single family dwelling, situated on the northern side of Shorelands Road, front face entrance of the dwelling facing south. Also present on said property are (2) two detached structures. Recessed from the roadway at the end of the property's single vehicle driveway is a (2) two story, (2) vehicle detached garage, with a second story lofted area utilized as an art studio. Also situated on the northwesternmost area of the back yard is a single story detached shed, utilized for housing yard equipment.

I began overall scene photography, capturing the entire exterior of said dwelling and its surrounding private yard (front, side, rear) I entered the first floor, via the rear patio door and captured the entire first floor overall photos, followed by the second floor, third floor and finally the basement.

I photo-documented the scene utilizing the following equipment:

The Forensics Section Nikon D7200 Digital camera, set in aperture mode, utilizing the Nikon 18-140mm variable lens.

The Pelican 7060 LED, (HI White Light Torch) was utilized during photo documentation, at various oblique angles. Upon completion, all digital image data stored on multiple Forensics Section SanDisk 32GB cards, which were all processed and archived per G.P.D. Forensics Section policy.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR ANOTHER POLICE DEPARTMENT.OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.# 420 | SIGNED DATE 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |
|---|---|---|---|---|

Freedom of Information

99

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich, CT 06830
(203) 622-8000

Page 7 of 20

**CASE/INCIDENT REPORT**

SUPPLEMENTARY  X

Report # 2500026970 - 00088767

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris, Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 09/09/2025 | TIME TYPED 12 59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | TOWN CD T057 |

Upon completion of overall photos, I focused on further photographic documentation in the kitchen area, the deceased subject within and the immediate surrounding area, displaying multiple items of interest and substantial blood patterning.

On 8/6/2025 at approximately 1050 hrs, O.C.M.E. Investigator Renchy met with G.P.D. personnel at 11 Shorelands Place.

The following personnel were on scene and entered the residence in furtherance of this investigation: Investigator Renchy, G.P.D. FS Personnel, Capt. Slusarz, Lt. Kelly, Det. Sgt. O'Neill, Det. LiBasci, Det. Arrington, Det. Quezada, P.O. Koppelmann and P.O. Deluca. The crime scene log was maintained by F.T.O. Podmokly and P.P.O. Delvecchio.

With Investigator Renchy, G.P.D. FS personnel photographed and conducted initial physical examinations of both deceased bodies. The following notations were made during the examinations:

Deceased female:

It was determined that the deceased female's body was cool to the touch and that rigor mortis had set in. Investigator Renchy noted a large gash to the right temporal region of the female's head, which was consistent with blunt force trauma.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF THE (1)MY PERSONAL OBSERVATION AND KNOWLEDGE, OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.# 420 | SIGNED DATE 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ |  SUPERVISOR I.D.# 022 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 8 of 20

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

| X |

Report #  2500026970 - 00088767

| CFS NO<br>2500026970 | DAY<br>3 | INCIDENT DATE<br>08/05/2025<br>08/05/2025 | TIME<br>19:10 | DATE OF RPT<br>09/09/2025 | TIME OF RPT<br>12:59 | TYPE OF INCIDENT<br>CRIMINAL HOMICIDE | | | INCIDENT CD<br>010 | INVESTIGATING OFFICER<br>Detective<br>Morris,  Jeffrey A. | BADGE NO<br>420 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION<br>Patrol | | DIVISION NO | | REFERENCE DIVISION<br>Investigations | | REFERENCE DIVISION NO | | CASE X-REFERENCE | UNIT ID<br>E53 | DATE TYPED<br>09/09/2025 | TIME TYPED<br>12:59 |
| STREET NO<br>00011 | STREET NAME AND TYPE<br>SHORELANDS PI  Old G'wch | | | APT NO. | | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME<br>11 SHORELANDS PL | | STATUS<br>Z Exceptionally Cl | TOWN CD<br>T057 |

Additionally, Investigator Renchy noted bilateral bruising under the female's eyes and to both of the anterior and posterior sides of her shoulders. Investigator Renchy did not observe petechial hemorrhaging, signs of strangulation or crepitus during the examination. Although thought to be Adams, the female's identity could not be confirmed by investigators due to the female's overall physical condition at the time of the initial on scene examination.

It was not until the female's autopsy that she was positively identified as Suzanne Adams. See Det. Rivera's supplemental report for further details regarding Adams' positive identification, additional injuries sustained to her and the cause / manner of her death.

Deceased Male:

Following physical manipulation, investigators positively confirmed the deceased male as Stein Erik Soelberg.

Soelberg was identified upon facial comparison to a most recent arrest photo of him, dated February 12, 2025.

It was determined that Soelberg's body was cool to the touch and that rigor mortis had set in.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER.<br>THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS<br>OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS<br>NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE:<br>*/DET. Jeffrey A Morris/* | INVESTIGATOR I.D.#:<br>420 | SIGNED DATE:<br>10/29/2025 | SUPERVISOR SIGNATURE<br>*/SGT. Pierangelo Corticelli/* |
| | | | SUPERVISOR I.D.#<br>022 |

Freedom of Information

2500026970 Cont.

## Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Report # 2500026970 - 00088767

### CASE/INCIDENT REPORT

SUPPLEMENTARY      X

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris,  Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 09/09/2025 | TIME TYPED 12:59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | | APT NO | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | TOWN CD T057 |

Investigator Renchy noted that Soelberg had slash wounds on both of his inner thighs (one slash wound per thigh), distal puncture wounds to the left and right sides of his upper abdominal area (one puncture wound per side), approximately four puncture wounds to the upper left side of his thoracic cavity, two slash wounds to the left side of his neck and one slash wound to the right side of his neck. Investigator Renchy added that Soelberg's wounds were most likely caused from a sharp instrument.

Investigators later discovered a bloodied 'Kolima Design' brand fixed knife on top of Soelberg's queen size mattress, under a bed comforter. Further, that the tip / point of the knife had been inserted into the top portion of the mattress. At this time, this knife is thought to be the tool used to cause Soelberg's death.

During G.P.D.'s time on scene with Investigator Renchy, several of Adams' and Soelberg's prescribed medications were found.

Adams' prescribed medications were located within a second-floor bathroom and are as follows:



THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.# 420 | SIGNED DATE: 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |
|---|---|---|---|---|

Freedom of Information

2500026970 Cont.

## Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Report #  2500026970 - 00088767

## CASE/INCIDENT REPORT

SUPPLEMENTARY     X

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris,  Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | DATE TYPED 09/09/2025 | TIME TYPED 12:59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | TOWN CD T057 |

Soelberg's medications were located within his third-floor bedroom and are as follows:

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN. AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.#: 420 | SIGNED DATE: 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.#: 022 |
|---|---|---|---|---|

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 11 of 20

**CASE/INCIDENT REPORT**

SUPPLEMENTARY  X

Report #: 2500026970 - 00088767

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris, Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 09/09/2025 | TIME TYPED 12:59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | TOWN CD T057 |

In addition to Soelberg's prescribed medications, investigators also discovered and photographed ██████████████████
██████████████.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE: /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.#: 420 | SIGNED DATE: 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.#: 022 |

Freedom of Information

# Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

## CASE/INCIDENT REPORT

**SUPPLEMENTARY**



Report #  2500026970 - 00088767

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris,  Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 09/09/2025 | TIME TYPED 12 59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | TOWN CD T057 |

At approximately 2:51 PM, O.C.M.E. representatives removed both deceased bodies from the home.

Investigator Renchy exited the scene at approximately 2:59 PM.

At the conclusion of her on scene investigation, Investigator Renchy related that autopsies of the deceased bodies would take place on 8/7/2025 at the Office of the Chief Medical Examiner.

The following items and trace fibers were photographically documented, designated evidence item numbers, collected, packaged and transported to G.P.D. forensics Section for further forensic processing and archival purposes:

Collected in the Kitchen:

Item #11: Kitchen Knife serrated, black handle

Item #12: Green wine bottle

Item #12A: affixed to Item #12 Green wine bottle

Item #12B: affixed to Item #12 Green wine bottle

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.# 420 | SIGNED DATE. 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 13 of 20

Report #  2500026970 - 00088767

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

X

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris,  Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 09/09/2025 | TIME TYPED 12:59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PL  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | TOWN CD T057 |

Item #13: Kitchen counter next to sink

Item #14: Scotch Brite Scrub Brush (suspected blood)

Item #15: Pink Sponge

Item #16: Wilkensen Sword Knife, black handle

Item #17: Chain linked bracelet, silver (suspected blood)

Item #18: Strand suspected hair/fiber

Item #19: Strand suspected hair/fiber

Item #20: Strand suspected hair/fiber


Collected in the Dining Room:


Item #21: Rug (cut out sample)

Item #22: Table Cloth (cut out sample)

Item #24: Grey Candle (Fluer & Ares)


Collected in the Sitting Room:

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.#: 420 | SIGNED DATE: 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |

Freedom of Information

106

# Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

## CASE/INCIDENT REPORT

SUPPLEMENTARY  | X |

Report #  2500026970 - 00088767

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris,  Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 09/09/2025 | TIME TYPED 12 59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | TOWN CD T057 |

Item #23: Suspected skin/tissue

Collected in the Staircase leading to the 2nd Floor:

Item #25: Carpet (cut out sample)

Collected in the 2nd Floor Office:

Item #10: Macbook, pink

Collected from the 3rd Floor Bedroom:

Item #5: Maserin Knife Silver
Item #6: QTRMSTR Knife, Black
Item #7: SLGTC Knife, silver
Item #8: Macbook, grey
Item #9: Sandisk hard drive & cable, blue

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.# 420 | SIGNED DATE 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |

Freedom of Information

2500026970 Cont.

# Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

## CASE/INCIDENT REPORT

**SUPPLEMENTARY**

X

Report #  2500026970 - 00088767

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris,  Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | | DATE TYPED 09/09/2025 | TIME TYPED 12:59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | | TOWN CD T057 |

Item #26: Matress cover (cut out sample)

Upon completion of evidence and trace fiber collection, FS Personnel identified multiple blood stain and spatter patterns for further documentation and collection swabbing. Listed below are said designated patterns and associated swab sets in accordance to the rooms the were located in:

Kitchen Blood Stain Collection:

Item #CNT-BS-KP-1: Control Sample Swabset (2 swabs) of, and proximal to, BS-KP1
Item #BS-KP-1A: Bloodstain Swabset (2 swabs) of Bloodstain KP-1
Item #BS-KP-1B: Bloodstain Swabset (2 swabs) of Bloodstain KP-1

