EDWARD D. JOHNSON (SBN 189475)
WJohnson@mayerbrown.com
ANTHONY J WEIBELL (SBN 238850)
AWeibell@mayerbrown.com
KRISTIN W. SILVERMAN (SBN 341952)
KSilverman@mayerbrown.com
ELSPETH V. HANSEN (SBN 292193)
EHansen@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306
Tel.:        (650) 331-2000
Fax:        (650) 331-2060

ANKUR MANDHANIA (SBN 302373)
AMandhania@mayerbrown.com
MAYER BROWN LLP
575 Market Street, Suite 2500
San Francisco, CA 94105
Tel.:        (415) 874-4230
Fax:        (415) 331-2060

[additional counsel listed on signature page]

Attorneys for Defendants
OPENAI FOUNDATION, OPENAI OPCO, LLC,
OPENAI HOLDINGS, LLC, OPENAI GROUP PBC,
and SAMUEL ALTMAN

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EMILY LYONS, Administrator c.t.a and Personal Representative of the ESTATE OF STEIN-ERIK SOELBERG,<br><br>Plaintiff,<br><br>vs.<br><br>OPENAI FOUNDATION (F/K/A OPENAI INC.), *et al.*,<br><br>Defendants. | Case No. 3:25-cv-11037-RS<br>**DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS [Dkt. 22]**<br><br>Judge: Hon. Richard Seeborg<br>Hearing Date: April 16, 2026<br><br>Hearing Time: 1:30 p.m.<br><br>Location: Courtroom 3, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, California 94102 |

**AMENDED NOTICE OF MOTION**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT on April 16, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Richard Seeborg in Courtroom 3 of the United States District Court, Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendants OpenAI Foundation, OpenAI OpCo, LLC, OpenAI Holdings, LLC, OpenAI Group PBC, and Samuel Altman will, and hereby do, move this Court under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for an order dismissing Plaintiff Emily Lyons's Complaint, or in the alternative, an order staying the case pending the resolution of the parallel action currently pending in California state court. *See First Cty. Bank v. OpenAI Found.*, No. CGC-25-631477 (Cal. Super. Ct., S.F. Cnty.).[1]

As stated in Defendants' March 10, 2026 Notice of Motion and Motion to Dismiss (Dkt. 22), the Motion is based on two independent grounds. First, the Court should abstain from exercising its jurisdiction under *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), and dismiss the case. There is an earlier filed California state court action (a) brought on behalf of the same apparent real parties in interest (b) that alleges the very same seven causes of action (c) based upon identical core factual allegations. The state court here in San Francisco already has coordinated that case with more than ten substantially similar cases. Abstention-based dismissal is warranted not only to conserve judicial resources but to avoid piecemeal litigation and inconsistent rulings in the whole series of related cases. Should the Court decline to dismiss outright, it should at a minimum stay this action under *Colorado River* pending resolution of the parallel state court action involving identical claims and allegations.

Second, the complaint should be dismissed for Plaintiff's failure to comply with California Code of Civil Procedure § 377.32. The statute requires a plaintiff bringing suit as a decedent's

---

[1] Defendants filed their Notice of Motion and Motion to Dismiss on March 10, 2026. *See* Dkt. 22. On March 12, 2026, the Court entered an order reassigning this case and directing the parties to re-notice pending motions. *See* Dkt. 30.

1 successor in interest to file an affidavit or declaration establishing the plaintiff's authority to
2 prosecute the action. Plaintiff did not do so.
3     This motion is based upon this Notice of Motion, the previously filed motion and
4 accompanying memorandum in support (Dkt. 22), the Declaration of Kristin W. Silverman (Dkt.
5 22-1), the pleadings and papers on file in this action, arguments of counsel, and any other matter
6 that the Court may properly consider.

DATED: March 12, 2026

By: */s/ Edward D. Johnson*

EDWARD D. JOHNSON (SBN 189475)
ANTHONY J WEIBELL (SBN 238850)
KRISTIN W. SILVERMAN (SBN 341952)
ELSPETH V. HANSEN (SBN 292193)
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306
Tel.: (650) 331-2000
Fax: (650) 331-2060

ANKUR MANDHANIA (SBN 302373)
AMandhania@mayerbrown.com
MAYER BROWN LLP
575 Market Street, Suite 2500
San Francisco, CA 94105
Tel.: (415) 874-4230
Fax: (415) 331-2060

ANDREW J. PINCUS (*pro hac vice forthcoming*)
APincus@mayerbrown.com
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006
Tel.: (202) 263-3000
Fax: (202) 263-3300

GRAHAM WHITE (*pro hac vice forthcoming*)
GWhite@mayerbrown.com
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Tel.: (212) 506-2500
Fax: (212) 262-1910

Attorneys for Defendants
OPENAI FOUNDATION, OPENAI OPCO, LLC, OPENAI HOLDINGS, LLC, OPENAI GROUP PBC, and SAMUEL ALTMAN