Elizabeth "Ani" Lubben Zotti (*pro hac vice)*
Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Email: ani.zotti@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice* to be applied for)
Jacob Berman (SBN 32717)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com
jakeb@hbsslaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMILY LYONS, Administrator c.t.a. and Personal Representative of the ESTATE OF STEIN-ERIK SOELBERG,<br><br>Plaintiff,<br><br>v.<br><br>OPENAI FOUNDATION (F/K/A OPENAI, INC.), a Delaware corporation, OPENAI, INC., a Delaware corporation, OPENAI OPCO LLC, a Delaware limited liability company, OPENAI HOLDINGS, LLC, a Delaware limited liability company, OPENAI GROUP PBC, a Delaware public benefit corporation SAMUEL ALTMAN, an individual, JOHN DOE EMPLOYEES 1-10, and JOHN DOE INVESTORS 1-10,<br><br>Defendants. | Civil Action No. 3:25-cv-11037-RS<br><br>**DECLARATION OF EMILY LYONS PURSUANT TO SECTION § 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE** |

I, Emily O. Lyons, declare as follows:

I am over the age of 18 years old, I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify completely to the truth of the facts stated herein.

1. I am the administrator c.t.a. and personal representative of the decedent Stein-Erik Soelberg, who died on August 5, 2025, in Old Greenwich, Connecticut.

2. No proceeding is now pending in the State of California for administration of Stein-Erik Soelberg's estate.

3. A copy of the final order showing the distribution of the decedent's cause of action to Emily O. Lyons is attached hereto as Exhibit "A" and incorporated herein by reference.

4. I am authorized to act on behalf of the decedent's successor in interest (as defined in § 377.11 of the California Code of Civil Procedure) with respect to the decedent's interest in the action or proceeding.

5. No other person has a superior right to commence the above-entitled proceeding or to be substituted for Stein-Erik Soelberg in the above-entitled proceeding.

6. A certified copy of the death certificate for Stein-Erik Soelberg is attached hereto as Exhibit "B" and incorporated herein by reference.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

This declaration was executed on March 23, 2026 at Charlotte, NC.

DocuSigned by:
Emily Lyons
9EBD3F783724413...
Emily Lyons