# EXHIBIT A

FIDUCIARY'S PROBATE CERTIFICATE
PC-450 REV. 7/15

**STATE OF CONNECTICUT**

**COURT OF PROBATE**

| | | |
|---|---|---|
| **COURT OF PROBATE, Greenwich Probate Court** | **DISTRICT NO. PD54** | |
| ESTATE OF/IN THE MATTER OF<br><br>Stein-Erik Soelberg (25-00405) | | DATE OF CERTIFICATE<br><br>October 23, 2025 |
| FIDUCIARY'S NAME AND ADDRESS<br>Emily O. Lyons, 11225 Black Brant Lane, Charlotte, NC 28278 | FIDUCIARY'S POSITION OF TRUST<br>Administrator c.t.a. | DATE OF APPOINTMENT<br>October 14, 2025 |

*The undersigned hereby certifies that the fiduciary in the above-named matter has accepted appointment, is legally authorized and qualified to act as such fiduciary because the appointment is unrevoked and in full force as of the above date of certificate.*

**This certificate is valid for one year from the date of the certificate.**

*Other limitation, if any, on the above certificate:*

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the above date of certificate.

Court Seal

Brianna Cirulli

Brianna Cirulli, Clerk

**NOT VALID WITHOUT COURT OF PROBATE SEAL IMPRESSED**