# EXHIBIT B

VS4 - ISS REV.
DEPARTMENT OF PUBLIC HEALTH

# STATE OF CONNECTICUT
## CERTIFICATE OF DEATH

STATE FILE NUMBER (For State Use only. Do not write in this box.): 2025-07-019532

**DECEDENT**

| 1. LEGAL NAME First | Middle | Last | Suffix | 2. SEX | 3. DATE OF DEATH (Month/DD/YYYY - Spell Month) |
|---|---|---|---|---|---|
| Stein-Erik | ---------- | Soelberg | ------- | Male | August 05, 2025 |

| AKA (First, Middle, Last) | AKA (First, Middle, Last) | 4. TIME OF DEATH |
|---|---|---|
| ---------- | ---------- | 08:00 PM |

| 5. AGE LAST BIRTHDAY | 6. Under 1 Year: Mo. | Days | Under 1 Day: Hours | Min. | 7. DATE OF BIRTH (MM/DD/YYYY) | 8. BIRTHPLACE (City, State or Foreign Country) |
|---|---|---|---|---|---|---|
| 56 | ----- | ------- | ----- | ------- | [redacted] 1969 | Greenwich, Connecticut |

| 9. RESIDENCE (State) | 10. RESIDENCE (County) | 11. RESIDENCE (City or Town) | 12. RESIDENCE (Street and No.) | 13. APT. NO. | 14. ZIP CODE |
|---|---|---|---|---|---|
| Connecticut | Fairfield | Greenwich | 11 Shorelands Place | ---------- | 06870 |

| 15. EVER IN US ARMED FORCES? | 16. MARITAL STATUS AT TIME OF DEATH | 17. SURVIVING SPOUSE NAME (Full name prior to first marriage) |
|---|---|---|
| No | Divorced | ---------- |

**PARENTS**

| 18. FATHER/PARENT NAME (Full name prior to first marriage) | 19. MOTHER/PARENT NAME (Full name prior to first marriage) |
|---|---|
| Stein I Soelberg | Suzanne Eberson |

| 20. INFORMANT NAME | 21. RELATIONSHIP TO DECEDENT | 22. MAILING ADDRESS (Street and Number, City, State, Zip Code) |
|---|---|---|
| Susanna Soelberg | Daughter | 1638 Glencairn Lane Lewisville, Texas 75067 |

**P.O.D.**

| 23. IF DEATH OCCURRED IN A HOSPITAL: | 24. IF DEATH OCCURRED SOMEWHERE OTHER THAN HOSPITAL | 25. FACILITY NAME (If not institution, give street & number) |
|---|---|---|
| | Decedent's Home | 11 Shorelands Place |

| 26. CITY OR TOWN OF DEATH | 27. COUNTY OF DEATH | 28. METHOD OF DISPOSITION |
|---|---|---|
| Greenwich | Fairfield | Cremation |

**DISPOSITION**

| 29. DISPOSITION (Name of cemetery, crematory, other) | 30. LOCATION (City/Town) (State) | 31. DATE (MM/DD/YYYY) | 32. WAS BODY EMBALMED? *If yes, Name of Embalmer |
|---|---|---|---|
| Mountain Grove Crematory | Bridgeport, CT | 08/12/2025 | ---------- ☐ YES* ☒ NO |

| 33. FUNERAL FACILITY Name and Address (Street, Town, State, Zip) | 34. SIGNATURE OF FUNERAL DIRECTOR OR EMBALMER | 35. LICENSE NUMBER |
|---|---|---|
| Cremations of Connecticut - 8 Schuyler Ave, Stamford, CT 06902 | *Gerald Angelo Macari Sr* *Signature Electronically Authenticated* | 3112 |

**MEDICAL CERTIFICATION**

| 36. DATE PRONOUNCED DEAD (MM/DD/YYYY) | 37. TIME PRONOUNCED | 38. PRONOUNCER'S NAME AND DEGREE OR TITLE | Pronouncer License # |
|---|---|---|---|
| 08/05/2025 | 08:00 PM | -------- | -------- |

| 39. WAS MEDICAL EXAMINER CONTACTED? | 40. WAS AN AUTOPSY PERFORMED? | 41. WERE THE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|---|
| Yes | Yes | Yes |

CAUSE OF DEATH

42. PART I. Enter the chain of events -- diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

| | | APPROXIMATE INTERVAL ONSET TO DEATH |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) ---------> | (a) Sharp force injuries of neck and chest<br>Due to (or as a consequence of): | - |
| Sequentially list conditions, if any, leading to the cause listed on line (a). Enter the UNDERLYING CAUSE (disease or injury that initiated the events resulting in death) LAST | (b) ----------<br>Due to (or as a consequence of): | ---------- |
| | (c) ----------<br>Due to (or as a consequence of): | ---------- |
| | (d) ---------- | ---------- |

| 43. PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I. | 44. PREGNANCY STATUS: | 45. DID TOBACCO USE CONTRIBUTE TO DEATH? |
|---|---|---|
| ---------- | Not Applicable | No |

46. MANNER OF DEATH
☐ Natural ☐ Accident ☐ Homicide ☒ Suicide ☐ Pending Investigation ☐ Undetermined

**MEDICAL EXAMINER ONLY**

| 47. DATE OF INJURY (MM/DD/YYYY) | 48. TIME OF INJURY | 49. PLACE OF INJURY (Home, construction site, wooded area, etc.) | 50. INJURY AT WORK? |
|---|---|---|---|
| August 2025 | Unknown | Home | No |

| 51. LOCATION OF INJURY (Street, Apt. #, City/Town, State, Zip Code) | 52. DESCRIBE HOW INJURY OCCURRED | 53. IF TRANSPORTATION INJURY, SPECIFY | 54. M.E. CASE NUMBER |
|---|---|---|---|
| 11 Shorelands Place, Greenwich CT 06870 | Injured self | ---------- | 2515252 |

**CERTIFIER STATEMENT: To the best of my knowledge, death occurred due to the cause(s) and manner stated.**

**CERTIFIER**

| 55. CERTIFIER NAME (type or print) | Certifier Signature | Title of Certifier | Certifier License # | Date Certified |
|---|---|---|---|---|
| James R. Gill MD | *James R. Gill MD* *Signature Electronically Authenticated* | Chief Medical Examiner | 34498 | 08/07/2025 |

56. MAILING - CERTIFIER (Street) (City or Town) (State) (Zip)
11 Shuttle Road, Farmington CT 06032

**REGISTRAR**

| THIS CERTIFICATE WAS RECEIVED FOR RECORD ON: | BY | REGISTRAR |
|---|---|---|
| 08/11/2025 | *Jacqueline A Budkins* | |

| 57. DECEDENT EDUCATION | 58. DECEDENT OF HISPANIC ORIGIN? | 59. DECEDENT RACE |
|---|---|---|
| Master's degree | No, not Spanish/Hispanic/Latino | White |

| 60. DECEDENT USUAL OCCUPATION | 61. KIND OF BUSINESS/INDUSTRY | 62. SOCIAL SECURITY NUMBER |
|---|---|---|
| Unemployed | Unemployed | [redacted] 7679 |

MARGINAL NOTES

*THE SEAL OF THE ISSUING OFFICE IS AFFIXED TO CERTIFY THE ABOVE IS A TRUE COPY OF THE RECORD ON FILE IN THE STATE OF CONNECTICUT*

DATE ISSUED: August 12, 2025
PLACE OF ISSUANCE: Stamford Government Center
ISSUING REGISTRAR SIGNATURE: [signature]