UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMILY LYONS,

        Plaintiff,

    v.

OPENAI FOUNDATION, et al.,

        Defendants.

Case No.  25-cv-11037-RS

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR DISCOVERY**

Pursuant to Civil Local Rule 72-1, discovery disputes and all further discovery in this case are referred for random assignment to a United States Magistrate Judge.

The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures and standing orders.

**IT IS SO ORDERED.**

Dated: May 14, 2026

_____
RICHARD SEEBORG
Chief United States District Judge

*Rev. 3-20*