UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EMILY LYONS,

        Plaintiff,

    v.

OPENAI FOUNDATION, et al.,

        Defendants.

Case No. 25-cv-11037-RS  (TSH)

**NOTICE OF REFERRAL FOR DISCOVERY**

This case has been referred to the undersigned magistrate judge for all discovery.  For any pending matters at the time of referral, the Court will issue a separate order.  For all future discovery-related matters, the parties must comply with the undersigned's Discovery Standing Order, available on the Court's website at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

Please direct any questions to the undersigned's Courtroom Deputy at tshcrd@cand.uscourts.gov or (415) 522-4067.

**IT IS SO ORDERED.**

Dated: May 19, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California