Item #CNT-BS-KP-2: Control Sample Swabset (2 swabs) of, and proximal to, BS-KP2
Item #BS-KP-2A: Bloodstain Swabset (2 swabs) of Bloodstain KP-2
Item #BS-KP-2B: Bloodstain Swabset (2 swabs) of Bloodstain KP-2

Item #CNT-BS-KP-3: Control Sample Swabset (2 swabs) of, and proximal to, BS-KP3

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.# 420 | SIGNED DATE: 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ |
| | | | SUPERVISOR I.D.# 022 |

Freedom of Information

108

2500026970 Cont.

# Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 16 of 20

## CASE/INCIDENT REPORT

SUPPLEMENTARY

X

Report #  2500026970 - 00088767

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris,  Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 09/09/2025 | TIME TYPED 12:59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PL  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | TOWN CD T057 |

Item #BS-KP-3A: Bloodstain Swabset (2 swabs) of Bloodstain KP-3
Item #BS-KP-3B: Bloodstain Swabset (2 swabs) of Bloodstain KP-3


Item #CNT-BS-KP-4: Control Sample Swabset (2 swabs) of, and proximal to, BS-KP4
Item #BS-KP-4A: Bloodstain Swabset (2 swabs) of Bloodstain SR-4
Item #BS-KP-4B: Bloodstain Swabset (2 swabs) of Bloodstain SR-4


Item #CNT-BS-KP-5: Control Sample Swabset (2 swabs) of, and proximal to, BS-KP5
Item #BS-KP-5A: Bloodstain Swabset (2 swabs) of Bloodstain KP-5
Item #BS-KP-5B: Bloodstain Swabset (2 swabs) of Bloodstain KP-5


Item #CNT-BS-KP-6: Control Sample Swabset (2 swabs) of, and proximal to, BS-KP6
Item #BS-KP-6A: Bloodstain Swabset (2 swabs) of Bloodstain KP-6
Item #BS-KP-6B: Bloodstain Swabset (2 swabs) of Bloodstain KP-6


Item #CNT-BS-KP-7: Control Sample Swabset (2 swabs) of, and proximal to, BS-KP7
Item #BS-KP-7A: Bloodstain Swabset (2 swabs) of Bloodstain KP-7

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.# 420 | SIGNED DATE 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |
|---|---|---|---|---|

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce St, Greenwich  CT 06830
(203) 622-8000

Page 17 of 20

**CASE/INCIDENT REPORT**

SUPPLEMENTARY     | X |

Report #  2500026970 - 00088767

| CFS NO | | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | | 3 | 08/05/2025 08/05/2025 | 19:10 | 09/09/2025 | 12:59 | CRIMINAL HOMICIDE | | 010 | Detective Morris,  Jeffrey A. | 420 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | | E53 | 09/09/2025 | 12:59 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PL  Old G'wch | | | | | 11 SHORELANDS PL | Z Exceptionally Cl | T057 |

Dining Room Blood Stain Collection:

Item #CNT-BS-DR-1: Control Sample Swabset (2 swabs) of, and proximal to, BS-DR-1
Item #BS-DR-1A: Bloodstain Swabset (2 swabs) of Bloodstain DR-1
Item #BS-DR-1B: Bloodstain Swabset (2 swabs) of Bloodstain DR-1

Sitting Room Blood Stain Collection:

Item #CNT-BS-SR-1: Control Sample Swabset (2 swabs) of, and proximal to, BS-SR-1
Item #BS-SR-1A: Bloodstain Swabset (2 swabs) of Bloodstain SR-1
Item #BS-SR-1B: Bloodstain Swabset (2 swabs) of Bloodstain SR-1

Item #CNT-BS-SR-2: Control Sample Swabset (2 swabs) of, and proximal to, BS-SR-2
Item #BS-SR-2A: Bloodstain Swabset (2 swabs) of Bloodstain SR-2
Item #BS-SR-2B: Bloodstain Swabset (2 swabs) of Bloodstain SR-2

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT.OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
| /DET. Jeffrey A Morris/ | 420 | 10/29/2025 | /SGT. Pierangelo Corticelli/ | 022 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 18 of 20

**CASE/INCIDENT REPORT**

SUPPLEMENTARY    X

Report #  2500026970 - 00088767

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19 10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12 59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris, Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | | DATE TYPED 09/09/2025 | TIME TYPED 12 59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | | TOWN CD T057 |

Item #CNT-BS-SR-3: Control Sample Swabset (2 swabs) of, and proximal to, BS-SR-3

Item #BS-SR-3A: Bloodstain Swabset (2 swabs) of Bloodstain SR-3

Item #BS-SR-3B: Bloodstain Swabset (2 swabs) of Bloodstain SR-3


Item #CNT-BS-SR-4: Control Sample Swabset (2 swabs) of, and proximal to, BS-SR-4

Item #BS-SR-4A: Bloodstain Swabset (2 swabs) of Bloodstain SR-4

Item #BS-SR-4B: Bloodstain Swabset (2 swabs) of Bloodstain SR-4

Item #BS-SR-4C: Bloodstain Swabset (2 swabs) of Bloodstain SR-4


The above listed Blood Stain swab sets and associated control swabs were packaged and labeled per G.P.D. policy, a transported to the G.P.D. Forensics Section for further forensic processing and potential CT DESPP Forensic Laboratory submission.


Upon completion of evidence collection on scene, G.P.D. FS personnel determined that the sinks and adjacent areas within the residence should be exposed to/treated with Bluestar forensic bloodstain reagent, to canvass for potential suspect clean up efforts on scene. The following sinks located throughout the residence were treated with Bluestar bloodstain reagent. All rooms with sinks in question were prepped for Bluestar bloodstain reagent application by eliminating all light sources (closing adjacent doors, papering windows).

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT  I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.# 420 | SIGNED DATE 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |

Freedom of Information

111

2500026970 Cont.

### Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

## CASE/INCIDENT REPORT

SUPPLEMENTARY

X

Report #  2500026970 - 00088767

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/09/2025 | TIME OF RPT 12:59 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Morris,  Jeffrey A. | BADGE NO 420 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | | DATE TYPED 09/09/2025 | TIME TYPED 12 59 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI   Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | | TOWN CD T057 |

The application of BlueStar Forensic Bloodstain Reagent is utilized to detect possible latent blood traces that may have been cleaned or were otherwise invisible to the naked eye.

Initial results were as follows:

3rd Floor Bedroom Bathroom Sink – Treated with Bluestar Reagent -NEGATIVE RESULTS
2nd Floor Bedroom Bathroom Sink – Treated with Bluestar Reagent -NEGATIVE RESULTS
1st Floor Guest Bathroom Sink – Treated with Bluestar Reagent – NEGATIVE RESULTS

Kitchen Sink and Floor:

After ensuring the area was darkened to improve visibility of any chemiluminescent reaction, G.P.D. FS Personnel prepared and applied the BlueStar solution across multiple surfaces, including the kitchen sink, kitchen floor, cabinet below the sink and around the baseboards.

Within seconds of application, a bright blue luminescent reaction was observed within and around the kitchen sink area, and across

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT.OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Jeffrey A Morris/ | INVESTIGATOR I.D.# 420 | SIGNED DATE: 10/29/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich CT 06830

(203) 622-8000

Page 20 of 20

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

X

Report # 2500026970 - 00088767

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19 10 | 09/09/2025 | 12 59 | CRIMINAL HOMICIDE | | 010 | Detective Morris, Jeffrey A. | 420 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | E53 | 09/09/2025 | 12 59 |

| STREET NO | STREET NAME AND TYPE | | APT NO | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS Pl   Old G'wch | | | | | 11 SHORELANDS PL | Z Exceptionally Cl | T057 |

several square feet of the kitchen floor, particularly in front of the sink. The pattern of luminescence was consistent with what appeared to be multiple partial bare footprints, suggesting the area was heavily trafficked by an individual who was actively bleeding or had a substantial amount of blood on their person. The size and shape of these latent footprints were consistent with a large male individual (like Stein Erik), and inconsistent with a smaller, female individual (like Suzanne Adams).

Additional luminescence was observed on the lower cabinet doors of the under-sink cabinet, suggesting possible cleanup activity. Additionally, FS Personnel applied the Bluestar solution to the entire dining room floor hallway passage. Within seconds of application, a bright blue luminescent reaction was observed the across the entire length of said passageway. The pattern of luminescence was consistent with what appeared to be drag marks and partial footprints, suggesting movement of a possibly injured individual or the transport of a bleeding body.

I documented all said reactions via long-exposure photography for evidentiary purposes.

Upon completion of scene processing, I was tasked with and completed exit photos of the entire interior of 11 Shorelands Place.

G.P.D. FS Personnel secured the residence and cleared the scene on 8/7/2025 2155 hrs.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF MY POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE */DET. Jeffrey A Morris/* | INVESTIGATOR I.D.# 420 | SIGNED DATE 10/29/2025 | SUPERVISOR SIGNATURE */SGT. Pierangelo Corticelli/* | SUPERVISOR I.D.# 022 |

Freedom of Information

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY

X

Report # 2500026970 - 00080651

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/12/2025 | 12:58 | CRIMINAL HOMICIDE | | 010 | Sergeant Smith, James D. | 021 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|
| Patrol | | Investigations | | | E53 | 08/12/2025 | 12 58 |

| STREET NO | STREET NAME AND TYPE | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PI  Old G'wch | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

On 8/5/25 Det. Sgt. Corticelli contacted me and requested that I assist the Forensic Section with documenting a crime scene at 11 Shorelands Place.

The crime scene, related environment, and the involved parties were scanned using a FARO Focus Premium laser scanner (Serial number LLS092230796).

The FARO Focus captures the entire scene by recording millions of (X, Y, Z) data points.   Each point is measured by the reflection of laser light off objects in the laser's line of sight, as the scanner has a field of 300 degrees vertically and 360 degrees horizontally.

A scale bar measuring 36 inches in length was placed within the scene to provide a reference measurement.

The FARO Focus was placed in twenty two different locations to fully document the crime scene.   The three-dimensional coordinates from the different scans were merged by the FARO Scene software into a common coordinate system.

A detailed scene diagram was subsequently prepared with the FARO Zone 3D software using the measurement data captured by the FARO Focus scanner.

The memory card containing the origal scans was forwarded to the Forensic's Section for archival storage.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /SGT. James D Smith/ | 021 | 08/20/2025 | /SGT. Pierangelo Corticelli/ | 022 |

Freedom of Information

Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 1 of 7

## CASE/INCIDENT REPORT

SUPPLEMENTARY    X

Report #  2500026970 - 00080334

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19 10 | DATE OF RPT 08/11/2025 | TIME OF RPT 13 45 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Chnstopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | | CASE X-REFERENCE | UNIT ID E53 | DATE TYPED 08/11/2025 | TIME TYPED 13 45 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | | APT NO | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Op | TOWN CD T057 |

Detective Division / O.C.M.E. Investigation # 2:

On August 06, 2025 at approximately 10:50 AM, O.C.M.E. Investigator Renchy met with G.P.D. personnel at 11 Shorelands Place.

The following personnel were on scene and entered the residence in furtherance of this investigation: Inv. Renchy, Capt. Slusarz, Lt. Kelly, Det. Sgt. Corticelli, Det. Sgt. O'Neill, Det. LiBasci, Det. Arrington, Det. Quezada, P.O. Koppelmann and P.O. Deluca. The crime scene log was maintained by F.T.O. Podmokly and P.P.O. Delvecchio.

With Inv. Renchy, G.P.D. personnel photographed and conducted initial physical examinations of both deceased bodies. The following notations were made during the examinations:

Deceased female;

It was determined that the deceased female's body was cool to the touch and that rigor mortis had set in.

Inv. Renchy noted a large gash to the right temporal region of the female's head, which was consistent with blunt force

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT, I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT,  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.#: 410 | SIGNED DATE 08/11/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 2 of 7

**CASE/INCIDENT REPORT**

SUPPLEMENTARY    [X]

Report # 2500026970 - 00080334

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/11/2025 | TIME OF RPT 13:45 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Chrlstopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | | CASE X-REFERENCE | UNIT ID E53 | DATE TYPED 08/11/2025 | TIME TYPED 13:45 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | APT NO. | | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | STATUS Active - Case Ope | TOWN CD T057 |

trauma.

Additionally, Inv. Renchy noted bilateral bruising under the female's eyes and to both of the anterior and posterior sides of her shoulders.

Inv. Renchy did not observe petechial hemorrhaging, signs of strangulation or crepitus during the examination.

Of note, investigators observed that a serrated kitchen knife previously discovered on the home's kitchen countertop, had what appeared to be blood on its blade.

Although thought to be Adams, the female's identity could not be confirmed by investigators due to the female's overall physical condition at the time of the initial on scene examination. It was not until the female's autopsy that she was positively identified as Suzanne Adams. See Det. Rivera's supplemental report for further details regarding Adams' positive identification, additional injuries sustained to her and the cause / manner of her death.

Deceased male;

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER, THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR ANOTHER POLICE DEPARTMENT; OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE 08/11/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |

Freedom of Information

116

2500026970 Cont

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 3 of 7

**CASE/INCIDENT REPORT**

SUPPLEMENTARY   [X]

Report #: 2500026970 - 00080334

| CFS NO<br>2500026970 | DAY<br>3 | INCIDENT DATE<br>08/05/2025<br>08/05/2025 | TIME<br>19:10 | DATE OF RPT<br>08/11/2025 | TIME OF RPT<br>13:45 | TYPE OF INCIDENT<br>CRIMINAL HOMICIDE | | INCIDENT CD<br>010 | INVESTIGATING OFFICER<br>Detective<br>Libasci,  Christopher T. | BADGE NO<br>410 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION<br>Patrol | | DIVISION NO | | REFERENCE DIVISION<br>Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID<br>E53 | DATE TYPED<br>08/11/2025 | TIME TYPED<br>13:45 |
| STREET NO<br>00011 | STREET NAME AND TYPE<br>SHORELANDS PI  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME<br>11 SHORELANDS PL | STATUS<br>Active - Case Ope | TOWN CD<br>T057 |

Following physical manipulation, investigators positively confirmed the deceased male as Stein Erik Soelberg. Soelberg was identified upon facial comparison to a most recent arrest photo of him, dated February 12, 2025. See the supplemental report regarding G.P.D.'s past interaction with Soelberg.

It was determined that Soelberg's body was cool to the touch and that rigor mortis had set in.

Inv. Renchy noted that Soelberg had slash wounds on both of his inner thighs (one slash wound per thigh), distal puncture wounds to the left and right sides of his upper abdominal area (one puncture wound per side), approximately four puncture wounds to the upper left side of his thoracic cavity, two slash wounds to the left side of his neck and one slash wound to the right side of his neck.

Inv. Renchy added that Soelberg's wounds were most likely caused from a sharp instrument. Investigators later discovered a bloodied 'Kolima Design' brand fixed knife on top of Soelberg's queen size mattress, under a bed comforter. Further, that the tip / point of the knife had been inserted into the top portion of the mattress. At this time, this knife is thought to be the tool used to cause Soelberg's death.

During G.P.D.'s time on scene with Inv. Renchy, several of Adams' and Soelberg's prescribed medication were found.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE. OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE<br>/DET. Christopher T Libasci/ | INVESTIGATOR I.D.#<br>410 | SIGNED DATE<br>08/11/2025 | SUPERVISOR SIGNATURE<br>/SGT. Kyle ONeill/ | SUPERVISOR I.D.#<br>15 |
|---|---|---|---|---|

Freedom of Information

2500026970 Cont.

# Greenwich Police Department
11 Bruce Place, Greenwich, CT 06830
(203) 622-8000

Page 4 of 7

## CASE/INCIDENT REPORT

SUPPLEMENTARY   X

Report # 2500026970 - 00080334

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/11/2025 | TIME OF RPT 13:45 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/11/2025 | TIME TYPED 13:45 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PL  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | STATUS Active - Case Ope | TOWN CD T057 |

Adams' prescribed medications were located within a second-floor bathroom and are as follows:



THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE 08/11/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |
|---|---|---|---|---|

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 5 of 7

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

X

Report #  2500026970 - 00080334

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19.10 | 08/11/2025 | 13:45 | CRIMINAL HOMICIDE | | | 010 | Detective Libasci, Christopher T. | 410 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | | E53 | 08/11/2025 | 13 45 |

| STREET NO | STREET NAME AND TYPE | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PI  Old G'wch | | | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

Soelberg's medications were located within his third-floor bedroom and are as follows:



THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.# | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /DET. Christopher T Libasci/ | 410 | 08/11/2025 | /SGT. Kyle ONeill/ | 15 |

Freedom of Information

2500026970 Cont.

## Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 6 of 7

### CASE/INCIDENT REPORT

SUPPLEMENTARY    X

Report # 2500026970 - 00080334

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/11/2025 | 13:45 | CRIMINAL HOMICIDE | | 010 | Detective Libasci, Christopher T. | 410 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | E53 | 08/11/2025 | 13:45 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS Pl  Old G'wch | | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

In addition to Soelberg's prescribed medications, investigators also discovered and photographed ████████ ████████████

At approximately 2:51 PM, O.C.M.E. representatives removed both deceased bodies from the home.

Inv. Renchy exited the scene at approximately 2:59 PM. At the conclusion of her on scene investigation, Inv. Renchy related that autopsies of the deceased bodies would take place on August 07, 2025 at the Office of the Chief Medical Examiner.

With the exception of Det. Sgt. Corticelli and Det. Morris, who remained on scene in order to continue forensic processing of the residence, all G.P.D. personnel exited the scene around 2:53 PM. See and connect with Forensics Section supplemental reports for further details regarding scene processing and evidence recovery pursuant to the signed search and seizure warrant.

On August 06, 2025 at approximately 2:55 PM, P.O. Kalarchian assumed control of the crime scene log from F.T.O. Podmokly and

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE. OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE: /DET. Christopher T Libasci/ | INVESTIGATOR I.D.#: 410 | SIGNED DATE: 08/11/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.#: 15 |



Freedom of Information

2500026970 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 7 of 7

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

X

Report #  2500026970 - 00080334

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/11/2025 | TIME OF RPT 13:45 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/11/2025 | TIME TYPED 13:45 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PL  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | STATUS Active - Case Ope | | TOWN CD T057 |

P.P.O. Delvecchio. The crime scene log, indicating the arrivals and departures of additional police personnel, continued until G.P.D.'s on scene investigation was completed on August 07, 2025 at approximately 9:55 PM.

On August 07, 2025, Det. Rivera along with P.O. Koppelmann and P.O. Deluca attended the autopsies of the deceased bodies. As previously mentioned, it was at this time that the deceased female's identity was confirmed to be Adams.  Chief Medical Examiner, Dr. James Gill, conducted both autopsies. Dr. Gill determined that while Adams' cause of death was "blunt injury of head with neck compression" and her manner of death was "homicide", Soelberg's cause of death was "sharp force injuries of neck and chest" and his manner of death was "suicide".   See and connect with Det. Rivera's supplemental report.

Freedom of Information

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT. I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.#: 410 | SIGNED DATE: 08/11/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |
|---|---|---|---|---|

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 1 of 1

**CASE/INCIDENT REPORT**

SUPPLEMENTARY    **X**

Report #  2500026970 - 00079578

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19 10 | DATE OF RPT 08/08/2025 | TIME OF RPT 08.00 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Sergeant Canno, Ryan | BADGE NO 2 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/08/2025 | TIME TYPED 08.00 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | TOWN CD T057 |

On August 5th at approximately 1910 hours, patrol officers responded to 11 Shorelands Place for a welfare check. Investigation on scene revealed two deceased individuals within the residence. See and connect with investigatory reports for more details.

At 1920 on August 5th P/O Tarr started a crime scene log. This log was maintained until the residence was relesed and was no longer an active crime scene.

At 2155 hours on August 7th, the undersigned was maintaining the crime scene log and was advised by Sgt. Corticelli that the scene was clear, no longer being held by GPD.

The crime scene log was uploaded to External Apps and orginial copies were forwarded to General Services.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /SGT. Ryan Carino/ | INVESTIGATOR I.D.# 2 | SIGNED DATE 08/09/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |
|---|---|---|---|---|

Freedom of Information

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY



Report #  2500026970 - 00079699

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19 10 | DATE OF RPT 08/08/2025 | TIME OF RPT 18:07 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Sergeant ONeill, Kyle | BADGE NO 15 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | DATE TYPED 08/08/2025 | TIME TYPED 18 07 |
|---|---|---|---|---|---|---|---|---|

| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PL  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME 11 SHORELANDS PL | STATUS Active - Case Ope | TOWN CD T057 |
|---|---|---|---|---|---|---|---|

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | Jones, Michael John | M | W | 09/09/1958 | ███ | ██████████ | ██ |

1=NONE  2=BURNED  3=COUNTERFEIT/FORGED  4=DAMAGED/DEST  5=RECOVERED  6=SEIZED  7=STOLEN  8=UNKNOWN  9=IMPOUNDED/FOUND  T=TOWED  E=EVIDENCE  A=ABANDONED

| CODE | QTY. | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO. | EST VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | 1 | Other | | | | | | | | | | |
| | | backdoor key to 11 Shorelands Pl. (red tag "A1 Locksmiths") | | | | | | | | | | |
| 6 | 1 | Other | | | | | | | | | | |
| | | frontdoor key to 11 Shorelands Place (multicolored charm chain) | | | | | | | | | | |
| 6 | 1 | Other Motor Vehicles | | | | | | | | | | |
| | | Toyota Prius keyfob attached to green and yellow GA keychain | | | | | | | | | | |
| 6 | 1 | Other Motor Vehicles | | | | | | | | | | |
| | | Infiniti keyfob attached to keyring | | | | | | | | | | |
| 6 | 1 | Other | | | | | | | | | | |
| | | "At A Glance" telephone / address book (maroon) | | | | | | | | | | |

Upon departure from the crime scene at 11 Shorelands Place on August 7, 2025, the undersigned secured the above listed items for safekeeping.

Through the scene investigation, it was established that the law firm, Ivey Barnum & O'Mara legally represented the estate of Suzanne Adams.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE, OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT, THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. |
|---|

| INVESTIGATOR SIGNATURE /SGT. Kyle ONeill/ | INVESTIGATOR I.D.# 15 | SIGNED DATE 08/08/2025 | SUPERVISOR SIGNATURE /LT. Timothy M Kelly/ | SUPERVISOR I D # 49 |
|---|---|---|---|---|

Freedom of Information

2500026970 Cont.

Page 2 of 2

## Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY    [ X ]

Report #  2500026970 - 00079699

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19 10 | DATE OF RPT 08/08/2025 | TIME OF RPT 18 07 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Sergeant ONeill. Kyle | BADGE NO 15 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | | DIVISION NO | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/08/2025 | TIME TYPED 18 07 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | STATUS Active - Case Ope | TOWN CD T057 |

After consulting with Town Attorney Abby Wadler, and with the approval of Town of Greenwich Probate Judge, the Honorable David Hopper, the items were transferred to the care and custody of Ivey Barnum & O'Mara Attorney Mike Jones.  The transfer took place within the  Ivey Barnum and O'Mara office library on August 8, 2025 around 3:45 p.m.

Attorney Jones acknowledged receiving said property by signing a GPD Property Checkout Receipt, which was scanned into the External Apps Section of this incident.

Freedom of Information

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF THE POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /SGT. Kyle ONeill/ | INVESTIGATOR I.D.# 15 | SIGNED DATE 08/08/2025 | SUPERVISOR SIGNATURE /LT. Timothy M Kelly/ | SUPERVISOR I.D.# 49 |

Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 1 of 1

**CASE/INCIDENT REPORT**

SUPPLEMENTARY



Report # 2500026970 - 00079028

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19 10 | 08/06/2025 | 10:50 | CRIMINAL HOMICIDE | | 010 | Detective Girard, Christy F. | 411 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | | | | | E53 | 08/06/2025 | 10:50 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS Pl  Old G'wch | | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| W | Lowe, Jenna | F | | 12/16/1975 | ▓▓▓ | ▓▓▓▓▓▓▓▓ | |

On 08/06/2025, Jenna Lowe, of ▓▓▓▓▓▓▓▓▓▓▓▓, contacted the Detective Division to report that she heard a loud bang on Sunday 08/03/2025 at approximately 07:35 that may be of interest to this investigation.

I interviewed Jenna over the phone.  She explained that she walks her dog every day "at the house where all the police are now."  When she walks her dog, it always pulls her towards a compost pile in the yard to that house because often there is food in there.

On Sunday (08/03/2025), a little past 07:30, her dog pulled her towards the compost pile when suddenly there was a loud bang that made her dog bolt away from the pile and pulled her.

At the time, the only logical explanation she could think of was that it came from the house diagonal from the scene where a house was under construction.  She said it was so loud she thought it was lightening that struck something.  She now thinks it could have been a gunshot that came from the house where the police are (11 Shorelands Place).

This information will be forwarded to the detectives in this investigation.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. |
|---|

| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /DET. Christy F Girard/ | 411 | 08/06/2025 | /SGT. Kyle ONeill/ | 15 |

Freedom of Information

Greenwich Police Department

11 Bruce Place, Greenwich, CT 06830

(203) 622-8000

Page 1 of 3

**CASE/INCIDENT REPORT**

SUPPLEMENTARY | X

Report # 2500026970 - 00079142

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/06/2025 | 19:24 | CRIMINAL HOMICIDE | | | 010 | Detective Quezada, Frederick A. | 404 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | E53 | 08/06/2025 | 19:24 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS Pl  Old G'wch | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | Robinson, Steven W | M | W | 03/27/1969 | | | |

Phone Interview: Steve Robinson

Audio recording with Axon Capture

Wednesday, August 6, 2025. 1305 hours.

Detective Arrington and I were tasked with contacting Steve Robinson, who previously contacted the Greenwich Police Department regarding this incident. Initially it was understood that Robinson held medical power of attorney for Stein Erik Soelberg. Robinson related that he does not know if the power of attorney was still in effect, specifying that it may have been in place for one specific incident (described below).

Through interviewing Robinson, investigators learned that he was a close friend of Stein Erik Soelberg, since their highschool years. Robinson related that he was advised of the incident by Soelberg's ex-wife, Emily, but was unsure how she was made aware. Robinson believed that neither Soelberg nor Suzanne Adams had any living relatives besides Soelberg's ex-wife and two children.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE. OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT. OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /DET. Frederick A Quezada/ | 404 | 08/12/2025 | /SGT. Kyle ONeill/ | 15 |

Freedom of Information

2500026970 Cont.

Page 2 of 3

### Greenwich Police Department
11 Bruce Place, Greenwich, CT 06830
(203) 622-8000

## CASE/INCIDENT REPORT

SUPPLEMENTARY



Report #  2500026970 - 00079142

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19 10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19 24 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Quezada, Fredenck A | BADGE NO 404 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/06/2025 | TIME TYPED 19 24 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | STATUS Active - Case Ope | TOWN CD T057 |

Robinson detailed Soelberg's hardships, which included a struggle with alcoholism, mental health instability and continuous decline, suicide attempts, divorce, and loss of employment. He described Soelberg as growing increasingly paranoid and having delusions of grandeur- believing that he was communicating with God. Robinson stated that Soelberg was also using recreational drugs to include cocaine and marijuana. Robinson also believed that Soelberg went through a period of time during which he was using steroids for body building.

Robinson added that he and Soelberg's friend group attempted, several times, to assist Soelberg in seeking help for his mental health and alcoholism struggles. He stated that Soelberg always refused help and further care.

Power of Attorney/Proxy:
Robinson advised Detective Arrington that approximately 6 (six) to 8 (eight) months ago, Soelberg received care at Stamford Hospital due to a foot injury or infection. During the course of his treatment, he was seen by mental health professionals due to his erratic behavior. As a result, Soelberg elected to permit Robinson to speak with doctors on his behalf. Robinson added that he attempted to advocate for more mental health help for Soelberg by outlining Soelberg's struggles and previous suicide attempts. Robinson stated up to this point Soelberg regarded Robinson as his best friend; however, Soelberg became upset with Robinson for attempting to seek additional help for him and they have not spoken directly in four (4) to five (5) months.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Frederick A Quezada/ | INVESTIGATOR I.D.# 404 | SIGNED DATE: 08/12/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 3 of 3

**CASE/INCIDENT REPORT**

SUPPLEMENTARY



Report #  2500026970 - 00079142

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/06/2025 | TIME OF RPT 19:24 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Quezada, Frederick A. | BADGE NO 404 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/06/2025 | TIME TYPED 19 24 | |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | TOWN CD T057 | |

Robinson provided Soelberg's Instagram handle (ErikTheViking1987).  A review of this account and linked Youtube account confirmed Robinsons account of Soelberg's bizarre behavior.

Robinson recalled that a series of disturbing conversations he had with Soelberg circa 2024 surrounding the partial solar eclipse in April. Robinson described that Soelberg entered a "schizophrenic mode" after the eclipse.

Robinson recalled that Soelberg began traveling to places in an effort to warn people (law enforcement) of impending bad incidents that he believed he had premonitions of.

Robinson described that Soelberg and his mother had a "strenuous relationship," though she loved him.  He stated that there was friction between them that would get worse when they would consume alcohol.

Investigation continuing.

Freedom of Information

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF THE POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN. AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Frederick A Quezada/ | INVESTIGATOR I.D.# 404 | SIGNED DATE 08/12/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ |  SUPERVISOR I.D.# 15 |

## Greenwich Police Department
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY    X

Report #: 2500026970 - 00079125

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/06/2025 | 16:23 | CRIMINAL HOMICIDE | | 010 | Detective Quezada, Frederick A. | 404 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | E53 | 08/06/2025 | 16:23 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS Pl  Old G'wch | | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | Lyons, Emily | F | W | 02/28/1970 | | | |

Phone Interview: Emily Lyons (Next of Kin)

Audio recorded: Axon Capture

Wednesday, August 6, 2025. 1342 hours.

Detective Arrington and I were tasked with contacting the next of kin. Through a phone interview of Steve Robinson, Stein Erik Soelberg's good friend, we confirmed Emily Lyons to be Soelberg's ex-wife. Lyons and Soelberg have two college aged children in common (daughter-        ; son-        .).

Investigators made telephone contact with Lyons who immediately related she was awaiting our phone call as she had been previously made aware of the incident under investigation. She had informed her children of the incident approximately an hour before receiving our call.

Lyons confirmed that she and Soelberg have been divorced since 2018 (7 years).  Lyons stated that she has not spoken with Soelberg

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE: | INVESTIGATOR I.D.# | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /DET. Frederick A Quezada/ | 404 | 08/15/2025 | /SGT. Kyle ONeill/ | 15 |

Freedom of Information

2500026970 Cont.

Page 2 of 3

## Greenwich Police Department
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY    X

Report # 2500026970 - 00079125

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/06/2025 | 16:23 | CRIMINAL HOMICIDE | | 010 | Detective Quezada, Frederick A. | 404 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | E53 | 08/06/2025 | 16 23 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS Pl  Old G'wch | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

in a few years, but the children maintained contact. Lyons described that Soelberg was an alcoholic and suffered from severe mental health issues. She added that Soelberg had made threats of suicide over the years.

Lyons maintained a relationship with Soelberg's mother, Suzanne Adams, speaking with her periodically. Lyons expressed her concerns to Adams based on what Soelberg was posting on Instagram. She was concerned for Adams' safety. Through speaking with Adams, Lyons was aware of an incident where Soelberg accused Adams of eating children after he discovered frozen lamb chops in the freezer. That Soelberg also accused Adams of witchcraft. Lyons recalled an interaction between their daughter and Soelberg during which he questioned their daughter if she was a witch like her grandmother Adams. Lyons stated that she was concerned about the children staying at the house last Thanksgiving due to Soelberg's unstable mental state.

Lyons was aware of the incidents that occurred in Greenwich during which Soelberg had police interactions. She recalled the mental health hold described by Robinson (see and connect with supplement titled "Phone Interview: Steve Robinson"). She added that even with Soelberg's unstable mental health he maintained support from a group of good friends that cared for him.

Lyons described Adam's and Soelberg's relationship as contentious at times. Soelberg was Adams' only child. She was beginning to express that she could no longer have him living at the house. Lyons believed that Adams loved Soelberg and supported him by allowing him to move in with and paid for rehabs. Lyons added that Adams mentioned that she does not see Soelberg often as he was

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.#: | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /DET. Frederick A Quezada/ | 404 | 08/15/2025 | /SGT. Kyle ONeill/ | 15 |

Freedom of Information

130

2500026970 Cont.

## Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

**CASE/INCIDENT REPORT**                    SUPPLEMENTARY        X

Report #  2500026970 - 00079125

| CFS NO<br>2500026970 | DAY<br>3 | INCIDENT DATE<br>08/05/2025<br>08/05/2025 | TIME<br>19:10 | DATE OF RPT<br>08/06/2025 | TIME OF RPT<br>16:23 | TYPE OF INCIDENT<br>CRIMINAL HOMICIDE | | INCIDENT CD<br>010 | INVESTIGATING OFFICER<br>Detective<br>Quezada,  Frederick A. | BADGE NO<br>404 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION<br>Patrol | | DIVISION NO | REFERENCE DIVISION<br>Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID<br>E53 | DATE TYPED<br>08/06/2025 | TIME TYPED<br>16 23 |
| STREET NO<br>00011 | STREET NAME AND TYPE<br>SHORELANDS Pl  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME<br>11 SHORELANDS PL | | STATUS<br>Active - Case Ope | TOWN CD<br>T057 |

reclusive and stayed in his attic bedroom.

Lyons related that she was not surprised that Soelberg ended his life, but was shocked that he murdered his mother.

Lyons wished to handle the communication with her children as she did not want them to have to bear the large undertaking of navigating the consequences of this incident. She has already begun to seek support services for them.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE<br>/DET. Frederick A Quezada/ | INVESTIGATOR I.D.#<br>404 | SIGNED DATE<br>08/15/2025 | SUPERVISOR SIGNATURE<br>/SGT. Kyle ONeill/ | SUPERVISOR I.D.#<br>15 |
|---|---|---|---|---|

Freedom of Information

Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 1 of 2

**CASE/INCIDENT REPORT**

SUPPLEMENTARY    X

Report #  2500026970 - 00080403

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/11/2025 | 15:51 | CRIMINAL HOMICIDE | | | 010 | Detective Libasci, Christopher T. | 410 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | | E53 | 08/11/2025 | 15:51 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PI  Old G'wch | | | | | 11 SHORELANDS PL | | Active - Case Ope | T057 |

STATUS CODE  C=COMPLAINANT   V=VICTIM   A=ARRESTEE   J=JUVENILE   H=OTHER   M=MISSING   W=WITNESS   O=OFFENDER   D=DRIVER   S=SUSPECT   P=POLICE OFFICER   T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | Brown, Robert | M | W | 09/23/1953 | ▆▆▆▆ | ▆▆▆▆▆ | |

Robert Brown Interview:

On Thursday, August 07, 2025, I interviewed Robert Brown of ▆▆▆▆▆▆▆. The residence of ▆▆▆▆▆ Place can be found directly west of 11 Shorelands Place and is separated from the crime scene property by trees and a brush line. Mr. Brown has owned his home since 1989 and stated that he informally knew Adams and Soelberg as neighbors, with limited interaction.

Mr. Brown mentioned that he last observed Adams on the front porch of her home, while talking on her cellular phone, sometime between 4:30 PM and 5:00 PM on Sunday, August 03, 2025. He stated that he overheard Adams saying that she had received an "invitation" of some sort and did observe her to be under duress.

Mr. Brown described Soelberg as being a "loaner" and "not having much of a childhood". He said that Soelberg would often make odd "guttural" sounds similar to that of a bull frog. Further, that he last interacted with Soelberg several years ago, after he assisted Soelberg's now deceased step father in standing up after a fall outside of the property of 11 Shorelands Place. Mr. Brown stated that Soelberg seemed appreciative of his help in this instance.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. |
|---|

| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /DET. Christopher T Libasci/ | 410 | 08/11/2025 | /SGT. Kyle ONeill/ | 15 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 2 of 2

**CASE/INCIDENT REPORT**

SUPPLEMENTARY      X

Report # 2500026970 - 00080403

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/11/2025 | TIME OF RPT 15:51 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci,  Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | CASE X-REFERENCE | | UNIT ID E53 | | DATE TYPED 08/11/2025 | TIME TYPED 15:51 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | APT NO | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | | TOWN CD T057 |

Other than neighborly greetings, Mr. Brown did not interact with Adams. He stated that Adams was a "creature of habit" in the way that she would retrieve delivered newspapers from her driveway every morning. Additionally, that when he noticed that Adams had not retrieved two delivered newspapers from her driveway, he believed that she may have gone on vacation. As noted in my supplemental report titled, 'DD Initial Investigation', these two newspapers were dated Monday, August 4, 2025 and Tuesday, August 5, 2025.

 Mr. Brown stated that he neither observed nor heard a disturbance at 11 Shorelands Place after he last saw Adams on her front porch.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE 08/11/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |
|---|---|---|---|---|

Freedom of Information

### Greenwich Police Department
11 Bruce Place. Greenwich  CT 06830
(203) 622-8000

## CASE/INCIDENT REPORT

SUPPLEMENTARY    **X**

Report #  2500026970 - 00079685

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19 10 | 08/08/2025 | 17 48 | CRIMINAL HOMICIDE | | 010 | Detective Rivera. Justin | 406 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | E53 | 08/08/2025 | 17 48 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PI   Old G'wch | | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

On Thursday 08/07/2025

Officers Koppelmann, Deluca and I responded to The Office of the Chief Medical Examiner (OCME) in Farmington, CT in order to view the autopsies of Suzanne E. Adams and Stein Erik Soelberg.

The autopsies were performed by Chief Medical Examiner Dr. James Gill.

Prior to the autopsy, with Dr.Gill's permission P/O Deluca took several photographs of the bodies. The photographs were taken using memory stick Det Cam 1D. At GPD headquarters the photographs were forwarded to the Forensics Section for download and storage.

ADAMS' AUTOPSY approximately 1000hrs-1130hrs

Suzanne E. Adams was first to be examined. Adams was dressed in light colored shorts, a navy blue tee shirt and underwear. I seized the three items of clothing at this time. Adams had paper bags placed over her hands and feet by GPD investigators during the initial on scene investigation. The bags were removed from Adams' hands and feet and I seized them at this time.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE· OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OR ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Justin Rivera/ | INVESTIGATOR I.D.#: 406 | SIGNED DATE 08/17/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |

Freedom of Information

2500026970 Cont.

### Greenwich Police Department
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 2 of 6

## CASE/INCIDENT REPORT

SUPPLEMENTARY

| X |
| --- |

Report #: 2500026970 - 00079685

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/08/2025 | TIME OF RPT 17 48 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Rivera, Justin | BADGE NO 406 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/08/2025 | TIME TYPED 17 48 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI   Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | STATUS Active - Case Ope | TOWN CD T057 | |

Adams was wearing several pieces of jewelry which were left in the custody of the OCME.

At 1018 hrs, I obtained a buccal Swabset (2 swabs) from within Adams' mouth. The swabset was packaged according to GPD protocol and later tagged as evidence.

OCME staff obtained fingernail clippings from Adams' hands.

Upon cleaning Adams' body Dr. Gill explained that Adams had multiple sharp force injuries to her head to include her chin and the left side of her face and neck. Adams also sustained blunt force trauma to the right side of her temple across her forehead and toward her right brow ridge which resulted in a open wound.

Adams sustained an open wound to the back of her head. Adams sustained a sharp force injury to the outside of her right forearm. Adams sustained several skin tears on her arms and legs which did not appear to have occurred as a result of sharp force trauma. Adams sustained brain hemoragging and neck compression; resulting in a broken bone within her neck.

At this time Dr. Gill could not establish if any of the sharp force trauma was caused by a serrated instrument or not.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
| --- | --- | --- | --- |
| INVESTIGATOR SIGNATURE /DET. Justin Rivera/ | INVESTIGATOR I.D.# 406 | SIGNED DATE 08/17/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 3 of 6

Report #  2500026970 - 00079685

**CASE/INCIDENT REPORT**

SUPPLEMENTARY



| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 08/08/2025 | TIME OF RPT 17:48 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Rivera, Justin | BADGE NO 406 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/08/2025 | TIME TYPED 17 48 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PL  Old G'wch | | | APT NO | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | TOWN CD T057 |

While inspecting Adams' body, Dr. Gill located a Medtronic brand cardiac monitor implant. Dr. Gill stated that the device would be logged as evidence and the OCME Office will conduct further investigation.

At 1059 hrs, I obtained a blood sample Swabset (2 swabs) from within Adams' chest cavity. The swabset was packaged according to GPD protocol and later tagged as evidence.

Dr. Gill did not observe any apparent defensive wounds on Adams' body. Adams did have blood on her hands and feet.

As indicated in Det. Libasci's report, Adams could not be positively identified by investigators during the on scene investigation. During her autopsy, Adams was fingerprinted by OCME staff and positively identified.

SOELBERG'S AUTOPSY approximately 1200hrs-1330hrs

Upon the completion of Adams' examination, Dr. Gill began the examination of Stein Erik Soelberg. Soelberg was dressed in boxers and a purple collared shirt. I seized the two items of clothing at this time. Soelberg had paper bags placed over his hands and feet by GPD investigators during the initial on scene investigation. The bags were removed from Soelberg's hands and feet and I seized them at this time.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE */DET. Justin Rivera/* | INVESTIGATOR I.D.# 406 | SIGNED DATE 08/17/2025 | SUPERVISOR SIGNATURE */SGT. Pierangelo Corticelli/* | SUPERVISOR I.D.# 022 |

Freedom of Information

2500026970 Cont

**Greenwich Police Department**
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 4 of 6

**CASE/INCIDENT REPORT**

SUPPLEMENTARY    X

Report #  2500026970 - 00079685

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19 10 | 08/08/2025 | 17 48 | CRIMINAL HOMICIDE | | 010 | Detective Rivera. Justin | 406 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | E53 | 08/08/2025 | 17 48 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PI  Old G'wch | | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

Soelberg was wearing several pieces of jewelry which were left in the custody of the OCME.

At 1216 hrs, I obtained a buccal Swabset (2 swabs) from within Soelberg's mouth. The swabset was packaged according to GPD protocol and later tagged as evidence.

OCME staff obtained fingernail clippings from Soelberg's hands.

Upon cleaning Soelberg's body Dr. Gill explained that Soelberg had two lacerations to his left leg and one to his right. Soelberg had four sharp force injuries in the left area of his chest, one on the left side of his torso and one on the right side of his torso.

Dr. Gill stated that the sharp force injury to the right side of Soelberg's torso resulted in internal bleeding.

Soelberg had sharp force injuries to his neck with significant cuts on the left and right sides, with one of the cuts appearing to be continuous from side to side. According to Dr. Gill, the left side of Soelberg's jugular vein was severed as a result of one of these injuries.

| | | | |
|---|---|---|---|
| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
| INVESTIGATOR SIGNATURE /DET. Justin Rivera/ | INVESTIGATOR I.D.#: 406 | SIGNED DATE: 08/17/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.#: 022 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 5 of 6

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

[X]

Report #  2500026970 - 00079685

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/08/2025 | 17:48 | CRIMINAL HOMICIDE | 010 | Detective Rivera, Justin | 406 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|
| Patrol | | Investigations | | | E53 | 08/08/2025 | 17:48 |

| STREET NO | STREET NAME AND TYPE | APT NO | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PI  Old G'wch | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

All of Soelberg's injuries appeared to have occurred with a sharp instrument with the exception of an abrasion on Soelberg's forehead above his right eyebrow.

At 1256 hrs, I obtained a blood sample Swabset (2 swabs) from within Soelberg's chest cavity. The swabset was packaged according to GPD protocol and later tagged as evidence.

At the completion of the autopsies and at the direction of Dr. Gill, OCME Administrative Assistant Dawn Garcia provided receipts for the evidence seized. The receipts were scanned into the External Apps section of this CFS, tagged as evidence and then stored in the first-floor evidence locker. Two Property Seized without a Search Warrant forms were completed.

The photographs taken by OCME staff of the autopsies were obtained. The photographs were later tagged as evidence and stored in the GPD Forensics section.

Dr. Gill certified Adams' manner of death as Homicide with the cause of death certified as blunt injury of the head with neck compression.

Dr. Gill certified Soelberg's manner of death as Suicide with the cause of death certified as sharp force trauma of the neck and chest.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN. AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. |||||
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
| /DET. Justin Rivera/ | 406 | 08/17/2025 | /SGT. Pierangelo Corticelli/ | 022 |

Freedom of Information

2500026970 Cont.

# Greenwich Police Department

11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 6 of 6

## CASE/INCIDENT REPORT

SUPPLEMENTARY

X

Report # 2500026970 - 00079685

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/08/2025 | 17:48 | CRIMINAL HOMICIDE | | 010 | Detective Rivera, Justin | 406 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | E53 | 08/08/2025 | 17:48 |

| STREET NO | STREET NAME AND TYPE | | APT NO | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS Pl  Old G'wch | | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

An Official request for the final autopsy reports was completed to include toxicology results.

Both OCME reports are scanned into the External Apps section of this CFS and then tagged as evidence and stored in the first floor evidence locker.

At the direction of Sgt. Corticelli, the seized items were stored in the Forensics garage at GPD headquarters.

Investigation on going.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT.OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN. AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. |||||
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
| /DET. Justin Rivera/ | 406 | 08/17/2025 | /SGT. Pierangelo Corticelli/ | 022 |

Freedom of Information

Greenwich Police Department
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 1 of 3

**CASE/INCIDENT REPORT**

SUPPLEMENTARY     X

Report # 2500026970 - 00080236

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19 10 | DATE OF RPT 08/10/2025 | TIME OF RPT 22 34 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Sergeant ONeill, Kyle | BADGE NO 15 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 08/10/2025 | TIME TYPED 22 34 |
|---|---|---|---|---|---|---|---|---|---|

| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | STATUS Active - Case Ope | TOWN CD T057 |
|---|---|---|---|---|---|---|---|---|

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS W | NAME Shaw, Jolien | SEX F | RACE W | D.O.B. 03/11/1987 | TELEPHONE ███ | ADDRESS ███ | OP STATE & NO. |
|---|---|---|---|---|---|---|---|

On Sunday August 10, 2025, at 9:07 a.m., I was contacted by a female that identified herself as Jolien Shaw.  Shaw stated that she believes that the male responsible for the murder/suicide on Shorelands Place had been following her around and harassing her a couple days before the bodies were discovered inside the house.

Shaw said that she called the Greenwich Police Department on August 3, 2025, around 4:05 p.m. in need of assistance.  That she reported to GPD Dispatch that she was being followed around downtown Old Greenwich (225 Sound Beach Av.) by a white male in his 50s/60s with strawberry blonde hair, a polo shirt and red shorts.

GPD In house inquiry revealed a call for service matching the location and circumstances provided by Shaw, #CFS 25-26690.  In the CAD, the reporting party was identified as "Caroline" Shaw, however the phone number she called me on today matched the phone number she provided to Dispatch on Aug. 3.

The CAD remarks for this call state: "W/M APPROX 50/60 YEARS OF AGE WEARING VINEYARD VINE POLO RED SHORTS

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT,OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | |
|---|---|---|---|
| INVESTIGATOR SIGNATURE /SGT. Kyle ONeill/ | INVESTIGATOR I.D.# 15 | SIGNED DATE 08/11/2025 | SUPERVISOR SIGNATURE /CAPT. John J Slusarz/ | SUPERVISOR I.D.# 069 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich, CT 06830
(203) 622-8000

Page 2 of 3

Report # 2500026970 - 00080236

**CASE/INCIDENT REPORT**

SUPPLEMENTARY



| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/10/2025 | 22:34 | CRIMINAL HOMICIDE | | 010 | Sergeant ONeill, Kyle | 15 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | E53 | 08/10/2025 | 22:34 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PL  Old G'wch | | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

STRAWBERRY BLONDE HAIR - HARRASING WOMEN FOLLOWING R/P INTO SHOPS TRYING TO FORCE CONVERSATION - 10 MINS IN THE PAST - LAST SEEN JUST WALKING UP AND DOWN SOUND BEACH AVE - R/P LEFT THE AREA THOUGH A BACK DOOR W/ HER HUSBAND DOES NOT WANT TO MEET W/ OFFICERS BUT CAN MAKE CONTACT".

Shaw said that on Aug. 3, the male followed her from the area of the OG Train Station platform as she walked south on Sound Beach Av.  That she could tell the man was intoxicated and that the smell of alcohol on this man was so strong that she was convinced that he had doused himself in alcohol.  In an effort to avoid the male's attempts to engage her in conversation she went into a clothing store on Sound Beach Av.  That the male followed her into the store and made several comments to her like "you should try that on" and "you would look good in that" as she pretended to be a customer.

Shaw said that she was able to exit the store through the back door and quickly walked to the area of King's Supermarket, where she met up with her husband and they departed the area without any further contact from the male.

GPD Officer Edwin Escobar was detailed to the area shortly after Shaw contacted GPD Dispatch and was unable to locate the male. Shaw had left the scene and the call was closed out as unfounded.

Following the publication of the murder/suicide in the newspaper and on the Internet, Shaw's father-in-law conducted an Internet

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1) MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2) INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT OR (3) INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE /SGT. Kyle ONeill/ | INVESTIGATOR I.D.# 15 | SIGNED DATE 08/11/2025 | SUPERVISOR SIGNATURE /CAPT. John J Slusarz/ | SUPERVISOR I.D.# 069 |

Freedom of Information

2500026970 Cont.

### Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 3 of 3

**CASE/INCIDENT REPORT**

SUPPLEMENTARY      X

Report # 2500026970 - 00080236

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 08/10/2025 | 22:34 | CRIMINAL HOMICIDE | | 010 | Sergeant ONeill, Kyle | 15 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | E53 | 08/10/2025 | 22:34 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS Pl  Old G'wch | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

search for pictures of Stein Erik Soelberg to see if he recognized Soelberg from the neighborhood.  Shaw's father in law lives at ▮▮, which is less than a mile away from 11 Shorelands Pl.  Shaw said she was staying at her in laws house for 2 weeks while visiting from the Netherlands.

There were several images that returned during the Internet search.  When she saw the images for Soelberg, specifically the picture that was published in a Daily Mail Internet article dated August 10 (taken from Soelberg's GoFundMe page),  she recognized him as the man that had been bothering her on Aug. 3.  She stated that she was 100% confident that Soelberg was the man following her around downtown Old Greenwich around 4:00 p.m.

A copy of the Internet article was scanned into the External Apps Section.

It should be noted that the clothing description provided by Shaw for the Aug. 3 incident, resembled the clothes that Soelberg was wearing at the time of the discovery of his body on Aug. 5.

Det. LiBasci was advised.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
| /SGT. Kyle ONeill/ | 15 | 08/11/2025 | /CAPT. John J Slusarz/ | 069 |

Freedom of Information

**Greenwich Police Department**
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

Page 1 of 1

Report #  2500026970 - 00082711

## CASE/INCIDENT REPORT

SUPPLEMENTARY

X

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19 10 | 08/18/2025 | 11:52 | CRIMINAL HOMICIDE | | 010 | Detective Libasci,  Christopher T. | 410 |

| DIVISION | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|
| Patrol | | Investigations | | | E53 | 08/18/2025 | 11:52 |

| STREET NO | STREET NAME AND TYPE | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|
| 00011 | SHORELANDS Pl  Old G'wch | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | OFFICE OF THE CHIEF MEDICAL I | | | | Bus  (860) 679 - 3980 | 11 SHUTTLE Rd Farmington CT | |

1=NONE 2=BURNED 3=COUNTERFEIT/FORGED 4=DAMAGED/DEST 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN 9=IMPOUNDED/FOUND T=TOWED E=EVIDENCE A=ABANDONED

| CODE | QTY. | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO. | EST.VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O | 1 | Other | | | | | | | | | | |
| | | M.E. thumb drive containing autopsy photos of Stein Erik Soelberg | | | | | | | | | | |
| O | 1 | Other | | | | | | | | | | |
| | | M.E. thumb drive containing autopsy photos of Suzanne E. Adams | | | | | | | | | | |

August 18, 2025.

On August 08, 2025, the Office of the Chief Medical Examiner mailed this department two separate password protected thumb drives containing autopsy photos of Stein Erik Soelberg (M.E. case # 25-15252) and Suzanne Adams (M.E. case # 25-15251). The password for each thumb drive was previously provided to this department via email.

The thumb drives have been logged as property and will be forwarded to the GPD Forensics Section per protocol.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT  I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE; OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /DET. Christopher T Libasci/ | 410 | 08/18/2025 | /SGT. Kyle ONeill/ | 15 |

Freedom of Information

Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 1 of 1

**CASE/INCIDENT REPORT**

SUPPLEMENTARY    X

Report #   2500026970 - 00086549

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/01/2025 | TIME OF RPT 11:06 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | | CASE X-REFERENCE | UNIT ID E53 | | DATE TYPED 09/01/2025 | TIME TYPED 11:06 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | | | STATUS Active - Case Ope | | TOWN CD T057 |

1=NONE 2=BURNED 3=COUNTERFEIT/FORGED 4=DAMAGED/DEST 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN 9=IMPOUNDED/FOUND T=TOWED E=EVIDENCE A=ABANDONED

| CODE | QTY. | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO. | EST VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O | 1 | Other | | | | | | | | | | |
| | | OCME Report, Erik Stein Soelberg | | | | | | | | | | |

September 01, 2025.

On August 27, 2025, the Office of the Chief Medical Examiner provided this department with 'Final Diagnoses', 'Report of Autopsy', 'Report of Investigation' and 'Toxicology' documents for Erik Stein Soelberg.  A review of Dr. Gill's autopsy of Soelberg reconfirmed that while Soelberg's cause of death was "sharp force injuries of neck and chest", his manner of death was "suicide". Provided O.C.M.E. records have been logged as property per GPD protocol and were forwarded to the Forensics Section. Copies have also been attached to the External Apps tab for this incident.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT  I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE 09/01/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |
|---|---|---|---|---|

Freedom of Information

Freedom of Information

**Greenwich Police Department**

11 Bruce Place, Greenwich, CT 06830

(203) 622-8000

Page 1 of 1

**CASE/INCIDENT REPORT**

SUPPLEMENTARY

[X]

Report #  2500026970 - 00089780

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/12/2025 | TIME OF RPT 17:28 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | DIVISION NO | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | DATE TYPED 09/12/2025 | TIME TYPED 17:28 |
|---|---|---|---|---|---|---|---|

| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PL  Old G'wch | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME 11 SHORELANDS PL | STATUS Active - Case Ope | TOWN CD T057 |
|---|---|---|---|---|---|---|

1=NONE 2=BURNED 3=COUNTERFEIT/FORGED 4=DAMAGED/DEST 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN 9=IMPOUNDED/FOUND T=TOWED E=EVIDENCE A=ABANDONED

| CODE | QTY. | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO. | EST.VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O | 1 | Other | | | | | | | | | | |
| | | OCME Report and Chain of Evidence Documents; Suzanne E. Adams | | | | | | | | | | |

September 12, 2025.

On September 12, 2025, the Office of the Chief Medical Examiner provided this department with 'Final Diagnoses', 'Report of Autopsy', 'Report of Investigation', 'Toxicology' and chain of evidence related documents for Suzanne E. Adams.  A review of Dr. Gill's autopsy of Adams confirmed that while Adams' cause of death was "blunt injury of head with neck compression", her manner of death was "homicide". Provided O.C.M.E. records have been logged as property per GPD protocol and were forwarded to the Forensics Section. Copies have also been attached to the External Apps tab for this incident.

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER: THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. |
|---|

| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE 09/12/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |
|---|---|---|---|---|

**Greenwich Police Department**

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

Page 1 of 2

## CASE/INCIDENT REPORT

SUPPLEMENTARY     [X]

Report #  2500026970 - 00089795

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 09/12/2025 | TIME OF RPT 19 53 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci, Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID E53 | DATE TYPED 09/12/2025 | TIME TYPED 19 53 |
|---|---|---|---|---|---|---|---|---|

| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | APT NO | INTERSECTING STREET NAME AND TYPE | PREMISES NAME 11 SHORELANDS PL | STATUS Active - Case Ope | TOWN CD T057 |
|---|---|---|---|---|---|---|

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS | NAME | SEX | RACE | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|
| H | IVEY BARNUM & O'MARA LLC | | | | Hom    (203) 661 - 6000 | 00170 MASON St GREENWICH  Apt #   CT | |

September 12, 2025.

On September 09, 2025, Attorney Jones of Ivey Barnum & O'Mara, LLC. forwarded a 'Preservation Request Letter' to this department, requesting that G.P.D. preserve:

- copies of any audio recordings and transcripts from the 911 call(s);
- entire working case files for every officer at the incident scene;
- all incident reconstruction and incident reports;
- witness statements, evidence and/or notes pertaining to this incident;
- vouchered evidence and/or property vouchers;
- measurements, videos and photos (digital copy) of the incident scene;
- any photos or videos taken of the accident, including without limitation all body camera footage;
- any surveillance footage;
- any electronic and/or digital information obtained as part of the investigation

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT:OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.#. 410 | SIGNED DATE 09/12/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |
|---|---|---|---|---|

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 2 of 2

Report #: 2500026970 - 00089795

**CASE/INCIDENT REPORT**

SUPPLEMENTARY    | X |

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 09/12/2025 | 19:53 | CRIMINAL HOMICIDE | | 010 | Detective Libasci,  Christopher T. | 410 |
| DIVISION | | DIVISION NO | REFERENCE DIVISION | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
| Patrol | | | Investigations | | | | | E53 | 09/12/2025 | 19 53 |
| STREET NO | STREET NAME AND TYPE | | | APT NO. | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME | | STATUS | TOWN CD |
| 00011 | SHORELANDS PI  Old G'wch | | | | | | 11 SHORELANDS PL | | Active - Case Ope | T057 |

- any electronic or digital devices, including but not limited to any computers, laptops, tablets, and cell phones obtained from the Premises or as part of the investigation of the incident.

Attorney Jones indicated that Ivey Barnum & O'Mara is representing the Estate of Suzanne Adams and that all future correspondence should be directed to the firm's attention.

A copy of the 'Preservation Request Letter' has been added to the External Apps tab for this incident.

Freedom of Information

| THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN, DEPOSES AND SAYS THAT, I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE, OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT,OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
| /DET. Christopher T Libasci/ | 410 | 09/12/2025 | /SGT. Pierangelo Corticelli/ | 022 |

## Greenwich Police Department

11 Bruce Place, Greenwich  CT 06830

(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY

| X |

Report #  2500026970 - 00095692

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19 10 | DATE OF RPT 10/01/2025 | TIME OF RPT 13 19 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Libasci,  Christopher T. | BADGE NO 410 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 10/01/2025 | TIME TYPED 13 19 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | | TOWN CD T057 |

STATUS CODE  C=COMPLAINANT  V=VICTIM  A=ARRESTEE  J=JUVENILE  H=OTHER  M=MISSING  W=WITNESS  O=OFFENDER  D=DRIVER  S=SUSPECT  P=POLICE OFFICER  T=TOT

| STATUS H | NAME Boccuzzi  Anna Marie | SEX M | RACE W | D.O.B. | TELEPHONE | ADDRESS | OP STATE & NO. |
|---|---|---|---|---|---|---|---|

1=NONE  2=BURNED  3=COUNTERFEIT/FORGED  4=DAMAGED/DEST  5=RECOVERED  6=SEIZED  7=STOLEN  8=UNKNOWN  9=IMPOUNDED/FOUND  T=TOWED  E=EVIDENCE  A=ABANDONED

| CODE | QTY | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO. | EST VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O | 1 | Firearms | Ithaca Gun Co | M 1911 | | | | | | | 906924 | $3,250.00 |
| | | Ithaca Gun Co . Inc. M 1911 Al US Army pistol | | | | | | | | | | |
| O | 1 | Firearms | Ithaca Gun Co | M 1911 | | | | | | | 906924 | $20.00 |
| | | Brown leather pistol holster | | | | | | | | | | |
| O | 3 | Firearms | Ithaca Gun Co | M 1911 | | | | | | | 906924 | $60.00 |
| | | Three pistol magazines for 1911 pistol | | | | | | | | | | |
| O | 8 | Firearms | Ithaca Gun Co | M 1911 | | | | | | | 906924 | $40.00 |
| | | Eight 'ESC 43' bullet rounds | | | | | | | | | | |

October 1, 2025.

On the above date, the Detective Division received a phone call from First County Bank representative, Anna Marie Boccuzzi, regarding a found firearm at 11 Shorelands Place. First County Bank is representing the estate of victim, Suzanne E. Adams.

Ms. Boccuzzi informed me that while clearing the home of its contents, cleaning staff discovered a firearm within a third floor bedroom crawl space. This bedroom has been established as Stein Erik Soelberg's room and is where his body was discovered by police

| THE UNDERSIGNED  AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT  I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE.  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME. | | | | |
|---|---|---|---|---|
| INVESTIGATOR SIGNATURE /DET. Christopher T Libasci/ | INVESTIGATOR I.D.# 410 | SIGNED DATE 10/01/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |

Freedom of Information

2500026970 Cont.

**Greenwich Police Department**
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 2 of 2

**CASE/INCIDENT REPORT**

SUPPLEMENTARY    | X |

Report #  2500026970 - 00095692

| CFS NO | | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | | 3 | 08/05/2025 08/05/2025 | 19 10 | 10/01/2025 | 13 19 | CRIMINAL HOMICIDE | | | 010 | Detective Libasci,  Christopher T. | 410 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | E53 | 10/01/2025 | 13 19 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PI  Old G'wch | | | | 11 SHORELANDS PL | Active - Case Ope | T057 |

personnel. Ms. Boccuzzi stated that the firearm was moved from its discovered location to the main floor living room of the residence.

Det. Quezada, Det. Beattie and I subsequently responded to the home, where we retrieved the firearm for safe keeping. An inspection of the firearm revealed that it is a Ithaca Gun Co., Inc. brand, M 1911 pistol bearing serial # 906924. The pistol was housed in a brown leather holster and was loaded with an empty magazine. Accompanying the pistol were two additional magazines that housed eight 'ESC 43' bullet rounds in total.

At GPD, the pistol was photographed utilizing memory stick 'Det Cam-2B'. The pistol, the brown holster, the three magazines and bullet rounds were labeled and separately packaged as property per protocol. Said were forwarded to the GPD Property Section for storage.

An NCIC query of the pistol by GPD Dispatch yielded negative results for its registered owner. A DPS-258-C , "E-Trace" form was completed and forwarded to Det. Santilli of the GPD Forensics Section.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT  I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT.OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF MY POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /DET. Christopher T Libasci/ | 410 | 10/01/2025 | /SGT. Pierangelo Corticelli/ | 022 |

Freedom of Information

Page 1 of 2

## Greenwich Police Department
11 Bruce Place, Greenwich CT 06830
(203) 622-8000

### CASE/INCIDENT REPORT

SUPPLEMENTARY

X

Report # 2500026970 - 00106639

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19:10 | DATE OF RPT 11/04/2025 | TIME OF RPT 09:25 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Santilli, Aran | BADGE NO 421 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | | DIVISION NO | REFERENCE DIVISION Investigations | | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 11/04/2025 | TIME TYPED 09 25 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | | APT NO | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Z Exceptionally Cl | TOWN CD T057 |

1=NONE 2=BURNED 3=COUNTERFEIT/FORGED 4=DAMAGED/DEST 5=RECOVERED 6=SEIZED 7=STOLEN 8=UNKNOWN 9=IMPOUNDED/FOUND T=TOWED E=EVIDENCE A=ABANDONED

| CODE | QTY | DESCRIPTION | BRAND | MODEL | YEAR | STATE | REG | MAKE | MODEL | COLOR | VIN/SERIAL NO | EST VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| O | 1 | Firearms | Ithaca Gun Co | M 1911 | | | | | | | 906924 | $3,250.00 |
| | | Ithaca Gun Co . Inc. M 1911 A1 US Army pistol | | | | | | | | | | |

October 1, 2025

On the above date, I logged on to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) e-Trace portal and initiated a trace of the above listed firearm collected by officers.  ATF Trace ID Number T20250507269 was assigned to this trace.

The ATF Firearms Trace Summary results were completed on October 7, 2025 and indicated that this firearm is a U.S. military weapon.  ATF's National Tracing Center sent a request to the Department of Defense (DOD) to check its registry.

If the DOD updates the ATF's National Tracing Center, this trace will be updated and I will be notified.

The ATF Firearms Trace Summary is attached hereto and also uploaded to external apps tab of this CFS.  See and connect with the Trace Summary for further details.

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT,OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Aran Santilli/ | INVESTIGATOR I.D.# 421 | SIGNED DATE 11/04/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I D.# 022 |
|---|---|---|---|---|

Freedom of Information

150

2500026970 Cont.

# Greenwich Police Department
11 Bruce Place, Greenwich  CT 06830
(203) 622-8000

Page 2 of 2

Report #  2500026970 - 00106639

## CASE/INCIDENT REPORT

SUPPLEMENTARY  ☒

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19 10 | DATE OF RPT 11/04/2025 | TIME OF RPT 09 25 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Santilli, Aran | BADGE NO 421 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 11/04/2025 | TIME TYPED 09 25 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS PI  Old G'wch | | APT NO | INTERSECTING STREET NAME AND TYPE | | PREMISES NAME 11 SHORELANDS PL | STATUS Z Exceptionally Cl | TOWN CD T057 |

Officers advised.

Freedom of Information

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT: I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE, OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Aran Santilli/ | INVESTIGATOR I.D.#: 421 | SIGNED DATE 11/04/2025 | SUPERVISOR SIGNATURE /SGT. Pierangelo Corticelli/ | SUPERVISOR I.D.# 022 |
|---|---|---|---|---|

# Greenwich Police Department

11 Bruce Place, Greenwich CT 06830

(203) 622-8000

Page 1 of 1

Report # 2500026970 - 00102664

## CASE/INCIDENT REPORT

SUPPLEMENTARY     [X]

| CFS NO 2500026970 | DAY 3 | INCIDENT DATE 08/05/2025 08/05/2025 | TIME 19 10 | DATE OF RPT 10/21/2025 | TIME OF RPT 12 52 | TYPE OF INCIDENT CRIMINAL HOMICIDE | | INCIDENT CD 010 | INVESTIGATING OFFICER Detective Daly, Ryan | BADGE NO 413 |
|---|---|---|---|---|---|---|---|---|---|---|
| DIVISION Patrol | | DIVISION NO | | REFERENCE DIVISION Investigations | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID E53 | DATE TYPED 10/21/2025 | TIME TYPED 12 52 |
| STREET NO 00011 | STREET NAME AND TYPE SHORELANDS Pl  Old G'wch | | APT NO. | INTERSECTING STREET NAME AND TYPE | | | PREMISES NAME 11 SHORELANDS PL | | STATUS Active - Case Ope | TOWN CD T057 |

October 21, 2025

   I spoke with Senior State's Attorney Joseph Valdez who advised that the Search Warrant for ADT would not be approved given that there are no additional suspects in this case at this time. Therefore, the State of CT does not have any prosecutable suspects for whom the data held by ADT would constitute evidence.

Freedom of Information

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN  DEPOSES AND SAYS THAT, I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE  OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT;OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT.  THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE /DET. Ryan Daly/ | INVESTIGATOR I.D.# 413 | SIGNED DATE 10/24/2025 | SUPERVISOR SIGNATURE /SGT. Kyle ONeill/ | SUPERVISOR I.D.# 15 |
|---|---|---|---|---|

Greenwich Police Department

11 Bruce Place, Greenwich CT 06830

(203) 622-8000

Report #: 2500026970 - 00104968

## CASE/INCIDENT REPORT

SUPPLEMENTARY    | X |

| CFS NO | DAY | INCIDENT DATE | TIME | DATE OF RPT | TIME OF RPT | TYPE OF INCIDENT | | INCIDENT CD | INVESTIGATING OFFICER | BADGE NO |
|---|---|---|---|---|---|---|---|---|---|---|
| 2500026970 | 3 | 08/05/2025 08/05/2025 | 19:10 | 10/27/2025 | 21 04 | CRIMINAL HOMICIDE | | 010 | Detective Libasci, Christopher T. | 410 |

| DIVISION | | DIVISION NO | REFERENCE DIVISION | REFERENCE DIVISION NO | CASE X-REFERENCE | | UNIT ID | DATE TYPED | TIME TYPED |
|---|---|---|---|---|---|---|---|---|---|
| Patrol | | | Investigations | | | | E53 | 10/27/2025 | 21 04 |

| STREET NO | STREET NAME AND TYPE | | APT NO. | INTERSECTING STREET NAME AND TYPE | PREMISES NAME | STATUS | TOWN CD |
|---|---|---|---|---|---|---|---|
| 00011 | SHORELANDS PI  Old G'wch | | | | 11 SHORELANDS PL | Z Exceptionally Cl | T057 |

October 27, 2025.

At this time, an investigation into this matter is complete as the Greenwich Police Department has determined that there are no other suspect(s) or persons of interest responsible for this Criminal Homicide. Reports from the Office of the Chief Medical Examiner confirmed that while Suzanne Adams' cause of death was "blunt injury of head with neck compression", her manner of death was "homicide". Further, that while Stein Erik Soelberg's cause of death was "sharp force injuries of neck and chest", his manner of death was "suicide".

As such, this case will be closed in the files of this office pending the receipt of additional information that would warrant its reopening and the filing of a supplemental report. A case closure letter will be sent to Attorney Jones of Ivey Barnum & O'Mara, the law firm representing the Estate of Adams.

Freedom of Information

THE UNDERSIGNED, AN INVESTIGATOR HAVING BEEN DULY SWORN DEPOSES AND SAYS THAT, I AM THE WRITER OF THE ATTACHED POLICE REPORT PERTAINING TO THIS INCIDENT NUMBER. THAT THE INFORMATION CONTAINED THEREIN WAS SECURED AS A RESULT OF (1)MY PERSONAL OBSERVATION AND KNOWLEDGE: OR (2)INFORMATION RELAYED TO ME BY OTHER MEMBERS OF MY POLICE DEPARTMENT OR OF ANOTHER POLICE DEPARTMENT OR (3)INFORMATION SECURED BY MYSELF OR ANOTHER MEMBER OF A POLICE DEPARTMENT FROM THE PERSON OR PERSONS NAMED OR IDENTIFIED THEREIN, AS INDICATED IN THE ATTACHED REPORT. THAT THE REPORT IS AN ACCURATE STATEMENT OF THE INFORMATION SO RECEIVED BY ME.

| INVESTIGATOR SIGNATURE | INVESTIGATOR I.D.# | SIGNED DATE: | SUPERVISOR SIGNATURE | SUPERVISOR I.D.# |
|---|---|---|---|---|
| /DET. Christopher T Libasci/ | 410 | 10/28/2025 | /SGT. Kyle ONeill/ | 15 |